JS44 (Rev. 03/99)

CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose if initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
BLUE CROSS BLUE SHIELD ASSOCIATION - SEE ADDENDUM FOR LIST OF ADDITIONAL PLAINTIFFS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cook County, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gerald Lawrence, Esq.            Geoffrey M. Horn, Esq.
Peter St. Phillip, Esq.          Uriel Rabinovitz, Esq.
Lowey, Dannenberg, Cohen & Hart, P.C.   Lowey, Dannenberg, Cohen & Hart, P.C.
200 Barr Harbor Drive, Suite 400   One North Broadway, Suite 509
West Conshohocken, PA 19428      White Plains, NY 10601
(610) 941-2760                   (914) 997-0500

SEE ADDENDUM FOR ADDITIONAL ATTORNEYS

**DEFENDANTS**
GlaxoSmithKline LLC ("GSK")
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT New Castle, DE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)
Joseph E. O'Neil, Esq.
John J. O'Donnell, Esq.
Ricky M. Guerra, Esq.
Lavin, O'Neil, Ricci, Cedrone & DiSipio
190 N. Independence Mall West, Suite 500
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

PERSONAL INJURY
☐ 362 Personal Injury – Med Malpractice
☐ 365 Personal Injury – Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus:
☐ 520 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Other

FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

BANKRUPTCY
☐ 442 Appeal 28 USC 158
☐ 423 Withdrawl 28 USC 157

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Tile XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS – Third Party 26 USC 7609

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☒ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Arts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
Federal question case alleging violations of  18 U.S.C. §§1961-1968 and state law claims.

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A ☐ CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ From the injuries described in the Complaint, in excess of $75,000.000
Check YES only if demanded in complaint:
JURY DEMAND ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE  8/12/13
SIGNATURE OF ATTORNEY OF RECORD  Joseph E. O'Neil
JOSEPH E. O'NEIL

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Addendum to Civil Cover Sheet:**


I(c) continued:

Mark D. Fischer, Esq.
Rawlings & Associates, PLLC
one Eden Parkway
LaGrange, KY 40031-8100
(502) 587-1279

Neil V. Getnick, Esq.
Lesley Ann Skillen, Esq.
Stuart Altschuler, Esq.
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
(212) 376-5666

Professor G. Robert Blakey
Notre Dame Law School
3102 Eck Hall of Law
Notre Dame, IN 46556
(574) 631-6627

PLAINTIFFS: ALL REPRESENTED BY ATTORNEYS LISTED IN I(c).

BLUE CROSS BLUE SHIELD ASSOCIATION
225 North Michigan Ave.
Chicago, IL 6061

AETNA, INC.
151 Farmington Ave.
Hartford, CT. 06156

AMERIGROUP/HMS
4425 Corporation Lane
Virginia Beach, VA 23462

AVMED HEALTH PLANS
9400 South Dadeland Boulevard
Miami, FL 33156

BLUE CROSS BLUE SHIELD OF ALABAMA
450 Riverchase Parkway East
Birmingham, AL 35244

BLUE CROSS BLUE SHIELD OF DELAWARE
One Brandywine Gateway
800 Delaware Ave.
Wilmington DE 19801

BLUE CROSS BLUE SHIELD  OF FLORIDA, INC.
4800 Deerwood Campus Parkway
Jacksonville, FL 32246

BLUE CROSS BLUE SHIELD OF IDAHO HEALTH SERVICE, INC.
3000 E. Pine Avenue
Meridan, ID 83642

BLUE CROSS BLUE SHIELD OF KANSAS CITY
2301 Main
Kansas City, MO 64108

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
401 Park Drive
Boston, MA 02215

BLUE CROSS BLUE SHIELD OF MINNESOTA
3535 Blue Cross Road
Eagan, MN 55122

BLUE CROSS BLUE SHIELD OF MONTANA, INC.
560 North Park Ave.
Helena, MT 59604
BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
5901 Chapel Hill Road
Durham, NC 27707

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
500 Exchange Street
Providence, RI 02903

BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
I-20 at Alpine Road
Columbia, SC 29219

BLUECROSS BLUESHIELD OF TENNESSEE
1 Cameron Hill Circle
Chattanooga, TN 37402

CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST BLUECROSS BLUESHIELD)
1501 S. Clinton Street
Baltimore, MD 21224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY
900 Cottage Grove Road
Hartford, CT 06152

EMBLEM HEALTH
55 Water Street
New York, NY 10041

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
310 NE Mulberry Street
Lees Summit, MO 64086

GROUP HEALTH COOPERATIVE
320 Westlake Ave. North
Seattle, WA 98109

GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC d/b/a CAREFIRST BLUECROSS BLUESHIELD
840 1st Street NE
Washington DC 20065

HEALTH CARE SERVICES CORPORATION
300 East Randolph Street
Chicago, IL 60601

HEALTH NET, INC.
21650 Oxnard Street
Woodland Hills, CA 91367

HEALTHNOW NEW YORK
257 West Genesee Street
Buffalo, NY 14202

HIGHMARK INC.
120 Fifth Ave.
Pittsburgh, PA 15222

HIGHMARK WEST VIRGINIA INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
614 Market Street
Parkersburg, WV 26102

HMO PARTNERS, INC. d/b/a HEALTH ADVANTAGE
601 Gaines St.
Little Rock, AR 72201

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
Three Penn Plaza East
Newark, NJ 07105

KPS HEALTH PLANS
P.O. Box 339
Bremerton, WA 98337

LOUISIANA HEALTH SERVICE INDEMNITY COMPANY d/b/a BLUE CROSS BLUE SHIELD OF
LOUISIANA
5525 Reitz Ave.
Baton Rouge, LA 70809

MEDICAL MUTUAL OF OHIO
2060 E. 9th Street
Cleveland, OH 44115

4510 13th Ave. South
Fargo, ND 58121

PREMERA BLUE CROSS
70001 220th Street SW
Mountlake Terrace, WA 98043

PRIORITY HEALTH
1231 East Beltline
Grand Rapids, MI 49525

THE REGENCE GROUP
100 Southwest Market Street
Portland, OR 97201

USABLE MUTUAL INSURANCE COMPANY d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD
601 Gaines Street
Little Rock, AR 72201

WELLCARE HEALTH PLANS, INC.
8735 Henderson Road
Tampa, FL 33634

WELLCARE HEALTH PLAN OF IOWA, INC.
1331 Grand Ave.
Des Moines, IA 50309

WELLMARK, INC. d/b/a WELLMARK BLUE CROSS BLUE SHIELD OF IOWA
1331 Grand Ave.
Des Moines, IA 5039

WELLPOINT, INC.
120 Monument Circle
Indianapolis, IN 46204

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA—DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignation to appropriate calendar.

Address of Plaintiff:     See Addendum

Address of Defendant:     1105 North Market Street, Suite 1300, Wilmington, DE 19801

Place of Accident, incident or Transaction:     Cidra, Puerto Rico

*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more or more of its stock?

(attach two copies of the Disclosure Statement Form in accordance with the Fed.R.Civ.P.7.1.(a)    Yes ☐    No. ☒

Does this case involve multidistrict litigation possibilities?     Yes ☐    No ☒

RELATED CASE IF ANY

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when "yes" is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?     Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil case filed by the same individual?     Yes ☐   No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

| A. *Federal Question Cases:* | B. *Diversity Jurisdiction Cases:* |
|---|---|
| 1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. ☐ Insurance Contract and Other Contracts |
| 2. ☐ FELA | 2. ☐ Airplane Personal Injury |
| 3. ☐ Jones Act—Personal Injury | 3. ☐ Assault, Defamation |
| 4. ☐ Antitrust | 4. ☐ Marine Personal Injury |
| 5. ☐ Patent | 5. ☐ Motor Vehicle Personal Injury |
| 6. ☐ Labor-Management Relations | 6. ☐ Other Personal Injury (Please specify): Negligence |
| 7. ☐ Civil Rights | 7. ☐ Products Liability |
| 8. ☐ Habeas Corpus | 8. ☐ Products Liability—Asbestos |
| 9. ☐ Securities Act(s) Cases | 9. ☐ All other Diversity Cases |
| 10. ☐ Social Security Review Cases | (Please specify) |
| 11. ☒ All other Federal Question Cases | |
| (Please specify   18 U.S.C. §§1961-1968   ) | |

## ARBITRATION CERTIFICATION

*(Check appropriate category)*

I,   Joseph E. O'Neil, Esquire   counsel of record, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that, to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 exclusive of interest and cost;

☐ Relief other than monetary damages is sought.

DATE: 8/12/13     *Joseph E. O'Neil*           29053

       JOSEPH E. O'NEIL     *Attorney-at-Law*        *Attorney ID#*

**NOTE:**    A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 8/12/13     *Joseph E. O'Neil*           29053

       JOSEPH E. O'NEIL     *Attorney-at-Law*        *Attorney ID#*

**Addendum to Designation Form:**

**Addresses of Plaintiffs:**

BLUE CROSS BLUE SHIELD ASSOCIATION
225 North Michigan Ave.
Chicago, IL 6061

AETNA, INC.
151 Farmington Ave.
Hartford, CT. 06156

AMERIGROUP/HMS
4425 Corporation Lane
Virginia Beach, VA 23462

AVMED HEALTH PLANS
9400 South Dadeland Boulevard
Miami, FL 33156

BLUE CROSS BLUE SHIELD OF ALABAMA
450 Riverchase Parkway East
Birmingham, AL 35244

BLUE CROSS BLUE SHIELD OF DELAWARE
One Brandywine Gateway
800 Delaware Ave.
Wilmington DE 19801

BLUE CROSS BLUE SHIELD  OF FLORIDA, INC.
4800 Deerwood Campus Parkway
Jacksonville, FL 32246

BLUE CROSS BLUE SHIELD OF IDAHO HEALTH SERVICE, INC.
3000 E. Pine Avenue
Meridan, ID 83642

BLUE CROSS BLUE SHIELD OF KANSAS CITY
2301 Main
Kansas City, MO 64108

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
401 Park Drive
Boston, MA 02215

BLUE CROSS BLUE SHIELD OF MINNESOTA
3535 Blue Cross Road
Eagan, MN 55122

BLUE CROSS BLUE SHIELD OF MONTANA, INC.
560 North Park Ave.
Helena, MT 59604

BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
5901 Chapel Hill Road
Durham, NC 27707

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
500 Exchange Street
Providence, RI 02903

BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
I-20 at Alpine Road
Columbia, SC 29219

BLUECROSS BLUESHIELD OF TENNESSEE
1 Cameron Hill Circle
Chattanooga, TN 37402

CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST BLUECROSS BLUESHIELD)
1501 S. Clinton Street
Baltimore, MD 21224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY
900 Cottage Grove Road
Hartford, CT 06152

EMBLEM HEALTH
55 Water Street
New York, NY 10041

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
310 NE Mulberry Street
Lees Summit, MO 64086

GROUP HEALTH COOPERATIVE
320 Westlake Ave. North
Seattle, WA 98109

GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC d/b/a CAREFIRST BLUECROSS
BLUESHIELD
840 1st Street NE
Washington DC 20065

HEALTH CARE SERVICES CORPORATION
300 East Randolph Street
Chicago, IL 60601

HEALTH NET, INC.
21650 Oxnard Street
Woodland Hills, CA 91367

HEALTHNOW NEW YORK
257 West Genesee Street
Buffalo, NY 14202

HIGHMARK INC.
120 Fifth Ave.
Pittsburgh, PA 15222

HIGHMARK WEST VIRGINIA INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
614 Market Street
Parkersburg, WV 26102

HMO PARTNERS, INC. d/b/a HEALTH ADVANTAGE
601 Gaines St.
Little Rock, AR 72201

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
Three Penn Plaza East
Newark, NJ 07105

KPS HEALTH PLANS
P.O. Box 339
Bremerton, WA 98337

LOUISIANA HEALTH SERVICE INDEMNITY COMPANY d/b/a BLUE CROSS BLUE SHIELD OF LOUISIANA
5525 Reitz Ave.
Baton Rouge, LA 70809

MEDICAL MUTUAL OF OHIO
2060 E. 9th Street
Cleveland, OH 44115

NORIDAN
4510 13th Ave. South
Fargo, ND 58121

PREMERA BLUE CROSS
70001 220th Street SW
Mountlake Terrace, WA 98043

PRIORITY HEALTH
1231 East Beltline
Grand Rapids, MI 49525

THE REGENCE GROUP
100 Southwest Market Street
Portland, OR 97201

USABLE MUTUAL INSURANCE COMPANY d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD
601 Gaines Street
Little Rock, AR 72201

WELLCARE HEALTH PLANS, INC.
8735 Henderson Road
Tampa, FL 33634

WELLCARE HEALTH PLAN OF IOWA, INC.
1331 Grand Ave.
Des Moines, IA 50309

WELLMARK, INC. d/b/a WELLMARK BLUE CROSS BLUE SHIELD OF IOWA
1331 Grand Ave.
Des Moines, IA 5039

WELLPOINT, INC.
120 Monument Circle
Indianapolis, IN 46204

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA—DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignation to appropriate calendar.**

Address of Plaintiff:  See Addendum

Address of Defendant:  1105 North Market Street, Suite 1300, Wilmington, DE 19801

Place of Accident, incident or Transaction:  Cidra, Puerto Rico

*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more or more of its stock?

(attach two copies of the Disclosure Statement Form in accordance with the Fed.R.Civ.P.7.1.(a)    Yes ☐    No. ☒

Does this case involve multidistrict litigation possibilities?    Yes ☐    No ☒

RELATED CASE IF ANY

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when "yes" is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☒

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☒

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes ☐    No ☒

4.  Is this case a second or successive habeas corpus, social security appeal, or pro se civil case filed by the same individual?    Yes ☐    No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A.  *Federal Question Cases:*

1.  ☐  Indemnity Contract, Marine Contract, and All Other Contracts
2.  ☐  FELA
3.  ☐  Jones Act—Personal Injury
4.  ☐  Antitrust
5.  ☐  Patent
6.  ☐  Labor-Management Relations
7.  ☐  Civil Rights
8.  ☐  Habeas Corpus
9.  ☐  Securities Act(s) Cases
10. ☐  Social Security Review Cases
11. ☒  All other Federal Question Cases
    (Please specify    18 U.S.C. §§1961-1968    )

B.  *Diversity Jurisdiction Cases:*

1.  ☐  Insurance Contract and Other Contracts
2.  ☐  Airplane Personal Injury
3.  ☐  Assault, Defamation
4.  ☐  Marine Personal Injury
5.  ☐  Motor Vehicle Personal Injury
6.  ☐  Other Personal Injury (Please specify):  Negligence
7.  ☐  Products Liability
8.  ☐  Products Liability—Asbestos
9.  ☐  All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION

*(Check appropriate category)*

1,  Joseph E. O'Neil, Esquire _____ counsel of record, do hereby certify:

☒  Pursuant to Local Civil Rule 53.2, Section 3(c)(2),  that, to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000 exclusive of interest and cost;

☐  Relief other than monetary damages is sought.

DATE: 8/12/13    *Joseph E. O'Neil* (signature)    29053

JOSEPH E. O'NEIL    *Attorney-at-Law*    *Attorney ID#*

**NOTE:**    A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 8/12/13    *Joseph E. O'Neil* (signature)    29053

JOSEPH E. O'NEIL    *Attorney-at-Law*    *Attorney ID#*

**Addendum to Designation Form:**

**Addresses of Plaintiffs:**

BLUE CROSS BLUE SHIELD ASSOCIATION
225 North Michigan Ave.
Chicago, IL 6061

AETNA, INC.
151 Farmington Ave.
Hartford, CT. 06156

AMERIGROUP/HMS
4425 Corporation Lane
Virginia Beach, VA 23462

AVMED HEALTH PLANS
9400 South Dadeland Boulevard
Miami, FL 33156

BLUE CROSS BLUE SHIELD OF ALABAMA
450 Riverchase Parkway East
Birmingham, AL 35244

BLUE CROSS BLUE SHIELD OF DELAWARE
One Brandywine Gateway
800 Delaware Ave.
Wilmington DE 19801

BLUE CROSS BLUE SHIELD OF FLORIDA, INC.
4800 Deerwood Campus Parkway
Jacksonville, FL 32246

BLUE CROSS BLUE SHIELD OF IDAHO HEALTH SERVICE, INC.
3000 E. Pine Avenue
Meridan, ID 83642

BLUE CROSS BLUE SHIELD OF KANSAS CITY
2301 Main
Kansas City, MO 64108

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
401 Park Drive
Boston, MA 02215

BLUE CROSS BLUE SHIELD OF MINNESOTA
3535 Blue Cross Road
Eagan, MN 55122

BLUE CROSS BLUE SHIELD OF MONTANA, INC.
560 North Park Ave.
Helena, MT 59604

BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
5901 Chapel Hill Road
Durham, NC 27707

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
500 Exchange Street
Providence, RI 02903

BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
I-20 at Alpine Road
Columbia, SC 29219

BLUECROSS BLUESHIELD OF TENNESSEE
1 Cameron Hill Circle
Chattanooga, TN 37402

CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST BLUECROSS BLUESHIELD)
1501 S. Clinton Street
Baltimore, MD 21224

CONNECTICUT GENERAL LIFE INSURANCE COMPANY
900 Cottage Grove Road
Hartford, CT 06152

EMBLEM HEALTH
55 Water Street
New York, NY 10041

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
310 NE Mulberry Street
Lees Summit, MO 64086

GROUP HEALTH COOPERATIVE
320 Westlake Ave. North
Seattle, WA 98109

GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC d/b/a CAREFIRST BLUECROSS
BLUESHIELD
840 1st Street NE
Washington DC 20065

HEALTH CARE SERVICES CORPORATION
300 East Randolph Street
Chicago, IL 60601

HEALTH NET, INC.
21650 Oxnard Street
Woodland Hills, CA 91367

HEALTHNOW NEW YORK
257 West Genesee Street
Buffalo, NY 14202

HIGHMARK INC.
120 Fifth Ave.
Pittsburgh, PA 15222

HIGHMARK WEST VIRGINIA INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
614  Market Street
Parkersburg, WV 26102

HMO PARTNERS, INC. d/b/a HEALTH ADVANTAGE
601 Gaines St.
Little Rock, AR 72201

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
Three Penn Plaza East
Newark, NJ 07105

KPS HEALTH PLANS
P.O. Box 339
Bremerton, WA 98337

LOUISIANA HEALTH SERVICE INDEMNITY COMPANY d/b/a BLUE CROSS BLUE SHIELD OF
LOUISIANA
5525 Reitz Ave.
Baton Rouge, LA 70809

MEDICAL MUTUAL OF OHIO
2060 E. 9th Street
Cleveland, OH 44115

NORIDAN
4510 13th Ave. South
Fargo, ND 58121

PREMERA BLUE CROSS
70001 220th Street SW
Mountlake Terrace, WA 98043

PRIORITY HEALTH
1231 East Beltline
Grand Rapids, MI 49525

THE REGENCE GROUP
100 Southwest Market Street
Portland, OR 97201

USABLE MUTUAL INSURANCE COMPANY d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD
601 Gaines Street
Little Rock, AR 72201

WELLCARE HEALTH PLANS, INC.
8735 Henderson Road
Tampa, FL 33634

WELLCARE HEALTH PLAN OF IOWA, INC.
1331 Grand Ave.
Des Moines, IA 50309

WELLMARK, INC. d/b/a WELLMARK BLUE CROSS BLUE SHIELD OF IOWA
1331 Grand Ave.
Des Moines, IA 5039

WELLPOINT, INC.
120 Monument Circle
Indianapolis, IN 46204

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION, | : |
| | : |
| AETNA, INC., | : |
| | : |
| AMERIGROUP/HMS, | : |
| | : |
| AVMED HEALTH PLANS, | :    CIVIL ACTION No. |
| | : |
| BLUE CROSS BLUE SHIELD OF ALABAMA, | : |
| | : |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | : |
| | : |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., | : |
| | : |
| BLUE CROSS OF IDAHO HEALTH SERVICE, INC., | : |
| | : |
| BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, | : |
| | : |
| BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, | : |
| | : |
| BLUE CROSS BLUE SHIELD OF MINNESOTA, | : |
| | : |
| BLUE CROSS BLUE SHIELD OF MONTANA, INC., | : |
| | : |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, | : |
| | : |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, | : |
| | : |
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, | : |
| | : |
| BLUECROSS BLUESHIELD OF TENNESSEE, | : |
| | : |
| CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST BLUECROSS | : |

BLUESHIELD),                                :
                                            :
CONNECTICUT GENERAL LIFE                    :
INSURANCE COMPANY,                          :
                                            :
EMBLEM HEALTH,                              :
                                            :
GOVERNMENT EMPLOYEES                        :
HEALTH ASSOCIATION                          :
                                            :
GROUP HEALTH COOPERATIVE                    :
                                            :
GROUP HOSPITALIZATION AND                   :
MEDICAL SERVICES, INC., d/b/a               :
CAREFIRST BLUECROSS                         :
BLUESHIELD,                                 :
                                            :
HEALTH CARE SERVICES                        :
CORPORATION,                                :
                                            :
HEALTH NET, INC.,                           :
                                            :
HEALTHNOW NEW YORK,                         :
                                            :
HIGHMARK INC.,                              :
                                            :
HIGHMARK WEST VIRGINIA INC.,                :
d/b/a HIGHMARK BLUE CROSS                    :
BLUE SHIELD WEST VIRGINIA,                   :
                                            :
HMO PARTNERS, INC., d/b/a                   :
HEALTH ADVANTAGE,                           :
                                            :
HORIZON BLUE CROSS BLUE                     :
SHIELD OF NEW JERSEY,                       :
                                            :
KPS HEALTH PLANS,                           :
                                            :
LOUISIANA HEALTH SERVICE                    :
INDEMNITY COMPANY, d/b/a BLUE               :
CROSS AND BLUE SHIELD OF                    :
LOUISIANA,                                  :
                                            :
MEDICAL MUTUAL OF OHIO,                     :
                                            :
NORIDIAN,                                   :
                                            :
PREMERA BLUE CROSS,                         :
                                            :

PRIORITY HEALTH,                              :
                                              :
THE REGENCE GROUP,                            :
                                              :
USABLE MUTUAL INSURANCE                       :
COMPANY, d/b/a ARKANSAS BLUE                  :
CROSS AND BLUE SHIELD,                        :
                                              :
WELLCARE HEALTH PLANS, INC.,                  :
                                              :
WELLCARE HEALTH PLAN OF                       :
IOWA, INC.,                                   :
                                              :
WELLMARK, INC. d/b/a                          :
WELLMARK BLUE CROSS AND                       :
BLUE SHIELD OF IOWA, and                      :
                                              :
WELLPOINT, INC.,                             :
                                              :
                    *Plaintiffs,*             :
                                              :
v.                                            :
                                              :
GLAXOSMITHKLINE LLC,                          :
                                              :
                    *Defendant.*              :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS**

(a)    Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.  ☐

(b)    Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ☐

(c)    Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ☐

(d)    Asbestos—Cases involving claims for personal injury or property damage from exposure to asbestos.  ☐

(e)    Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ☒

(f)    Standard Management – Cases that do not fall into any one of the other tracks. ☐

8/12/13
Date

*Joseph E. O'Neil*

Joseph E. O'Neil, Esquire
John J. O'Donnell, Esquire
Ricky M. Guerra, Esquire

GlaxoSmithKline LLC
Attorney for Defendant

joneil@lavin-law.com
jodonnell@lavin-law.com
rguerra@lavin-law.com
E-mail Address

(215) 627-0303
Telephone

(215) 627-2551
Fax Number

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PHILADELPHIA

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION, | : |
| | : |
| AETNA, INC., | : |
| | : |
| AMERIGROUP/HMS, | : |
| | : |
| AVMED HEALTH PLANS, | : CIVIL ACTION No. |
| | : |
| BLUE CROSS BLUE SHIELD OF ALABAMA, | : |
| | : |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | : |
| | : |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., | : |
| | : |
| BLUE CROSS OF IDAHO HEALTH SERVICE, INC., | : |
| | : |
| BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, | : |
| | : |
| BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, | : |
| | : |
| BLUE CROSS BLUE SHIELD OF MINNESOTA, | : |
| | : |
| BLUE CROSS BLUE SHIELD OF MONTANA, INC., | : |
| | : |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, | : |
| | : |
| BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, | : |
| | : |
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, | : |
| | : |
| BLUECROSS BLUESHIELD OF | : |

TENNESSEE,                              :
                                        :
CAREFIRST OF MARYLAND, INC.             :
(d/b/a CAREFIRST BLUECROSS              :
BLUESHIELD),                            :
                                        :
CONNECTICUT GENERAL LIFE                :
INSURANCE COMPANY,                      :
                                        :
EMBLEM HEALTH,                          :
                                        :
GOVERNMENT EMPLOYEES                    :
HEALTH ASSOCIATION                      :
                                        :
GROUP HEALTH COOPERATIVE                :
                                        :
GROUP HOSPITALIZATION AND               :
MEDICAL SERVICES, INC., d/b/a           :
CAREFIRST BLUECROSS                     :
BLUESHIELD,                             :
                                        :
HEALTH CARE SERVICES                    :
CORPORATION,                            :
                                        :
HEALTH NET, INC.,                       :
                                        :
HEALTHNOW NEW YORK,                     :
                                        :
HIGHMARK INC.,                          :
                                        :
HIGHMARK WEST VIRGINIA INC.,            :
d/b/a HIGHMARK BLUE CROSS               :
BLUE SHIELD WEST VIRGINIA,              :
                                        :
HMO PARTNERS, INC., d/b/a               :
HEALTH ADVANTAGE,                       :
                                        :
HORIZON BLUE CROSS BLUE                 :
SHIELD OF NEW JERSEY,                   :
                                        :
KPS HEALTH PLANS,                       :
                                        :
LOUISIANA HEALTH SERVICE                :
INDEMNITY COMPANY, d/b/a BLUE           :
CROSS AND BLUE SHIELD OF                :
LOUISIANA,                              :

MEDICAL MUTUAL OF OHIO,                          :

NORIDIAN,                                        :

PREMERA BLUE CROSS,                              :

PRIORITY HEALTH,                                 :

THE REGENCE GROUP,                               :

USABLE MUTUAL INSURANCE                          :
COMPANY, d/b/a ARKANSAS BLUE                     :
CROSS AND BLUE SHIELD,                           :

WELLCARE HEALTH PLANS, INC.,                     :

WELLCARE HEALTH PLAN OF                          :
IOWA, INC.,                                      :

WELLMARK, INC. d/b/a                             :
WELLMARK BLUE CROSS AND                          :
BLUE SHIELD OF IOWA, and                         :

WELLPOINT, INC.,                                 :

                    *Plaintiffs,*                :

v.                                               :

GLAXOSMITHKLINE LLC,                             :

                    *Defendant.*                 :

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant GLAXOSMITHKLINE

LLC ("GSK") gives notice of the removal of this action from the Court of Common Pleas of

Philadelphia County, Pennsylvania, filed at July Term 2011, No. 01465, to the United States

District Court for the Eastern District of Pennsylvania.

3

## BACKGROUND

1.      Plaintiffs brought this action to recover damages allegedly sustained as the result of claimed violations of federal law by GSK.

2.      These plaintiffs (and others apparently no longer pursuing any such claim) instituted this action on July 15, 2011 by filing a Praecipe to Issue Writ of Summons in the Court of Common Pleas of Philadelphia County.  No complaint was filed at that time.

3.      The writ was reinstated on three occasions before being served on GSK by certified mail received November 1, 2011.  The writ was not accompanied by a complaint.

4.      GSK responded by filing a Praecipe for Rule to File Complaint, serving plaintiffs with a copy of the praecipe and a copy of the rule issued by the court on January 12, 2012 and January 13, 2012, respectively.

5.      Plaintiffs filed their Complaint on July 24, 2013, accomplishing service of the Complaint on GSK that same day.  No prior complaint had been filed in the action.

## FEDERAL QUESTION JURISDICTION

6.      Plaintiffs' Complaint lists nine causes of action, three of which are brought under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961-1968.

7.      In their first cause of action, plaintiffs assert a violation of 18 U.S.C. § 1962(c). Compl. ¶¶ 188-95.

8.      In their second cause of action, plaintiffs assert a violation of 18 U.S.C. § 1962(d) by conspiracy to violate 18 U.S.C. § 1962(c).  Compl. ¶¶ 196-203.

9.      In their third cause of action, plaintiffs assert a violation of 18 U.S.C. § 1962(d) by conspiracy to violate 18 U.S.C. § 1962(a).  Compl. ¶¶ 204-11.

10.    Because each of these claims arises under a law of the United States, the Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331.

11.    Plaintiffs have also asserted six state law causes of action.  Compl. ¶¶ 212-49.

12.    This Court has supplemental jurisdiction over plaintiffs' state law causes of action because they form part of the same case or controversy as plaintiffs' federal causes of action. *See* 28 U.S.C. § 1367(a); *see also Carlsbad Tech., Inc. v. HIF Bio, Inc.*, 556 U.S. 635, 640 (2009) ("It is undisputed that when this case was removed to federal court, the District Court had original jurisdiction over the federal RICO claim pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over the state-law claims because they were 'so related to claims in the action within such original jurisdiction that they form[ed] part of the same case or controversy under Article III of the United States Constitution.' § 1367(a).").

## PROCEDURAL REQUIREMENTS

13.    Removal of this action is timely because this notice is filed within 30 days after the receipt by GSK on July 24, 2013 "of a copy of the initial pleading setting forth the claim for relief upon which [this action] is based."  *See* 28 U.S.C. § 1446(b)(1); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) ("[I]f the defendant is served with the summons but the complaint is furnished to the defendant sometime after, the period for removal runs from the defendant's receipt of the complaint . . . ."); *Sikirica v. Nationwide Ins. Co.*, 416 F.3d 214, 223 (3d Cir. 2005) (service of "writ of summons," without complaint, does not trigger 30-day period for removal); *Polanco v. Coneqtec Universal*, 474 F. Supp. 2d 735, 737 (E.D. Pa. 2007) ("The initial pleading described in § 1446(b) is the complaint, not the summons, praecipe for writ of summons, or some other document like a Civil Cover Sheet.").

14.    This action is properly removed to this Court because this Court has jurisdiction over the action and is the United States District Court that embraces the County of Philadelphia, where the action is pending. *See* 28 U.S.C. §§ 118(a), 1441(a).

15.    As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon GSK is attached hereto as **Exhibit A.**

16.    There are no other defendants who are required to join in or consent to removal pursuant to 28 U.S.C. § 1446(b)(2)(a). *See Ammlung v. City of Chester*, 302 A.2d 491, 492-93 (Pa. Super. 1973) (plaintiff who intentionally omits previously named defendants from amended complaint deemed to have discontinued her action against those defendants, and may not revive it on appeal).

17.    As required by 28 U.S.C. § 1446(d), GSK will promptly serve plaintiffs with a copy of this Notice of Removal and will file a copy of the same with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

18.    If any question arises as to the propriety of the removal of this action, GSK requests the opportunity to conduct discovery, submit a brief, and present oral argument in support of its position that removal is proper.

Respectfully submitted,

**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

BY: _____

Joseph E. O'Neil, Esquire (I.D. 29053)
John J. O'Donnell, Esquire (I.D. 46462)
Ricky M. Guerra, Esquire (I.D. 93264)
190 N Independence Mall West, Suite 500
Philadelphia, PA  19106
Phone:  215-627-0303
*Attorneys for Defendant, GlaxoSmithKline LLC*

AUGUST 12, 2013

6

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing **NOTICE OF REMOVAL** by depositing it on this 12th day of August, 2013 in the U.S. Mail, first-class, postage prepaid, and addressed as follows:

Gerald Lawrence, Esq.
Peter St. Phillip, Esq.
Lowey, Dannenberg, Cohen & Hart, P.C.
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428

Geoffrey M. Horn, Esq.
Uriel Rabinovitz, Esq.
Lowey, Dannenberg, Cohen & Hart, P.C.
One North Broadway, Suite 509
White Plains, NY 10601

Mark D. Fischer, Esq.
Rawlings & Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-8100

Neil V. Getnick, Esq.
Lesley Ann Skillen, Esq.
Stuart Altschuler, Esq.
Rockefeller Center
620 Fifth Avenue
New York, New York 10020-2457

Professor G. Robert Blakey
Notre Dame Law School
3102 Eck Hall of Law
Notre Dame, Indiana 46556

Joseph E. O'Neil, Esquire

# Exhibit A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

## JULY 2011                001465

E-Filing Number: 1107017729

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION | GLAXOSMITHKLINE, L.L.C. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 225 NORTH MICHIGAN AVENUE<br>CHICAGO IL 60601 | ONE FRANKLIN PLAZA<br>PHILADELPHIA PA 19101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| AETNA, INC. | GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 151 FARMINGTON AVENUE<br>HARTFORD CT 06156 | ONE FRANKLIN PLAZA<br>PHILADELPHIA PA 19101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| BLUE CROSS BLUE SHIELD OF ALABAMA | GLAXOSMITHKLINE PUERTO RICO., INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM AL 35244 | METRO OFFICE PARK TEXACO BUILDING 1200<br>GUAYNABO PR 00968 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 59 | 4 | ☐ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☒ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☒ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE |
|---|
| KT – DISPUTE RE: BUSINESS TORT |

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br>JUL 15 2011<br>**S. GARRETT** | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES       NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: BLUE CROSS BLUE SHIELD ASSOCIATION
, AETNA, INC. , BLUE CROSS BLUE SH:

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| GERALD LAWRENCE, JR. | 200 BARR HARBOR DR<br>SUITE 400<br>WEST CONSHOHOCKEN PA 19428 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610)941-2760 | (610)862-9777 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 69079 | glawrence@lowey.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *GERALD LAWRENCE, JR.* | Friday, July 15, 2011, 01:26 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF PLAINTIFFS:**

1. MEDICAL MUTUAL OF OHIO (AN OHIO CORPORATION)
     2060 E. 9TH STREET
     CLEVELAND OH 44115
2. GOVERNEMENT EMPLOYEES HEALTH ASSOCIATION
     310 NE MULBERRY STREET
     LEES SUMMIT MO 64086
3. EMBLEMHEALTH
     55 WATER STREET
     NEW YORK NY 10041
4. COVENTRY HEALTH CARE, INC.
     6705 ROCKLEDGE DRIVE SUITE 900
     BETHESDA MD 20817
5. HMO PARTNERS, INC.
     ALIAS: HEALTH ADVANTAGE
     601 GAINES STREET
     LITTLE ROCK AR 72201
6. USABLE LIFE
     601 GAINES STREET
     LITTLE ROCK AR 72201
7. WELLMARK HEALTH PLAN OF IOWA, INC.
     1331 GRAND AVENUE
     DES MOINSE IA 50309
8. WELLMARK OF SOUTH DAKOTA, INC.
     1331 GRAND AVENUE
     DES MOINES  IA 50309
9. BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
     401 PARK DRIVE
     BOSTON MA 02215
10. COVENTRY HEALTH CARE OF FLORIDA, INC.
     ALIAS: VISTA HEALTHPLAN, INC.
     1340 CONCORD TERRACE
     CONCORD FL 33323
11. COVENTRY SUMMIT HEALTHPLAN, INC.
     ALIAS: SUMMIT HEALTH CARE, INC.
     1340 CONCORD TERRACE
     SUNRISE FL 33323
12. COVENTRY HEALTH PLAN OF FLORIDA, INC.
     ALIAS: VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
     1340 CONCORD TERRACE
     SUNRISE FL 33323
13. VERIZON COMMUNICATIONS, INC.
     140 WEST STREET
     NEW YORK NY 10007
14. WELLCARE HEALTH PLANS, INC.
     8735 HENDERSON ROAD
     TAMPA FL 33634
15. BLUE CROSS AND BLUE SHIELD OF KANSAS
     1133 SW TOPEKA BOULEVARD
     TOPEKA KS 66629
16. WELLMARK, INC.
     ALIAS: WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA
     1331 GRAND AVENUE
     DES MOINES IA 50309
17. USABLE MUTUAL INSURANCE COMPANY
     ALIAS: ARKANSAS BLUE CROSS AND BLUE SHIELD
     601 GAINES STREET
     LITTLE ROCK AR 72201
18. UNITED HEALTHCARE SERVICES, INC.
     12125 TECHNOLOGY DRIVE
     EDEN PRAIRIE MN 55344
19. TUFTS ASSOCIATED HEALTH PLANS, INC.
     705 MT. AUBURN STREET
     WATERTOWN MA 02472
20. THE REGENCE GROUP
     100 SOUTHWEST MARKET STREET
     PORTLAND  OR 97201

21. PRIORITY HEALTH
    1231 EAST BELTLINE
    GRAND RAPIDS MI 49525
22. NORIDIAN
    4510 13TH AVENUE SOUTH
    FARGO ND 58121
23. MUTUAL OF OMAHA
    MUTUAL OF OMAHA PLAZA
    OMAHA NE 68175
24. LOUISIANA HEALTH SERVICE INDEMNITY
    ALIAS: BLUE CROSS AND BLUE SHIELD OF LOUISIANA
    5525 REITZ AVENUE
    BATON ROUGE LA 70809
25. KPS HEALTH PLANS
    P.O. BOX 339
    BREMERTON WA 98337
26. HIGHMARK WEST VIRGINIA INC.
    ALIAS: HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
    614 MARKET STREET
    PARKERSBURG WV 26102
27. HIGHMARK, INC.
    120 FIFTH AVENUE
    PITTSBURGH PA 15222
28. HEALTHPARTNERS, INC.
    8170 33RD AVE. S.
    MINNEAPOLIS MN 55425
29. HEALTHNOW NEW YORK
    257 WEST GENESEE STREET
    BUFFALO NY 14202
30. HEALTH NET, INC.
    21650 OXNARD STREET
    WOODLAND HILLS CA 91367
31. HAWAII MEDICAL SERVICE ASSOCIATION
    8170 KEEAUMOKU STREET
    HONOLULU HI 96814
32. HARVARD PILGRIM HEALTH CARE, INC.
    93 WORCESTER STREET
    WELLESLEY MA 02481
33. GROUP HEALTH COOPERATIVE
    320 WESTLAKE AVENUE NORTH
    SEATTE WA 98109
34. GOLDEN RULE/AMS
    7440 WOODLAND DR.
    INDIANAPOLIS IN 46278
35. BLUE CROSS AND BLUE SHIELD OF VERMONT
    445 INDUSTRIAL LANE
    BERLIN VT 05602
36. BLUECROSS BLUESHIELD OF TENNESSEE
    1 CAMERON HILL CIRCLE
    CHATTANOOGA TN 37402
37. BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
    I-20 AT ALPINE ROAD
    COLUMBIA SC 29219
38. BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
    500 EXCHANGE STREET
    PROVIDENCE RI 02903
39. BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
    5901 CHAPEL HILL ROAD
    DURHAM NC 27707
40. BLUE CROSS AND BLUE SHIELD OF NEBRASKA
    7261 MERCY ROAD
    OMAHA NE 68180
41. BLUE CROSS BLUE SHIELD OF MONTANA, INC.
    560 NORTH PARK AVENUE
    HELENA MT 59604
42. BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
    3000 E. PINE AVENUE

```
        MERIDIAN ID 83642
43. BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
    4800 DEERWOOD CAMPUS PARKWAY
    JACKSONVILLE FL 32246
44. BLUE CROSS BLUE SHIELD OF DELAWARE
    ONE BRANDYWINE GATEWAY 800 DELAWARE AVENUE
    WILMINGTON DE 19801
45. AVMED HEALTH PLANS
    9400 SOUTH DADELAND BOULEVARD
    MIAMI FL 33156
46. AMERIGROUP/HMS
    4425 CORPORATION LANE
    VIRGINIA BEACH VA 23462
47. WELLPOINT, INC.
    120 MONUMENT CIRCLE
    INDIANAPOLIS IN 46204
48. PREMERA BLUE CROSS
    7001 220TH STREET SW
    MOUNTLAKE TERRACE WA 98043
49. HUMANA INC.
    500 WEST MAIN STREET
    LOUISVILLE KY 40202
50. HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
    THREE PENN PLAZA EAST
    NEWARK NJ 07105
51. HEALTH CARE SERVICES CORPORATION
    300 EAST RANDOLPH STREET
    CHICAGO IL 60601
52. GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.
    ALIAS: CAREFIRST BLUECROSS BLUESHIELD
    840 1ST STREET NE
    WASHINGTON DC 20065
53. CONNECTICUT GENERAL LIFE INSURANCE COMPANY
    900 COTTAGE GROVE ROAD
    HARTFORD CT 06152
54. CAREFIRST OF MARYLAND, INC.
    ALIAS: CAREFIRST BLUECROSS BLUESHIELD
    1501 S. CLINTON STREET
    BALTIMORE MD 21224
55. BLUECROSS BLUESHIELD OF MINNESOTA
    3535 BLUE CROSS ROAD
    EAGAN MN 55122
56. BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
    2301 MAIN
    KANSAS CITY  MO 64108
57. BLUE CROSS BLUE SHIELD OF ALABAMA
    450 RIVERCHASE PARKWAY EAST
    BIRMINGHAM AL 35244
58. AETNA, INC.
    151 FARMINGTON AVENUE
    HARTFORD CT 06156
59. BLUE CROSS BLUE SHIELD ASSOCIATION
    225 NORTH MICHIGAN AVENUE
    CHICAGO IL 60601
```

## COMPLETE LIST OF DEFENDANTS:

```
    1. SB PHARMCO PUERTO RICO, INC.
       METRO OFFICE PARK TEXACO BUILDING 1200
       GUAYNABO PR 00968
    2. GLAXOSMITHKLINE PUERTO RICO., INC.
       METRO OFFICE PARK TEXACO BUILDING 1200
       GUAYNABO PR 00968
    3. GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.
       ONE FRANKLIN PLAZA
       PHILADELPHIA PA 19101
    4. GLAXOSMITHKLINE, L.L.C.
       ONE FRANKLIN PLAZA
```

PHILADELPHIA PA 19101

By:    GERALD LAWRENCE, Esq.
E-mail: glawrence@lowey.com
Identification No. 69079
LOWEY DANNENBERG COHEN & HART, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Phone: 610-941-2760

ASSESSMENT OF DAMAGES
HEARING

[  ] IS      [X] IS NOT REQUIRED

[X] JURY   [  ] NON-JURY

Attorneys for Plaintiff

---

BLUE CROSS BLUE SHIELD ASSOCIATION
225 North Michigan Avenue
Chicago, IL  60601,

AETNA, INC.
151 Farmington Avenue
Hartford, CT  06156,

AMERIGROUP/HMS
4425 Corporation Lane
Virginia Beach, VA  23462,

AVMED HEALTH PLANS
9400 South Dadeland Boulevard
Miami, FL  33156,

BLUE CROSS BLUE SHIELD OF ALABAMA
450 Riverchase Parkway East
Birmingham, AL  35244,

BLUE CROSS BLUE SHIELD OF DELAWARE
One Brandywine Gateway
800 Delaware Avenue
Wilmington, DE  19801,

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.
4800 Deerwood Campus Parkway
Jacksonville, FL  32246,

BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
3000 E. Pine Avenue
Meridian, ID  83642,

*(caption continued on next page)*

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS

TRIAL DIVISION

July Term, 2011

No. _____

PROTHONOTARY
Filed and Attested by
15 JUL 2011 01:26 pm
S. GARRETT
DISTRICT OF POTTS

{2498 / MISC / 00108677.DOC v2}

Case ID: 110701465

BLUE CROSS AND BLUE SHIELD OF KANSAS
1133 SW Topeka Boulevard
Topeka, KS  66629,

BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
2301 Main
Kansas City, MO  64108,

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
401 Park Drive
Boston, MA  02215,

BLUECROSS BLUESHIELD OF MINNESOTA
3535 Blue Cross Road
Eagan, MN  55122-1154,

BLUE CROSS BLUE SHIELD OF MONTANA, INC.
560 North Park Avenue
Helena, MT  59604,

BLUE CROSS AND BLUE SHIELD OF NEBRASKA
7261 Mercy Road
Omaha, NE  68180,

BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA
5901 Chapel Hill Road
Durham, NC  27707,

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
500 Exchange Street
Providence, RI  02903,

BLUE CROSS AND BLUE SHIELD OF SOUTH
CAROLINA
I-20 at Alpine Road
Columbia, SC  29219,

BLUECROSS BLUESHIELD OF TENNESSEE
1 Cameron Hill Circle
Chattanooga, TN  37402,

BLUE CROSS AND BLUE SHIELD OF VERMONT
445 Industrial Lane
Berlin, VT  05602,

*(caption continued on next page)*

{2498 / MISC / 00108677.DOC v2}                    2

Case ID: 110701465

CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST
BLUECROSS BLUESHIELD)
1501 S. Clinton Street
Baltimore, MD  21224,

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY
900 Cottage Grove Road
Hartford, CT  06152,

COVENTRY HEALTH CARE, INC.
6705 Rockledge Drive, Suite 900
Bethesda, MD  20817,

COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN, INC.
6705 Rockledge Drive, Suite 900
Bethesda, MD  20817,

COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
1340 Concord Terrace
Sunrise, FL  33323,

COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a
SUMMIT HEALTH CARE, INC.
1340 Concord Terrace
Sunrise, FL  33323,

EMBLEMHEALTH
55 Water Street
New York, NY  10041,

GOLDEN RULE/AMS
7440 Woodland Dr.
Indianapolis, IN  46278,

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
310 NE Mulberry Street
Lees Summit, MO 64086-5861,

GROUP HEALTH COOPERATIVE
320 Westlake Avenue North
Seattle, WA  98109,

*(caption continued on next page)*

GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., d/b/a CAREFIRST BLUECROSS
BLUESHIELD
840 1st Street, NE
Washington, DC  20065,

HARVARD PILGRIM HEALTH CARE, INC.
93 Worcester Street
Wellesley, MA  02481,

HAWAII MEDICAL SERVICE ASSOCIATION
8170 Keeaumoku Street
Honolulu, HI  96814,

HEALTH CARE SERVICES CORPORATION
300 East Randolph Street
Chicago, IL  60601,

HEALTH NET, INC.
21650 Oxnard Street
Woodland Hills, CA  91367,

HEALTHNOW NEW YORK
257 West Genesee Street
Buffalo, NY  14202,

HEALTHPARTNERS, INC.
8170 33rd Ave. S.
Minneapolis, MN  55425,

HIGHMARK INC.
120 Fifth Avenue
Pittsburgh, PA  15222,

HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK
BLUE CROSS BLUE SHIELD WEST VIRGINIA
614 Market Street
Parkersburg, WV  26102,

HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE
601 Gaines Street
Little Rock, AR  72201,

*(caption continued on next page)*

Case ID: 110701465

HORIZON BLUE CROSS BLUE SHIELD OF NEW
JERSEY
Three Penn Plaza East
Newark, NJ  07105,

HUMANA INC.
500 West Main Street
Louisville, KY  40202,

KPS HEALTH PLANS
P.O. Box 339
Bremerton, WA  98337,

LOUISIANA HEALTH SERVICE INDEMNITY
COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF
LOUISIANA
5525 Reitz Avenue
Baton Rouge, Louisiana  70809,

MEDICAL MUTUAL OF OHIO (an Ohio corporation)
2060 East 9th Street
Cleveland, OH  44115,

MUTUAL OF OMAHA
Mutual of Omaha Plaza
Omaha, NE  68175,

NORIDIAN
4510 13th Avenue South
Fargo, ND  58121,

PREMERA BLUE CROSS
7001 220th Street SW
Mountlake Terrace, WA  98043-2124,

PRIORITY HEALTH
1231 East Beltline
Grand Rapids, MI  49525,

THE REGENCE GROUP
100 Southwest Market Street
Portland, OR  97201-5702,

*(caption continued on next page)*

Case ID: 110701465

TUFTS ASSOCIATED HEALTH PLANS, INC.
705 Mt. Auburn Street
Watertown, MA  02472,

UNITED HEALTHCARE SERVICES, INC.
12125 Technology Drive
Eden Prairie, MN  55344,

USABLE LIFE
601 Gaines Street
Little Rock, AR  72201,

USABLE MUTUAL INSURANCE COMPANY, d/b/a
ARKANSAS BLUE CROSS AND BLUE SHIELD
601 Gaines Street
Little Rock, Arkansas  72201,

VERIZON COMMUNICATIONS INC.
140 West Street
New York, NY 10007

WELLCARE HEALTH PLANS, INC.
8735 Henderson Road
Tampa, FL  33634

WELLMARK HEALTH PLAN OF IOWA, INC.
1331 Grand Avenue
Des Moines, IA  50309,

WELLMARK, INC., d/b/a WELLMARK BLUE CROSS
AND BLUE SHIELD OF IOWA
1331 Grand Avenue
Des Moines, IA  50309,

WELLMARK OF SOUTH DAKOTA, INC.
1331 Grand Avenue
Des Moines, IA  50309, and

WELLPOINT, INC.
120 Monument Circle
Indianapolis, IN  46204,

                              Plaintiffs,

*(caption continued on next page)*

Case ID: 110701465

vs.

GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
One Franklin Plaza
Philadelphia, PA 19101,

GLAXOSMITHKLINE PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR  00968, and

SB PHARMCO PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR  00968,

                              Defendants.

---

## PRAECIPE TO ISSUE WRIT OF SUMMONS

### Tort – Other

To the Prothonotary:

Kindly issue a Writ of Summons—Civil Action in the above-captioned matter.

By:    _____

Gerald Lawrence, Esq.
Pa. Id. No. 69079
LOWEY DANNENBERG COHEN &
    HART, P.C.
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428

Richard W. Cohen, Esq.
Pa. Id. No. 55485
Peter D. St. Phillip, Esq.
Pa. Id. No. 70027
LOWEY DANNENBERG COHEN &
    HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601

*Attorneys for Plaintiffs*


Mark D. Fischer, Esq.
Jeffrey C. Swann, Esq.
Robert Griffith, Esq.
RAWLINGS & ASSOCIATES
1 Eden Parkway
LaGrange, KY 40031

Dated: July 15, 2011                    *Of Counsel to Plaintiffs*

C.P.57

# Commonwealth of Pennsylvania

SUMMONS
*CITACION*

## CITY AND COUNTY OF PHILADELPHIA

BLUE CROSS BLUE SHIELD
ASSOCIATION et al (see attached Exhibit A)

COURT OF COMMON PLEAS

July _____ Term, 20 10

*vs.*

No. _____

GLAXOSMITHKLINE, L.L.C., et al (see
attached Exhibit A)

To[1]

| | | |
|---|---|---|
| GLAXOSMITHKLINE, L.L.C.,<br>GLAXOSMITHKLINE HOLDINGS<br>(AMERICAS) INC.,<br>One Franklin Plaza<br>Philadelphia, PA 19101, | GLAXOSMITHKLINE PUERTO<br>RICO, INC.<br>Metro Office Park<br>Texaco Building 1200<br>Guaynabo, PR 00968 | SB PHARMCO PUERTO RICO, INC.<br>Metro Office Park<br>Texaco Building 1200<br>Guaynabo, PR 00968 |

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*[2]

BLUE CROSS BLUE SHIELD ASSOCIATION et al
225 North Michigan Avenue
Chicago, IL 60601
(see attached Exhibit A for complete list of Plaintiffs)

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*



By _____

Date _____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 110701465

COURT OF COMMON PLEAS

July _____ **Term, 20** 10 **No.** _____

BLUE CROSS BLUE SHIELD ASSOCIATION et al (see attached Exhibit A)

vs.

GLAXOSMITHKLINE, L.L.C., et al (see attached Exhibit A)

**SUMMONS**

Case ID: 110701465

C.P.97

# Commonwealth of Pennsylvania

## CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

BLUE CROSS BLUE SHIELD
ASSOCIATION et al (see attached Exhibit A)

COURT OF COMMON PLEAS

July _____ Term, 20 10

No. _____

*vs.*

GLAXOSMITHKLINE, L.L.C., et al (see
attached Exhibit A)

To[(1)]

| | | |
|---|---|---|
| GLAXOSMITHKLINE, L.L.C., GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC., One Franklin Plaza Philadelphia, PA 19101, | GLAXOSMITHKLINE PUERTO RICO, INC. Metro Office Park Texaco Building 1200 Guaynabo, PR 00968 | SB PHARMCO PUERTO RICO, INC. Metro Office Park Texaco Building 1200 Guaynabo, PR 00968 |

You are notified that the Plaintiff[(2)]
*Usted esta avisado que el demandante*[(2)]

BLUE CROSS BLUE SHIELD ASSOCIATION et al
225 North Michigan Avenue
Chicago, IL 60601
(see attached Exhibit A for complete list of Plaintiffs)

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By _____



110701465
15 JUL 2011 01:26 pm
S. GARRETT

Date _____

[(1)] Name(s) of Defendant(s)
[(2)] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 110701465

COURT OF COMMON PLEAS

July _____ **Term, 20** 10 ___ **No.** _____

BLUE CROSS BLUE SHIELD ASSOCIATION et al (see attached Exhibit A)

vs.

GLAXOSMITHKLINE, L.L.C., et al (see attached Exhibit A)

**SUMMONS**

Case ID: 110701465

**EXHBIT A**

**Complete List of Plaintiffs:**
BLUE CROSS BLUE SHIELD ASSOCIATION
AETNA, INC.
AMERIGROUP/HMS
AVMED HEALTH PLANS
BLUE CROSS BLUE SHIELD OF ALABAMA
BLUE CROSS BLUE SHIELD OF DELAWARE
BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.
BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
BLUE CROSS AND BLUE SHIELD OF KANSAS
BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
BLUECROSS BLUESHIELD OF MINNESOTA
BLUE CROSS BLUE SHIELD OF MONTANA, INC.
BLUE CROSS AND BLUE SHIELD OF NEBRASKA
BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
BLUECROSS BLUESHIELD OF TENNESSEE
BLUE CROSS AND BLUE SHIELD OF VERMONT
CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST BLUECROSS BLUESHIELD)
CONNECTICUT GENERAL LIFE INSURANCE COMPANY
COVENTRY HEALTH CARE, INC.
COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN, INC.
COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a SUMMIT HEALTH CARE, INC.
EMBLEMHEALTH
GOLDEN RULE/AMS
GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
GROUP HEALTH COOPERATIVE
GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD
HARVARD PILGRIM HEALTH CARE, INC.
HAWAII MEDICAL SERVICE ASSOCIATION
HEALTH CARE SERVICES CORPORATION
HEALTH NET, INC.
HEALTHNOW NEW YORK
HEALTHPARTNERS, INC.
HIGHMARK INC.
HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE
HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

Case ID: 110701465

HUMANA INC.
KPS HEALTH PLANS
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS AND
BLUE SHIELD OF LOUISIANA
MEDICAL MUTUAL OF OHIO (an Ohio corporation)
MUTUAL OF OMAHA
NORIDIAN
PREMERA BLUE CROSS
PRIORITY HEALTH
THE REGENCE GROUP
TUFTS ASSOCIATED HEALTH PLANS, INC.
UNITED HEALTHCARE SERVICES, INC.
USABLE LIFE
USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND
BLUE SHIELD
VERIZON COMMUNICATIONS INC.
WELLCARE HEALTH PLANS, INC.
WELLMARK HEALTH PLAN OF IOWA, INC.
WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA
WELLMARK OF SOUTH DAKOTA, INC.
WELLPOINT, INC.

**Complete List of Defendants:**
GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
GLAXOSMITHKLINE PUERTO RICO, INC.
SB PHARMCO PUERTO RICO, INC.

Case ID: 110701465

## COMMERCE PROGRAM ADDENDUM
## TO CIVIL COVER SHEET

This case is subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

_____  1.    Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

_____  2.    Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

        _____    (1)    Uniform Commercial Code transactions;
        _____    (2)    Purchases or sales of business or the assets of businesses;
        _____    (3)    Sales of goods or services by or to business enterprises;
        _____    (4)    Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;
        _____    (5)    Surety bonds;
        _____    (6)    Purchases or sales or leases of, or security interests in, commercial, real or personal property; and
        _____    (7)    Franchisor/franchisee relationships.

_____  3.    Actions relating to trade secret or non-compete agreements;

__X__  4.    "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

_____  5.    Actions relating to intellectual property disputes;

_____  6.    Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

_____  7.    Derivative actions and class actions based on claims otherwise falling within these ten types, and consumer class actions other than personal injury and products liability claims;

_____  8.    Actions relating to corporate trust affairs;

_____  9.    Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Comprehensive General Liability policy;

_____  10.   Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

\\zdraddm 5/07

By:    GERALD LAWRENCE, Esq.
E-mail: glawrence@lowey.com
Identification No. 69079
LOWEY DANNENBERG COHEN & HART, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Phone: 610-941-2760



                                                        Attorneys for Plaintiff

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION,, | PHILADELPHIA COUNTY |
| AETNA, INC., | COURT OF COMMON PLEAS |
| AMERIGROUP/HMS, | |
| AVMED HEALTH PLANS, | TRIAL DIVISION |
| BLUE CROSS BLUE SHIELD OF ALABAMA, | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | July Term, 2011 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., | |
| BLUE CROSS OF IDAHO HEALTH SERVICE, INC., | No. 1465 |
| BLUE CROSS AND BLUE SHIELD OF KANSAS, | |
| BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, | |

BLUE CROSS BLUE SHIELD ASSOCIATION,,
AETNA, INC.,
AMERIGROUP/HMS,
AVMED HEALTH PLANS,
BLUE CROSS BLUE SHIELD OF ALABAMA,
BLUE CROSS BLUE SHIELD OF DELAWARE,
BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
BLUE CROSS OF IDAHO HEALTH SERVICE, INC.,
BLUE CROSS AND BLUE SHIELD OF KANSAS,
BLUE CROSS AND BLUE SHIELD OF KANSAS CITY,
BLUE CROSS BLUE SHIELD OF MASSACHUSETTS,
BLUECROSS BLUESHIELD OF MINNESOTA,
BLUE CROSS BLUE SHIELD OF MONTANA, INC.,
BLUE CROSS AND BLUE SHIELD OF NEBRASKA,
BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA,
BLUE CROSS & BLUE SHIELD OF RHODE ISLAND,
BLUE CROSS AND BLUE SHIELD OF SOUTH
CAROLINA,
BLUECROSS BLUESHIELD OF TENNESSEE,
BLUE CROSS AND BLUE SHIELD OF VERMONT,
CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST
BLUECROSS BLUESHIELD),
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY,
COVENTRY HEALTH CARE, INC.,
COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN, INC,.
COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.,
COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a
SUMMIT HEALTH CARE, INC.,
EMBLEMHEALTH,
GOLDEN RULE/AMS,

*(caption continued on next page)*

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION,
GROUP HEALTH COOPERATIVE,
GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., d/b/a CAREFIRST BLUECROSS
BLUESHIELD,
HARVARD PILGRIM HEALTH CARE, INC.,
HAWAII MEDICAL SERVICE ASSOCIATION,
HEALTH CARE SERVICES CORPORATION,
HEALTH NET, INC.,
HEALTHNOW NEW YORK,
HEALTHPARTNERS, INC.,
HIGHMARK INC.,
HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK
BLUE CROSS BLUE SHIELD WEST VIRGINIA,
HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE,
HORIZON BLUE CROSS BLUE SHIELD OF NEW
JERSEY,
HUMANA INC.,
KPS HEALTH PLANS,
LOUISIANA HEALTH SERVICE INDEMNITY
COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF
LOUISIANA,
MEDICAL MUTUAL OF OHIO (an Ohio corporation),
MUTUAL OF OMAHA,
NORIDIAN,
PREMERA BLUE CROSS,
PRIORITY HEALTH,
THE REGENCE GROUP,
TUFTS ASSOCIATED HEALTH PLANS, INC.,
UNITED HEALTHCARE SERVICES, INC.,
USABLE LIFE,
USABLE MUTUAL INSURANCE COMPANY, d/b/a
ARKANSAS BLUE CROSS AND BLUE SHIELD,
VERIZON COMMUNICATIONS INC.,
WELLCARE HEALTH PLANS, INC.,
WELLMARK HEALTH PLAN OF IOWA, INC.,
WELLMARK, INC., d/b/a WELLMARK BLUE CROSS
AND BLUE SHIELD OF IOWA,
WELLMARK OF SOUTH DAKOTA, INC., and
WELLPOINT, INC.

                                Plaintiffs,


*(caption continued on next page)*

Case ID: 110701465

vs.

GLAXOSMITHKLINE, L.L.C., ,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
GLAXOSMITHKLINE PUERTO RICO, INC., and
SB PHARMCO PUERTO RICO, INC.,

                        Defendants.

---

## PRAECIPE TO
## REISSUE WRIT OF SUMMONS —CIVIL ACTION

TO THE PROTHONOTARY:

      Kindly reissue the Writ of Summons in the above-captioned Civil Action for an

additional thirty days and for an additional ninety days as to an out-of-state defendant.

By:    _____

Gerald Lawrence, Esq.
Pa. Id. No. 69079
LOWEY DANNENBERG COHEN & HART,
   P.C.
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428

Richard W. Cohen, Esq.
Pa. Id. No. 55485
Peter D. St. Phillip, Esq.
Pa. Id. No. 70027
LOWEY DANNENBERG COHEN & HART,
   P.C.
One North Broadway, Suite 509
White Plains, NY  10601

*Attorneys for Plaintiffs*

Mark D. Fischer, Esq.
Jeffrey C. Swann, Esq.
Robert Griffith, Esq.
RAWLINGS & ASSOCIATES
1 Eden Parkway
LaGrange, KY  40031

Dated: August 12, 2011                  *Of Counsel to Plaintiffs*

Case ID: 110701465

C.P.97

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

BLUE CROSS BLUE SHIELD
ASSOCIATION et al (see attached Exhibit A)

COURT OF COMMON PLEAS

July _____ Term, 20 10

No. _____

*vs.*

GLAXOSMITHKLINE, L.L.C., et al (see
attached Exhibit A)

To[1]

GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS
(AMERICAS) INC.,
One Franklin Plaza
Philadelphia, PA 19101,

GLAXOSMITHKLINE PUERTO
RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR 00968

SB PHARMCO PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR 00968

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*[2]

BLUE CROSS BLUE SHIELD ASSOCIATION et al
225 North Michigan Avenue
Chicago, IL 60601
(see attached Exhibit A for complete list of Plaintiffs)

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By _____



110701465
15 JUL 2011 01:26 pm
S. GARRETT

Date _____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 110701465

COURT OF COMMON PLEAS

July _____ Term, 20 10 __ No. ____

BLUE CROSS BLUE SHIELD ASSOCIATION et al (see attached Exhibit A)

vs.

GLAXOSMITHKLINE, L.L.C., et al (see attached Exhibit A)

SUMMONS

Case ID: 110701465

**EXHBIT A**

**Complete List of Plaintiffs:**
BLUE CROSS BLUE SHIELD ASSOCIATION
AETNA, INC.
AMERIGROUP/HMS
AVMED HEALTH PLANS
BLUE CROSS BLUE SHIELD OF ALABAMA
BLUE CROSS BLUE SHIELD OF DELAWARE
BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.
BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
BLUE CROSS AND BLUE SHIELD OF KANSAS
BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
BLUECROSS BLUESHIELD OF MINNESOTA
BLUE CROSS BLUE SHIELD OF MONTANA, INC.
BLUE CROSS AND BLUE SHIELD OF NEBRASKA
BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
BLUECROSS BLUESHIELD OF TENNESSEE
BLUE CROSS AND BLUE SHIELD OF VERMONT
CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST BLUECROSS BLUESHIELD)
CONNECTICUT GENERAL LIFE INSURANCE COMPANY
COVENTRY HEALTH CARE, INC.
COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN, INC.
COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a SUMMIT HEALTH CARE, INC.
EMBLEMHEALTH
GOLDEN RULE/AMS
GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
GROUP HEALTH COOPERATIVE
GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD
HARVARD PILGRIM HEALTH CARE, INC.
HAWAII MEDICAL SERVICE ASSOCIATION
HEALTH CARE SERVICES CORPORATION
HEALTH NET, INC.
HEALTHNOW NEW YORK
HEALTHPARTNERS, INC.
HIGHMARK INC.
HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE
HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

Case ID: 110701465

HUMANA INC.
KPS HEALTH PLANS
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS AND
BLUE SHIELD OF LOUISIANA
MEDICAL MUTUAL OF OHIO (an Ohio corporation)
MUTUAL OF OMAHA
NORIDIAN
PREMERA BLUE CROSS
PRIORITY HEALTH
THE REGENCE GROUP
TUFTS ASSOCIATED HEALTH PLANS, INC.
UNITED HEALTHCARE SERVICES, INC.
USABLE LIFE
USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND
BLUE SHIELD
VERIZON COMMUNICATIONS INC.
WELLCARE HEALTH PLANS, INC.
WELLMARK HEALTH PLAN OF IOWA, INC.
WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA
WELLMARK OF SOUTH DAKOTA, INC.
WELLPOINT, INC.

**Complete List of Defendants:**
GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
GLAXOSMITHKLINE PUERTO RICO, INC.
SB PHARMCO PUERTO RICO, INC.

{2498 / MISC / 00108787.DOC v1}

Case ID: 110701465

By:    GERALD LAWRENCE, Esq.
E-mail: glawrence@lowey.com
Identification No. 69079
LOWEY DANNENBERG COHEN & HART, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Phone: 610-941-2760

ASSESSMENT OF DAMAGES
HEARING

[  ] IS      [X] IS NOT REQUIRED

[X] JURY    [  ] NON-JURY

Attorneys for Plaintiff

---

BLUE CROSS BLUE SHIELD ASSOCIATION
225 North Michigan Avenue
Chicago, IL  60601,

AETNA, INC.
151 Farmington Avenue
Hartford, CT  06156,

AMERIGROUP/HMS
4425 Corporation Lane
Virginia Beach, VA  23462,

AVMED HEALTH PLANS
9400 South Dadeland Boulevard
Miami, FL  33156,

BLUE CROSS BLUE SHIELD OF ALABAMA
450 Riverchase Parkway East
Birmingham, AL  35244,

BLUE CROSS BLUE SHIELD OF DELAWARE
One Brandywine Gateway
800 Delaware Avenue
Wilmington, DE  19801,

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.
4800 Deerwood Campus Parkway
Jacksonville, FL  32246,

BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
3000 E. Pine Avenue
Meridian, ID  83642,

*(caption continued on next page)*

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS

TRIAL DIVISION

July Term, 2011

No. _____

---

{2498 / MISC / 00108677.DOC v2}

Case ID: 110701465

BLUE CROSS AND BLUE SHIELD OF KANSAS
1133 SW Topeka Boulevard
Topeka, KS  66629,

BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
2301 Main
Kansas City, MO  64108,

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
401 Park Drive
Boston, MA  02215,

BLUECROSS BLUESHIELD OF MINNESOTA
3535 Blue Cross Road
Eagan, MN  55122-1154,

BLUE CROSS BLUE SHIELD OF MONTANA, INC.
560 North Park Avenue
Helena, MT  59604,

BLUE CROSS AND BLUE SHIELD OF NEBRASKA
7261 Mercy Road
Omaha, NE  68180,

BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA
5901 Chapel Hill Road
Durham, NC  27707,

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
500 Exchange Street
Providence, RI  02903,

BLUE CROSS AND BLUE SHIELD OF SOUTH
CAROLINA
I-20 at Alpine Road
Columbia, SC  29219,

BLUECROSS BLUESHIELD OF TENNESSEE
1 Cameron Hill Circle
Chattanooga, TN  37402,

BLUE CROSS AND BLUE SHIELD OF VERMONT
445 Industrial Lane
Berlin, VT  05602,

*(caption continued on next page)*

Case ID: 110701465

CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST
BLUECROSS BLUESHIELD)
1501 S. Clinton Street
Baltimore, MD 21224,

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY
900 Cottage Grove Road
Hartford, CT 06152,

COVENTRY HEALTH CARE, INC.
6705 Rockledge Drive, Suite 900
Bethesda, MD 20817,

COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN, INC.
6705 Rockledge Drive, Suite 900
Bethesda, MD 20817,

COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
1340 Concord Terrace
Sunrise, FL 33323,

COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a
SUMMIT HEALTH CARE, INC.
1340 Concord Terrace
Sunrise, FL 33323,

EMBLEMHEALTH
55 Water Street
New York, NY 10041,

GOLDEN RULE/AMS
7440 Woodland Dr.
Indianapolis, IN 46278,

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
310 NE Mulberry Street
Lees Summit, MO 64086-5861,

GROUP HEALTH COOPERATIVE
320 Westlake Avenue North
Seattle, WA 98109,

(*caption continued on next page*)

Case ID: 110701465

GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., d/b/a CAREFIRST BLUECROSS
BLUESHIELD
840 1st Street, NE
Washington, DC  20065,

HARVARD PILGRIM HEALTH CARE, INC.
93 Worcester Street
Wellesley, MA  02481,

HAWAII MEDICAL SERVICE ASSOCIATION
8170 Keeaumoku Street
Honolulu, HI  96814,

HEALTH CARE SERVICES CORPORATION
300 East Randolph Street
Chicago, IL  60601,

HEALTH NET, INC.
21650 Oxnard Street
Woodland Hills, CA  91367,

HEALTHNOW NEW YORK
257 West Genesee Street
Buffalo, NY  14202,

HEALTHPARTNERS, INC.
8170 33rd Ave. S.
Minneapolis, MN  55425,

HIGHMARK INC.
120 Fifth Avenue
Pittsburgh, PA  15222,

HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK
BLUE CROSS BLUE SHIELD WEST VIRGINIA
614 Market Street
Parkersburg, WV  26102,

HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE
601 Gaines Street
Little Rock, AR  72201,

*(caption continued on next page)*

HORIZON BLUE CROSS BLUE SHIELD OF NEW
JERSEY
Three Penn Plaza East
Newark, NJ  07105,

HUMANA INC.
500 West Main Street
Louisville, KY  40202,

KPS HEALTH PLANS
P.O. Box 339
Bremerton, WA  98337,

LOUISIANA HEALTH SERVICE INDEMNITY
COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF
LOUISIANA
5525 Reitz Avenue
Baton Rouge, Louisiana  70809,

MEDICAL MUTUAL OF OHIO (an Ohio corporation)
2060 East 9th Street
Cleveland, OH  44115,

MUTUAL OF OMAHA
Mutual of Omaha Plaza
Omaha, NE  68175,

NORIDIAN
4510 13th Avenue South
Fargo, ND  58121,

PREMERA BLUE CROSS
7001 220th Street SW
Mountlake Terrace, WA  98043-2124,

PRIORITY HEALTH
1231 East Beltline
Grand Rapids, MI  49525,

THE REGENCE GROUP
100 Southwest Market Street
Portland, OR  97201-5702,

*(caption continued on next page)*

TUFTS ASSOCIATED HEALTH PLANS, INC.
705 Mt. Auburn Street
Watertown, MA  02472,

UNITED HEALTHCARE SERVICES, INC.
12125 Technology Drive
Eden Prairie, MN  55344,

USABLE LIFE
601 Gaines Street
Little Rock, AR  72201,

USABLE MUTUAL INSURANCE COMPANY, d/b/a
ARKANSAS BLUE CROSS AND BLUE SHIELD
601 Gaines Street
Little Rock, Arkansas  72201,

VERIZON COMMUNICATIONS INC.
140 West Street
New York, NY 10007

WELLCARE HEALTH PLANS, INC.
8735 Henderson Road
Tampa, FL  33634

WELLMARK HEALTH PLAN OF IOWA, INC.
1331 Grand Avenue
Des Moines, IA  50309,

WELLMARK, INC., d/b/a WELLMARK BLUE CROSS
AND BLUE SHIELD OF IOWA
1331 Grand Avenue
Des Moines, IA  50309,

WELLMARK OF SOUTH DAKOTA, INC.
1331 Grand Avenue
Des Moines, IA  50309, and

WELLPOINT, INC.
120 Monument Circle
Indianapolis, IN  46204,

                                        Plaintiffs,

*(caption continued on next page)*

vs.

GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
One Franklin Plaza
Philadelphia, PA 19101,

GLAXOSMITHKLINE PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR  00968, and

SB PHARMCO PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR  00968,

                              Defendants.

---

## PRAECIPE TO ISSUE WRIT OF SUMMONS

### Tort – Other

To the Prothonotary:

    Kindly issue a Writ of Summons—Civil Action in the above-captioned matter.

By:     _____
         Gerald Lawrence, Esq.
         Pa. Id. No. 69079
         LOWEY DANNENBERG COHEN &
            HART, P.C.
         200 Barr Harbor Drive, Suite 400
         West Conshohocken, PA 19428

Case ID: 110701465

Richard W. Cohen, Esq.
Pa. Id. No. 55485
Peter D. St. Phillip, Esq.
Pa. Id. No. 70027
LOWEY DANNENBERG COHEN &
    HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601

*Attorneys for Plaintiffs*

Mark D. Fischer, Esq.
Jeffrey C. Swann, Esq.
Robert Griffith, Esq.
RAWLINGS & ASSOCIATES
1 Eden Parkway
LaGrange, KY 40031

Dated: July 15, 2011                  *Of Counsel to Plaintiffs*

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| | **JULY 2011**  **001465** |
| | E-Filing Number: 1107017729 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION | GLAXOSMITHKLINE, L.L.C. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 225 NORTH MICHIGAN AVENUE<br>CHICAGO IL 60601 | ONE FRANKLIN PLAZA<br>PHILADELPHIA PA 19101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| AETNA, INC. | GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 151 FARMINGTON AVENUE<br>HARTFORD CT 06156 | ONE FRANKLIN PLAZA<br>PHILADELPHIA PA 19101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| BLUE CROSS BLUE SHIELD OF ALABAMA | GLAXOSMITHKLINE PUERTO RICO., INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM AL 35244 | METRO OFFICE PARK TEXACO BUILDING 1200<br>GUAYNABO PR 00968 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 59 | 4 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☒ Commerce   ☐ Settlement<br>☐ Minor Court Appeal   ☐ Minors<br>☐ Statutory Appeals   ☐ W/D/Survival |

CASE TYPE AND CODE

KT - DISPUTE RE: BUSINESS TORT

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED**
**PRO PROTHY**

JUL **15** 2011

**S. GARRETT**

IS CASE SUBJECT TO
COORDINATION ORDER?
YES          NO

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: BLUE CROSS BLUE SHIELD ASSOCIATION
, AETNA, INC. , BLUE CROSS BLUE SH
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| GERALD LAWRENCE, JR. | 200 BARR HARBOR DR<br>SUITE 400<br>WEST CONSHOHOCKEN PA 19428 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610)941-2760 | (610)862-9777 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 69079 | glawrence@lowey.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| GERALD LAWRENCE, JR. | Friday, July 15, 2011, 01:26 pm |

Case ID: 110701465

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF PLAINTIFFS:

1. MEDICAL MUTUAL OF OHIO (AN OHIO CORPORATION)
     2060 E. 9TH STREET
     CLEVELAND OH 44115
2. GOVERNEMENT EMPLOYEES HEALTH ASSOCIATION
     310 NE MULBERRY STREET
     LEES SUMMIT MO 64086
3. EMBLEMHEALTH
     55 WATER STREET
     NEW YORK NY 10041
4. COVENTRY HEALTH CARE, INC.
     6705 ROCKLEDGE DRIVE SUITE 900
     BETHESDA MD 20817
5. HMO PARTNERS, INC.
     ALIAS: HEALTH ADVANTAGE
     601 GAINES STREET
     LITTLE ROCK AR 72201
6. USABLE LIFE
     601 GAINES STREET
     LITTLE ROCK AR 72201
7. WELLMARK HEALTH PLAN OF IOWA, INC.
     1331 GRAND AVENUE
     DES MOINSE IA 50309
8. WELLMARK OF SOUTH DAKOTA, INC.
     1331 GRAND AVENUE
     DES MOINES  IA 50309
9. BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
     401 PARK DRIVE
     BOSTON MA 02215
10. COVENTRY HEALTH CARE OF FLORIDA, INC.
     ALIAS: VISTA HEALTHPLAN, INC.
     1340 CONCORD TERRACE
     CONCORD FL 33323
11. COVENTRY SUMMIT HEALTHPLAN, INC.
     ALIAS: SUMMIT HEALTH CARE, INC.
     1340 CONCORD TERRACE
     SUNRISE FL 33323
12. COVENTRY HEALTH PLAN OF FLORIDA, INC.
     ALIAS: VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
     1340 CONCORD TERRACE
     SUNRISE FL 33323
13. VERIZON COMMUNICATIONS, INC.
     140 WEST STREET
     NEW YORK NY 10007
14. WELLCARE HEALTH PLANS, INC.
     8735 HENDERSON ROAD
     TAMPA FL 33634
15. BLUE CROSS AND BLUE SHIELD OF KANSAS
     1133 SW TOPEKA BOULEVARD
     TOPEKA KS 66629
16. WELLMARK, INC.
     ALIAS: WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA
     1331 GRAND AVENUE
     DES MOINES IA 50309
17. USABLE MUTUAL INSURANCE COMPANY
     ALIAS: ARKANSAS BLUE CROSS AND BLUE SHIELD
     601 GAINES STREET
     LITTLE ROCK AR 72201
18. UNITED HEALTHCARE SERVICES, INC.
     12125 TECHNOLOGY DRIVE
     EDEN PRAIRIE MN 55344
19. TUFTS ASSOCIATED HEALTH PLANS, INC.
     705 MT. AUBURN STREET
     WATERTOWN MA 02472
20. THE REGENCE GROUP
     100 SOUTHWEST MARKET STREET
     PORTLAND  OR 97201

Case ID: 110701465

21. PRIORITY HEALTH
    1231 EAST BELTLINE
    GRAND RAPIDS MI 49525
22. NORIDIAN
    4510 13TH AVENUE SOUTH
    FARGO ND 58121
23. MUTUAL OF OMAHA
    MUTUAL OF OMAHA PLAZA
    OMAHA NE 68175
24. LOUISIANA HEALTH SERVICE INDEMNITY
    ALIAS: BLUE CROSS AND BLUE SHIELD OF LOUISIANA
    5525 REITZ AVENUE
    BATON ROUGE LA 70809
25. KPS HEALTH PLANS
    P.O. BOX 339
    BREMERTON WA 98337
26. HIGHMARK WEST VIRGINIA INC.
    ALIAS: HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
    614 MARKET STREET
    PARKERSBURG WV 26102
27. HIGHMARK, INC.
    120 FIFTH AVENUE
    PITTSBURGH PA 15222
28. HEALTHPARTNERS, INC.
    8170 33RD AVE. S.
    MINNEAPOLIS MN 55425
29. HEALTHNOW NEW YORK
    257 WEST GENESEE STREET
    BUFFALO NY 14202
30. HEALTH NET, INC.
    21650 OXNARD STREET
    WOODLAND HILLS CA 91367
31. HAWAII MEDICAL SERVICE ASSOCIATION
    8170 KEEAUMOKU STREET
    HONOLULU HI 96814
32. HARVARD PILGRIM HEALTH CARE, INC.
    93 WORCESTER STREET
    WELLESLEY MA 02481
33. GROUP HEALTH COOPERATIVE
    320 WESTLAKE AVENUE NORTH
    SEATTE WA 98109
34. GOLDEN RULE/AMS
    7440 WOODLAND DR.
    INDIANAPOLIS IN 46278
35. BLUE CROSS AND BLUE SHIELD OF VERMONT
    445 INDUSTRIAL LANE
    BERLIN VT 05602
36. BLUECROSS BLUESHIELD OF TENNESSEE
    1 CAMERON HILL CIRCLE
    CHATTANOOGA TN 37402
37. BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
    I-20 AT ALPINE ROAD
    COLUMBIA SC 29219
38. BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
    500 EXCHANGE STREET
    PROVIDENCE RI 02903
39. BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
    5901 CHAPEL HILL ROAD
    DURHAM NC 27707
40. BLUE CROSS AND BLUE SHIELD OF NEBRASKA
    7261 MERCY ROAD
    OMAHA NE 68180
41. BLUE CROSS BLUE SHIELD OF MONTANA, INC.
    560 NORTH PARK AVENUE
    HELENA MT 59604
42. BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
    3000 E. PINE AVENUE

```
        MERIDIAN ID 83642
43. BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
    4800 DEERWOOD CAMPUS PARKWAY
    JACKSONVILLE FL 32246
44. BLUE CROSS BLUE SHIELD OF DELAWARE
    ONE BRANDYWINE GATEWAY 800 DELAWARE AVENUE
    WILMINGTON DE 19801
45. AVMED HEALTH PLANS
    9400 SOUTH DADELAND BOULEVARD
    MIAMI FL 33156
46. AMERIGROUP/HMS
    4425 CORPORATION LANE
    VIRGINIA BEACH VA 23462
47. WELLPOINT, INC.
    120 MONUMENT CIRCLE
    INDIANAPOLIS IN 46204
48. PREMERA BLUE CROSS
    7001 220TH STREET SW
    MOUNTLAKE TERRACE WA 98043
49. HUMANA INC.
    500 WEST MAIN STREET
    LOUISVILLE KY 40202
50. HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
    THREE PENN PLAZA EAST
    NEWARK NJ 07105
51. HEALTH CARE SERVICES CORPORATION
    300 EAST RANDOLPH STREET
    CHICAGO IL 60601
52. GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.
    ALIAS: CAREFIRST BLUECROSS BLUESHIELD
    840 1ST STREET NE
    WASHINGTON DC 20065
53. CONNECTICUT GENERAL LIFE INSURANCE COMPANY
    900 COTTAGE GROVE ROAD
    HARTFORD CT 06152
54. CAREFIRST OF MARYLAND, INC.
    ALIAS: CAREFIRST BLUECROSS BLUESHIELD
    1501 S. CLINTON STREET
    BALTIMORE MD 21224
55. BLUECROSS BLUESHIELD OF MINNESOTA
    3535 BLUE CROSS ROAD
    EAGAN MN 55122
56. BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
    2301 MAIN
    KANSAS CITY  MO 64108
57. BLUE CROSS BLUE SHIELD OF ALABAMA
    450 RIVERCHASE PARKWAY EAST
    BIRMINGHAM AL 35244
58. AETNA, INC.
    151 FARMINGTON AVENUE
    HARTFORD CT 06156
59. BLUE CROSS BLUE SHIELD ASSOCIATION
    225 NORTH MICHIGAN AVENUE
    CHICAGO IL 60601
```

**COMPLETE LIST OF DEFENDANTS:**

```
1. SB PHARMCO PUERTO RICO, INC.
   METRO OFFICE PARK TEXACO BUILDING 1200
   GUAYNABO PR 00968
2. GLAXOSMITHKLINE PUERTO RICO., INC.
   METRO OFFICE PARK TEXACO BUILDING 1200
   GUAYNABO PR 00968
3. GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.
   ONE FRANKLIN PLAZA
   PHILADELPHIA PA 19101
4. GLAXOSMITHKLINE, L.L.C.
   ONE FRANKLIN PLAZA
```

Case ID: 110701465

PHILADELPHIA PA 19101

Case ID: 110701465

# COMMERCE PROGRAM ADDENDUM
## TO CIVIL COVER SHEET

This case is subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

_____ 1. Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

_____ 2. Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

> _____ (1) Uniform Commercial Code transactions;
>
> _____ (2) Purchases or sales of business or the assets of businesses;
>
> _____ (3) Sales of goods or services by or to business enterprises;
>
> _____ (4) Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;
>
> _____ (5) Surety bonds;
>
> _____ (6) Purchases or sales or leases of, or security interests in, commercial, real or personal property; and
>
> _____ (7) Franchisor/franchisee relationships.

_____ 3. Actions relating to trade secret or non-compete agreements;

**X** 4. "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

_____ 5. Actions relating to intellectual property disputes;

_____ 6. Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

_____ 7. Derivative actions and class actions based on claims otherwise falling within these ten types, and consumer class actions other than personal injury and products liability claims;

_____ 8. Actions relating to corporate trust affairs;

_____ 9. Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Comprehensive General Liability policy;

_____ 10. Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

Case ID: 110701465

\\zdraddm 5/07

By:    GERALD LAWRENCE, Esq.
E-mail: glawrence@lowey.com
Identification No. 69079
LOWEY DANNENBERG COHEN & HART, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Phone: 610-941-2760



Attorneys for Plaintiff

BLUE CROSS BLUE SHIELD ASSOCIATION,,
AETNA, INC.,
AMERIGROUP/HMS,
AVMED HEALTH PLANS,
BLUE CROSS BLUE SHIELD OF ALABAMA,
BLUE CROSS BLUE SHIELD OF DELAWARE,
BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
BLUE CROSS OF IDAHO HEALTH SERVICE, INC.,
BLUE CROSS AND BLUE SHIELD OF KANSAS,
BLUE CROSS AND BLUE SHIELD OF KANSAS CITY,
BLUE CROSS BLUE SHIELD OF MASSACHUSETTS,
BLUECROSS BLUESHIELD OF MINNESOTA,
BLUE CROSS BLUE SHIELD OF MONTANA, INC.,
BLUE CROSS AND BLUE SHIELD OF NEBRASKA,
BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA,
BLUE CROSS & BLUE SHIELD OF RHODE ISLAND,
BLUE CROSS AND BLUE SHIELD OF SOUTH
CAROLINA,
BLUECROSS BLUESHIELD OF TENNESSEE,
BLUE CROSS AND BLUE SHIELD OF VERMONT,
CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST
BLUECROSS BLUESHIELD),
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY,
COVENTRY HEALTH CARE, INC.,
COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN, INC,.
COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.,
COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a
SUMMIT HEALTH CARE, INC.,
EMBLEMHEALTH,
GOLDEN RULE/AMS,

*(caption continued on next page)*

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS

TRIAL DIVISION

July Term, 2011

No. 1465

Case ID: 110701465

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION,
GROUP HEALTH COOPERATIVE,
GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., d/b/a CAREFIRST BLUECROSS
BLUESHIELD,
HARVARD PILGRIM HEALTH CARE, INC.,
HAWAII MEDICAL SERVICE ASSOCIATION,
HEALTH CARE SERVICES CORPORATION,
HEALTH NET, INC.,
HEALTHNOW NEW YORK,
HEALTHPARTNERS, INC.,
HIGHMARK INC.,
HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK
BLUE CROSS BLUE SHIELD WEST VIRGINIA,
HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE,
HORIZON BLUE CROSS BLUE SHIELD OF NEW
JERSEY,
HUMANA INC.,
KPS HEALTH PLANS,
LOUISIANA HEALTH SERVICE INDEMNITY
COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF
LOUISIANA,
MEDICAL MUTUAL OF OHIO (an Ohio corporation),
MUTUAL OF OMAHA,
NORIDIAN,
PREMERA BLUE CROSS,
PRIORITY HEALTH,
THE REGENCE GROUP,
TUFTS ASSOCIATED HEALTH PLANS, INC.,
UNITED HEALTHCARE SERVICES, INC.,
USABLE LIFE,
USABLE MUTUAL INSURANCE COMPANY, d/b/a
ARKANSAS BLUE CROSS AND BLUE SHIELD,
VERIZON COMMUNICATIONS INC.,
WELLCARE HEALTH PLANS, INC.,
WELLMARK HEALTH PLAN OF IOWA, INC.,
WELLMARK, INC., d/b/a WELLMARK BLUE CROSS
AND BLUE SHIELD OF IOWA,
WELLMARK OF SOUTH DAKOTA, INC., and
WELLPOINT, INC.

                                    Plaintiffs,


*(caption continued on next page)*

vs.

GLAXOSMITHKLINE, L.L.C., ,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
GLAXOSMITHKLINE PUERTO RICO, INC., and
SB PHARMCO PUERTO RICO, INC.,

                              Defendants.

_____

## PRAECIPE TO
## REISSUE WRIT OF SUMMONS —CIVIL ACTION

TO THE PROTHONOTARY:

      Kindly reissue the Writ of Summons in the above-captioned Civil Action for an

additional thirty days and for an additional ninety days as to an out-of-state defendant.

By:     _____

Gerald Lawrence, Esq.
Pa. Id. No. 69079
LOWEY DANNENBERG COHEN & HART,
   P.C.
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428

Richard W. Cohen, Esq.
Pa. Id. No. 55485
Peter D. St. Phillip, Esq.
Pa. Id. No. 70027
LOWEY DANNENBERG COHEN & HART,
   P.C.
One North Broadway, Suite 509
White Plains, NY  10601

*Attorneys for Plaintiffs*

Mark D. Fischer, Esq.
Jeffrey C. Swann, Esq.
Robert Griffith, Esq.
RAWLINGS & ASSOCIATES
1 Eden Parkway
LaGrange, KY  40031

Dated:  September 13, 2011              *Of Counsel to Plaintiffs*

Case ID: 110701465

C.P.97

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

**BLUE CROSS BLUE SHIELD
ASSOCIATION et al (see attached Exhibit A)**

COURT OF COMMON PLEAS

*Filed and Attested by
PROTHONOTARY
15 AUG 2011 05:26 pm
S. GARRETT*

July _____ Term, 20 10

No. _____

*vs.*

**GLAXOSMITHKLINE, L.L.C., et al (see
attached Exhibit A)**

To[1]

GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS
(AMERICAS) INC.,
One Franklin Plaza
Philadelphia, PA 19101,

GLAXOSMITHKLINE PUERTO
RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR 00968

SB PHARMCO PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR 00968

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante[2]*

BLUE CROSS BLUE SHIELD ASSOCIATION et al
225 North Michigan Avenue
Chicago, IL 60601
(see attached Exhibit A for complete list of Plaintiffs)

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*



By _____

Date _____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 110701465

COURT OF COMMON PLEAS

July _____ Term, 20 _10_ No. _____

BLUE CROSS BLUE SHIELD ASSOCIATION et al (see attached Exhibit A)

vs.

GLAXOSMITHKLINE, L.L.C., et al (see attached Exhibit A)

SUMMONS

**EXHBIT A**

**Complete List of Plaintiffs:**
BLUE CROSS BLUE SHIELD ASSOCIATION
AETNA, INC.
AMERIGROUP/HMS
AVMED HEALTH PLANS
BLUE CROSS BLUE SHIELD OF ALABAMA
BLUE CROSS BLUE SHIELD OF DELAWARE
BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.
BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
BLUE CROSS AND BLUE SHIELD OF KANSAS
BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
BLUECROSS BLUESHIELD OF MINNESOTA
BLUE CROSS BLUE SHIELD OF MONTANA, INC.
BLUE CROSS AND BLUE SHIELD OF NEBRASKA
BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
BLUECROSS BLUESHIELD OF TENNESSEE
BLUE CROSS AND BLUE SHIELD OF VERMONT
CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST BLUECROSS BLUESHIELD)
CONNECTICUT GENERAL LIFE INSURANCE COMPANY
COVENTRY HEALTH CARE, INC.
COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN, INC.
COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a SUMMIT HEALTH CARE, INC.
EMBLEMHEALTH
GOLDEN RULE/AMS
GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
GROUP HEALTH COOPERATIVE
GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD
HARVARD PILGRIM HEALTH CARE, INC.
HAWAII MEDICAL SERVICE ASSOCIATION
HEALTH CARE SERVICES CORPORATION
HEALTH NET, INC.
HEALTHNOW NEW YORK
HEALTHPARTNERS, INC.
HIGHMARK INC.
HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE
HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

Case ID: 110701465

HUMANA INC.
KPS HEALTH PLANS
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS AND
BLUE SHIELD OF LOUISIANA
MEDICAL MUTUAL OF OHIO (an Ohio corporation)
MUTUAL OF OMAHA
NORIDIAN
PREMERA BLUE CROSS
PRIORITY HEALTH
THE REGENCE GROUP
TUFTS ASSOCIATED HEALTH PLANS, INC.
UNITED HEALTHCARE SERVICES, INC.
USABLE LIFE
USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND
BLUE SHIELD
VERIZON COMMUNICATIONS INC.
WELLCARE HEALTH PLANS, INC.
WELLMARK HEALTH PLAN OF IOWA, INC.
WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA
WELLMARK OF SOUTH DAKOTA, INC.
WELLPOINT, INC.

**Complete List of Defendants:**
GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
GLAXOSMITHKLINE PUERTO RICO, INC.
SB PHARMCO PUERTO RICO, INC.

{2498 / MISC / 00108787.DOC v1}

Case ID: 110701465

By:    GERALD LAWRENCE, Esq.
E-mail: glawrence@lowey.com
Identification No. 69079
LOWEY DANNENBERG COHEN & HART, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Phone: 610-941-2760

ASSESSMENT OF DAMAGES
HEARING

[  ] IS    [X] IS NOT REQUIRED

[X] JURY  [  ] NON-JURY

Attorneys for Plaintiff

---

BLUE CROSS BLUE SHIELD ASSOCIATION
225 North Michigan Avenue
Chicago, IL  60601,

AETNA, INC.
151 Farmington Avenue
Hartford, CT  06156,

AMERIGROUP/HMS
4425 Corporation Lane
Virginia Beach, VA  23462,

AVMED HEALTH PLANS
9400 South Dadeland Boulevard
Miami, FL  33156,

BLUE CROSS BLUE SHIELD OF ALABAMA
450 Riverchase Parkway East
Birmingham, AL  35244,

BLUE CROSS BLUE SHIELD OF DELAWARE
One Brandywine Gateway
800 Delaware Avenue
Wilmington, DE  19801,

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.
4800 Deerwood Campus Parkway
Jacksonville, FL  32246,

BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
3000 E. Pine Avenue
Meridian, ID  83642,

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS

TRIAL DIVISION

July Term, 2011

No. _____

*(caption continued on next page)*

{2498 / MISC / 00108677.DOC v2}

Case ID: 110701465

BLUE CROSS AND BLUE SHIELD OF KANSAS
1133 SW Topeka Boulevard
Topeka, KS 66629,

BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
2301 Main
Kansas City, MO 64108,

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
401 Park Drive
Boston, MA 02215,

BLUECROSS BLUESHIELD OF MINNESOTA
3535 Blue Cross Road
Eagan, MN 55122-1154,

BLUE CROSS BLUE SHIELD OF MONTANA, INC.
560 North Park Avenue
Helena, MT 59604,

BLUE CROSS AND BLUE SHIELD OF NEBRASKA
7261 Mercy Road
Omaha, NE 68180,

BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA
5901 Chapel Hill Road
Durham, NC 27707,

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
500 Exchange Street
Providence, RI 02903,

BLUE CROSS AND BLUE SHIELD OF SOUTH
CAROLINA
I-20 at Alpine Road
Columbia, SC 29219,

BLUECROSS BLUESHIELD OF TENNESSEE
1 Cameron Hill Circle
Chattanooga, TN 37402,

BLUE CROSS AND BLUE SHIELD OF VERMONT
445 Industrial Lane
Berlin, VT 05602,

*(caption continued on next page)*

Case ID: 110701465

CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST
BLUECROSS BLUESHIELD)
1501 S. Clinton Street
Baltimore, MD 21224,

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY
900 Cottage Grove Road
Hartford, CT 06152,

COVENTRY HEALTH CARE, INC.
6705 Rockledge Drive, Suite 900
Bethesda, MD 20817,

COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN, INC.
6705 Rockledge Drive, Suite 900
Bethesda, MD 20817,

COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
1340 Concord Terrace
Sunrise, FL 33323,

COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a
SUMMIT HEALTH CARE, INC.
1340 Concord Terrace
Sunrise, FL 33323,

EMBLEMHEALTH
55 Water Street
New York, NY 10041,

GOLDEN RULE/AMS
7440 Woodland Dr.
Indianapolis, IN 46278,

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
310 NE Mulberry Street
Lees Summit, MO 64086-5861,

GROUP HEALTH COOPERATIVE
320 Westlake Avenue North
Seattle, WA 98109,

*(caption continued on next page)*

Case ID: 110701465

GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., d/b/a CAREFIRST BLUECROSS
BLUESHIELD
840 1st Street, NE
Washington, DC 20065,

HARVARD PILGRIM HEALTH CARE, INC.
93 Worcester Street
Wellesley, MA 02481,

HAWAII MEDICAL SERVICE ASSOCIATION
8170 Keeaumoku Street
Honolulu, HI 96814,

HEALTH CARE SERVICES CORPORATION
300 East Randolph Street
Chicago, IL 60601,

HEALTH NET, INC.
21650 Oxnard Street
Woodland Hills, CA 91367,

HEALTHNOW NEW YORK
257 West Genesee Street
Buffalo, NY 14202,

HEALTHPARTNERS, INC.
8170 33rd Ave. S.
Minneapolis, MN 55425,

HIGHMARK INC.
120 Fifth Avenue
Pittsburgh, PA 15222,

HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK
BLUE CROSS BLUE SHIELD WEST VIRGINIA
614 Market Street
Parkersburg, WV 26102,

HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE
601 Gaines Street
Little Rock, AR 72201,

*(caption continued on next page)*

Case ID: 110701465

HORIZON BLUE CROSS BLUE SHIELD OF NEW
JERSEY
Three Penn Plaza East
Newark, NJ  07105,

HUMANA INC.
500 West Main Street
Louisville, KY  40202,

KPS HEALTH PLANS
P.O. Box 339
Bremerton, WA  98337,

LOUISIANA HEALTH SERVICE INDEMNITY
COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF
LOUISIANA
5525 Reitz Avenue
Baton Rouge, Louisiana  70809,

MEDICAL MUTUAL OF OHIO (an Ohio corporation)
2060 East 9th Street
Cleveland, OH  44115,

MUTUAL OF OMAHA
Mutual of Omaha Plaza
Omaha, NE  68175,

NORIDIAN
4510 13th Avenue South
Fargo, ND  58121,

PREMERA BLUE CROSS
7001 220th Street SW
Mountlake Terrace, WA  98043-2124,

PRIORITY HEALTH
1231 East Beltline
Grand Rapids, MI  49525,

THE REGENCE GROUP
100 Southwest Market Street
Portland, OR  97201-5702,

*(caption continued on next page)*

TUFTS ASSOCIATED HEALTH PLANS, INC.
705 Mt. Auburn Street
Watertown, MA 02472,

UNITED HEALTHCARE SERVICES, INC.
12125 Technology Drive
Eden Prairie, MN 55344,

USABLE LIFE
601 Gaines Street
Little Rock, AR 72201,

USABLE MUTUAL INSURANCE COMPANY, d/b/a
ARKANSAS BLUE CROSS AND BLUE SHIELD
601 Gaines Street
Little Rock, Arkansas 72201,

VERIZON COMMUNICATIONS INC.
140 West Street
New York, NY 10007

WELLCARE HEALTH PLANS, INC.
8735 Henderson Road
Tampa, FL 33634

WELLMARK HEALTH PLAN OF IOWA, INC.
1331 Grand Avenue
Des Moines, IA 50309,

WELLMARK, INC., d/b/a WELLMARK BLUE CROSS
AND BLUE SHIELD OF IOWA
1331 Grand Avenue
Des Moines, IA 50309,

WELLMARK OF SOUTH DAKOTA, INC.
1331 Grand Avenue
Des Moines, IA 50309, and

WELLPOINT, INC.
120 Monument Circle
Indianapolis, IN 46204,

                                    Plaintiffs,

*(caption continued on next page)*

{2498 / MISC / 00108677.DOC v2}                6                Case ID: 110701465

vs.

GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
One Franklin Plaza
Philadelphia, PA 19101,

GLAXOSMITHKLINE PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR  00968, and

SB PHARMCO PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR  00968,

                                        Defendants.

_____

## PRAECIPE TO ISSUE WRIT OF SUMMONS

### Tort – Other

To the Prothonotary:

    Kindly issue a Writ of Summons—Civil Action in the above-captioned matter.

                    By:    _____
                           Gerald Lawrence, Esq.
                           Pa. Id. No. 69079
                           LOWEY DANNENBERG COHEN &
                               HART, P.C.
                           200 Barr Harbor Drive, Suite 400
                           West Conshohocken, PA 19428

Richard W. Cohen, Esq.
Pa. Id. No. 55485
Peter D. St. Phillip, Esq.
Pa. Id. No. 70027
LOWEY DANNENBERG COHEN &
    HART, P.C.
One North Broadway, Suite 509
White Plains, NY  10601

*Attorneys for Plaintiffs*


Mark D. Fischer, Esq.
Jeffrey C. Swann, Esq.
Robert Griffith, Esq.
RAWLINGS & ASSOCIATES
1 Eden Parkway
LaGrange, KY  40031

Dated: July 15, 2011                    *Of Counsel to Plaintiffs*

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| | **JULY 2011**    **001465** |
| | E-Filing Number: 1107017729 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION | GLAXOSMITHKLINE, L.L.C. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 225 NORTH MICHIGAN AVENUE<br>CHICAGO IL 60601 | ONE FRANKLIN PLAZA<br>PHILADELPHIA PA 19101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| AETNA, INC. | GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 151 FARMINGTON AVENUE<br>HARTFORD CT 06156 | ONE FRANKLIN PLAZA<br>PHILADELPHIA PA 19101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| BLUE CROSS BLUE SHIELD OF ALABAMA | GLAXOSMITHKLINE PUERTO RICO., INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM AL 35244 | METRO OFFICE PARK TEXACO BUILDING 1200<br>GUAYNABO PR 00968 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 59 | 4 | ☐ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☒ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☒ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

KT - DISPUTE RE: BUSINESS TORT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED**<br>**PRO PROTHY**<br>JUL **15** 2011<br>**S. GARRETT** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES        NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: BLUE CROSS BLUE SHIELD ASSOCIATION , AETNA, INC. , BLUE CROSS BLUE SHI

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| GERALD LAWRENCE, JR. | 200 BARR HARBOR DR<br>SUITE 400<br>WEST CONSHOHOCKEN PA 19428 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610)941-2760 | (610)862-9777 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 69079 | glawrence@lowey.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| GERALD LAWRENCE, JR. | Friday, July 15, 2011, 01:26 pm |

Case ID: 110701465

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF PLAINTIFFS:**

1. MEDICAL MUTUAL OF OHIO (AN OHIO CORPORATION)
   2060 E. 9TH STREET
   CLEVELAND OH 44115
2. GOVERNEMENT EMPLOYEES HEALTH ASSOCIATION
   310 NE MULBERRY STREET
   LEES SUMMIT MO 64086
3. EMBLEMHEALTH
   55 WATER STREET
   NEW YORK NY 10041
4. COVENTRY HEALTH CARE, INC.
   6705 ROCKLEDGE DRIVE SUITE 900
   BETHESDA MD 20817
5. HMO PARTNERS, INC.
   ALIAS: HEALTH ADVANTAGE
   601 GAINES STREET
   LITTLE ROCK AR 72201
6. USABLE LIFE
   601 GAINES STREET
   LITTLE ROCK AR 72201
7. WELLMARK HEALTH PLAN OF IOWA, INC.
   1331 GRAND AVENUE
   DES MOINSE IA 50309
8. WELLMARK OF SOUTH DAKOTA, INC.
   1331 GRAND AVENUE
   DES MOINES  IA 50309
9. BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
   401 PARK DRIVE
   BOSTON MA 02215
10. COVENTRY HEALTH CARE OF FLORIDA, INC.
    ALIAS: VISTA HEALTHPLAN, INC.
    1340 CONCORD TERRACE
    CONCORD FL 33323
11. COVENTRY SUMMIT HEALTHPLAN, INC.
    ALIAS: SUMMIT HEALTH CARE, INC.
    1340 CONCORD TERRACE
    SUNRISE FL 33323
12. COVENTRY HEALTH PLAN OF FLORIDA, INC.
    ALIAS: VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
    1340 CONCORD TERRACE
    SUNRISE FL 33323
13. VERIZON COMMUNICATIONS, INC.
    140 WEST STREET
    NEW YORK NY 10007
14. WELLCARE HEALTH PLANS, INC.
    8735 HENDERSON ROAD
    TAMPA FL 33634
15. BLUE CROSS AND BLUE SHIELD OF KANSAS
    1133 SW TOPEKA BOULEVARD
    TOPEKA KS 66629
16. WELLMARK, INC.
    ALIAS: WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA
    1331 GRAND AVENUE
    DES MOINES IA 50309
17. USABLE MUTUAL INSURANCE COMPANY
    ALIAS: ARKANSAS BLUE CROSS AND BLUE SHIELD
    601 GAINES STREET
    LITTLE ROCK AR 72201
18. UNITED HEALTHCARE SERVICES, INC.
    12125 TECHNOLOGY DRIVE
    EDEN PRAIRIE MN 55344
19. TUFTS ASSOCIATED HEALTH PLANS, INC.
    705 MT. AUBURN STREET
    WATERTOWN MA 02472
20. THE REGENCE GROUP
    100 SOUTHWEST MARKET STREET
    PORTLAND  OR 97201

Case ID: 110701465

21. PRIORITY HEALTH
    1231 EAST BELTLINE
    GRAND RAPIDS MI 49525
22. NORIDIAN
    4510 13TH AVENUE SOUTH
    FARGO ND 58121
23. MUTUAL OF OMAHA
    MUTUAL OF OMAHA PLAZA
    OMAHA NE 68175
24. LOUISIANA HEALTH SERVICE INDEMNITY
    ALIAS: BLUE CROSS AND BLUE SHIELD OF LOUISIANA
    5525 REITZ AVENUE
    BATON ROUGE LA 70809
25. KPS HEALTH PLANS
    P.O. BOX 339
    BREMERTON WA 98337
26. HIGHMARK WEST VIRGINIA INC.
    ALIAS: HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
    614 MARKET STREET
    PARKERSBURG WV 26102
27. HIGHMARK, INC.
    120 FIFTH AVENUE
    PITTSBURGH PA 15222
28. HEALTHPARTNERS, INC.
    8170 33RD AVE. S.
    MINNEAPOLIS MN 55425
29. HEALTHNOW NEW YORK
    257 WEST GENESEE STREET
    BUFFALO NY 14202
30. HEALTH NET, INC.
    21650 OXNARD STREET
    WOODLAND HILLS CA 91367
31. HAWAII MEDICAL SERVICE ASSOCIATION
    8170 KEEAUMOKU STREET
    HONOLULU HI 96814
32. HARVARD PILGRIM HEALTH CARE, INC.
    93 WORCESTER STREET
    WELLESLEY MA 02481
33. GROUP HEALTH COOPERATIVE
    320 WESTLAKE AVENUE NORTH
    SEATTE WA 98109
34. GOLDEN RULE/AMS
    7440 WOODLAND DR.
    INDIANAPOLIS IN 46278
35. BLUE CROSS AND BLUE SHIELD OF VERMONT
    445 INDUSTRIAL LANE
    BERLIN VT 05602
36. BLUECROSS BLUESHIELD OF TENNESSEE
    1 CAMERON HILL CIRCLE
    CHATTANOOGA TN 37402
37. BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
    I-20 AT ALPINE ROAD
    COLUMBIA SC 29219
38. BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
    500 EXCHANGE STREET
    PROVIDENCE RI 02903
39. BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
    5901 CHAPEL HILL ROAD
    DURHAM NC 27707
40. BLUE CROSS AND BLUE SHIELD OF NEBRASKA
    7261 MERCY ROAD
    OMAHA NE 68180
41. BLUE CROSS BLUE SHIELD OF MONTANA, INC.
    560 NORTH PARK AVENUE
    HELENA MT 59604
42. BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
    3000 E. PINE AVENUE

Case ID: 110701465

```
        MERIDIAN ID 83642
43. BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
    4800 DEERWOOD CAMPUS PARKWAY
    JACKSONVILLE FL 32246
44. BLUE CROSS BLUE SHIELD OF DELAWARE
    ONE BRANDYWINE GATEWAY 800 DELAWARE AVENUE
    WILMINGTON DE 19801
45. AVMED HEALTH PLANS
    9400 SOUTH DADELAND BOULEVARD
    MIAMI FL 33156
46. AMERIGROUP/HMS
    4425 CORPORATION LANE
    VIRGINIA BEACH VA 23462
47. WELLPOINT, INC.
    120 MONUMENT CIRCLE
    INDIANAPOLIS IN 46204
48. PREMERA BLUE CROSS
    7001 220TH STREET SW
    MOUNTLAKE TERRACE WA 98043
49. HUMANA INC.
    500 WEST MAIN STREET
    LOUISVILLE KY 40202
50. HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
    THREE PENN PLAZA EAST
    NEWARK NJ 07105
51. HEALTH CARE SERVICES CORPORATION
    300 EAST RANDOLPH STREET
    CHICAGO IL 60601
52. GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.
    ALIAS: CAREFIRST BLUECROSS BLUESHIELD
    840 1ST STREET NE
    WASHINGTON DC 20065
53. CONNECTICUT GENERAL LIFE INSURANCE COMPANY
    900 COTTAGE GROVE ROAD
    HARTFORD CT 06152
54. CAREFIRST OF MARYLAND, INC.
    ALIAS: CAREFIRST BLUECROSS BLUESHIELD
    1501 S. CLINTON STREET
    BALTIMORE MD 21224
55. BLUECROSS BLUESHIELD OF MINNESOTA
    3535 BLUE CROSS ROAD
    EAGAN MN 55122
56. BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
    2301 MAIN
    KANSAS CITY  MO 64108
57. BLUE CROSS BLUE SHIELD OF ALABAMA
    450 RIVERCHASE PARKWAY EAST
    BIRMINGHAM AL 35244
58. AETNA, INC.
    151 FARMINGTON AVENUE
    HARTFORD CT 06156
59. BLUE CROSS BLUE SHIELD ASSOCIATION
    225 NORTH MICHIGAN AVENUE
    CHICAGO IL 60601
```

## COMPLETE LIST OF DEFENDANTS:

```
1. SB PHARMCO PUERTO RICO, INC.
   METRO OFFICE PARK TEXACO BUILDING 1200
   GUAYNABO PR 00968
2. GLAXOSMITHKLINE PUERTO RICO., INC.
   METRO OFFICE PARK TEXACO BUILDING 1200
   GUAYNABO PR 00968
3. GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.
   ONE FRANKLIN PLAZA
   PHILADELPHIA PA 19101
4. GLAXOSMITHKLINE, L.L.C.
   ONE FRANKLIN PLAZA
```

Case ID: 110701465

PHILADELPHIA PA 19101

Case ID: 110701465

# COMMERCE PROGRAM ADDENDUM
## TO CIVIL COVER SHEET

This case is subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

_____ 1.  Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

_____ 2.  Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

_____    (1)  Uniform Commercial Code transactions;
_____    (2)  Purchases or sales of business or the assets of businesses;
_____    (3)  Sales of goods or services by or to business enterprises;
_____    (4)  Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;
_____    (5)  Surety bonds;
_____    (6)  Purchases or sales or leases of, or security interests in, commercial, real or personal property; and
_____    (7)  Franchisor/franchisee relationships.

_____ 3.  Actions relating to trade secret or non-compete agreements;

__X__ 4.  "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

_____ 5.  Actions relating to intellectual property disputes;

_____ 6.  Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

_____ 7.  Derivative actions and class actions based on claims otherwise falling within these ten types, and consumer class actions other than personal injury and products liability claims;

_____ 8.  Actions relating to corporate trust affairs;

_____ 9.  Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Comprehensive General Liability policy;

_____ 10. Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

Case ID: 110701465

EFS #1107017729

By:    GERALD LAWRENCE, Esq.
E-mail: glawrence@lowey.com
Identification No. 69079
LOWEY DANNENBERG COHEN & HART, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Phone: 610-941-2760



Attorneys for Plaintiff

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION,, | PHILADELPHIA COUNTY |
| AETNA, INC., | COURT OF COMMON PLEAS |
| AMERIGROUP/HMS, | |
| AVMED HEALTH PLANS, | TRIAL DIVISION |
| BLUE CROSS BLUE SHIELD OF ALABAMA, | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | July Term, 2011 |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., | |
| BLUE CROSS OF IDAHO HEALTH SERVICE, INC., | No. 1465 |

BLUE CROSS BLUE SHIELD ASSOCIATION,,
AETNA, INC.,
AMERIGROUP/HMS,
AVMED HEALTH PLANS,
BLUE CROSS BLUE SHIELD OF ALABAMA,
BLUE CROSS BLUE SHIELD OF DELAWARE,
BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
BLUE CROSS OF IDAHO HEALTH SERVICE, INC.,
BLUE CROSS AND BLUE SHIELD OF KANSAS,
BLUE CROSS AND BLUE SHIELD OF KANSAS CITY,
BLUE CROSS BLUE SHIELD OF MASSACHUSETTS,
BLUECROSS BLUESHIELD OF MINNESOTA,
BLUE CROSS BLUE SHIELD OF MONTANA, INC.,
BLUE CROSS AND BLUE SHIELD OF NEBRASKA,
BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA,
BLUE CROSS & BLUE SHIELD OF RHODE ISLAND,
BLUE CROSS AND BLUE SHIELD OF SOUTH
CAROLINA,
BLUECROSS BLUESHIELD OF TENNESSEE,
BLUE CROSS AND BLUE SHIELD OF VERMONT,
CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST
BLUECROSS BLUESHIELD),
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY,
COVENTRY HEALTH CARE, INC.,
COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN, INC,.
COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.,
COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a
SUMMIT HEALTH CARE, INC.,
EMBLEMHEALTH,
GOLDEN RULE/AMS,

*(caption continued on next page)*

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION,
GROUP HEALTH COOPERATIVE,
GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., d/b/a CAREFIRST BLUECROSS
BLUESHIELD,
HARVARD PILGRIM HEALTH CARE, INC.,
HAWAII MEDICAL SERVICE ASSOCIATION,
HEALTH CARE SERVICES CORPORATION,
HEALTH NET, INC.,
HEALTHNOW NEW YORK,
HEALTHPARTNERS, INC.,
HIGHMARK INC.,
HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK
BLUE CROSS BLUE SHIELD WEST VIRGINIA,
HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE,
HORIZON BLUE CROSS BLUE SHIELD OF NEW
JERSEY,
HUMANA INC.,
KPS HEALTH PLANS,
LOUISIANA HEALTH SERVICE INDEMNITY
COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF
LOUISIANA,
MEDICAL MUTUAL OF OHIO (an Ohio corporation),
MUTUAL OF OMAHA,
NORIDIAN,
PREMERA BLUE CROSS,
PRIORITY HEALTH,
THE REGENCE GROUP,
TUFTS ASSOCIATED HEALTH PLANS, INC.,
UNITED HEALTHCARE SERVICES, INC.,
USABLE LIFE,
USABLE MUTUAL INSURANCE COMPANY, d/b/a
ARKANSAS BLUE CROSS AND BLUE SHIELD,
WELLCARE HEALTH PLANS, INC.,
WELLMARK HEALTH PLAN OF IOWA, INC.,
WELLMARK, INC., d/b/a WELLMARK BLUE CROSS
AND BLUE SHIELD OF IOWA,
WELLMARK OF SOUTH DAKOTA, INC., and
WELLPOINT, INC.

                    Plaintiffs,


*(caption continued on next page)*

vs.

GLAXOSMITHKLINE, L.L.C., ,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
GLAXOSMITHKLINE PUERTO RICO, INC., and
SB PHARMCO PUERTO RICO, INC.,

                          Defendants.

---

## PRAECIPE TO
## REISSUE WRIT OF SUMMONS —CIVIL ACTION

TO THE PROTHONOTARY:

      Kindly reissue the Writ of Summons in the above-captioned Civil Action for an

additional thirty days and for an additional ninety days as to an out-of-state defendant.

                        By:        _____

                                Gerald Lawrence, Esq.
                                Pa. Id. No. 69079
                                LOWEY DANNENBERG COHEN & HART,
                                  P.C.
                                200 Barr Harbor Drive, Suite 400
                                West Conshohocken, PA 19428

                                Richard W. Cohen, Esq.
                                Pa. Id. No. 55485
                                Peter D. St. Phillip, Esq.
                                Pa. Id. No. 70027
                                LOWEY DANNENBERG COHEN & HART,
                                P.C.
                                One North Broadway, Suite 509
                                White Plains, NY  10601

                                *Attorneys for Plaintiffs*

                                Mark D. Fischer, Esq.
                                Jeffrey C. Swann, Esq.
                                Robert Griffith, Esq.
                                RAWLINGS & ASSOCIATES
                                1 Eden Parkway
                                LaGrange, KY  40031

Dated:  October 11, 2011                     *Of Counsel to Plaintiffs*

By:    GERALD LAWRENCE, Esq.
E-mail: glawrence@lowey.com
Identification No. 69079
LOWEY DANNENBERG COHEN & HART, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Phone: 610-941-2760



Attorneys for Plaintiff

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION,, AETNA, INC., AMERIGROUP/HMS, AVMED HEALTH PLANS, BLUE CROSS BLUE SHIELD OF ALABAMA, BLUE CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUE CROSS OF IDAHO HEALTH SERVICE, INC., BLUE CROSS AND BLUE SHIELD OF KANSAS, BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, BLUECROSS BLUESHIELD OF MINNESOTA, BLUE CROSS BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NEBRASKA, BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHIELD OF TENNESSEE, BLUE CROSS AND BLUE SHIELD OF VERMONT, CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST BLUECROSS BLUESHIELD), CONNECTICUT GENERAL LIFE INSURANCE COMPANY, COVENTRY HEALTH CARE, INC., COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN, INC,. COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN OF SOUTH FLORIDA, INC., COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a SUMMIT HEALTH CARE, INC., EMBLEMHEALTH, GOLDEN RULE/AMS, | PHILADELPHIA COUNTY COURT OF COMMON PLEAS

TRIAL DIVISION

July Term, 2011

No. 1465 |

*(caption continued on next page)*

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION,
GROUP HEALTH COOPERATIVE,
GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., d/b/a CAREFIRST BLUECROSS
BLUESHIELD,
HARVARD PILGRIM HEALTH CARE, INC.,
HAWAII MEDICAL SERVICE ASSOCIATION,
HEALTH CARE SERVICES CORPORATION,
HEALTH NET, INC.,
HEALTHNOW NEW YORK,
HEALTHPARTNERS, INC.,
HIGHMARK INC.,
HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK
BLUE CROSS BLUE SHIELD WEST VIRGINIA,
HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE,
HORIZON BLUE CROSS BLUE SHIELD OF NEW
JERSEY,
HUMANA INC.,
KPS HEALTH PLANS,
LOUISIANA HEALTH SERVICE INDEMNITY
COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF
LOUISIANA,
MEDICAL MUTUAL OF OHIO (an Ohio corporation),
MUTUAL OF OMAHA,
NORIDIAN,
PREMERA BLUE CROSS,
PRIORITY HEALTH,
THE REGENCE GROUP,
TUFTS ASSOCIATED HEALTH PLANS, INC.,
UNITED HEALTHCARE SERVICES, INC.,
USABLE LIFE,
USABLE MUTUAL INSURANCE COMPANY, d/b/a
ARKANSAS BLUE CROSS AND BLUE SHIELD,
VERIZON COMMUNICATIONS INC.,
WELLCARE HEALTH PLANS, INC.,
WELLMARK HEALTH PLAN OF IOWA, INC.,
WELLMARK, INC., d/b/a WELLMARK BLUE CROSS
AND BLUE SHIELD OF IOWA,
WELLMARK OF SOUTH DAKOTA, INC., and
WELLPOINT, INC.

                                    Plaintiffs,


*(caption continued on next page)*

Case ID: 110701465

vs.

GLAXOSMITHKLINE, L.L.C., ,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
GLAXOSMITHKLINE PUERTO RICO, INC., and
SB PHARMCO PUERTO RICO, INC.,

                                        Defendants.

_____

## PRAECIPE TO
## REISSUE WRIT OF SUMMONS —CIVIL ACTION

TO THE PROTHONOTARY:

        Kindly reissue the Writ of Summons in the above-captioned Civil Action for an

additional thirty days and for an additional ninety days as to an out-of-state defendant.

                    By:    _____

                           Gerald Lawrence, Esq.
                           Pa. Id. No. 69079
                           LOWEY DANNENBERG COHEN & HART,
                               P.C.
                           200 Barr Harbor Drive, Suite 400
                           West Conshohocken, PA 19428

                           Richard W. Cohen, Esq.
                           Pa. Id. No. 55485
                           Peter D. St. Phillip, Esq.
                           Pa. Id. No. 70027
                           LOWEY DANNENBERG COHEN & HART,
                               P.C.
                           One North Broadway, Suite 509
                           White Plains, NY  10601

                           *Attorneys for Plaintiffs*

                           Mark D. Fischer, Esq.
                           Jeffrey C. Swann, Esq.
                           Robert Griffith, Esq.
                           RAWLINGS & ASSOCIATES
                           1 Eden Parkway
                           LaGrange, KY  40031

Dated:  September 13, 2011                 *Of Counsel to Plaintiffs*

Case ID: 110701465

C.P.97

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITATION*

BLUE CROSS BLUE SHIELD
ASSOCIATION et al (see attached Exhibit A)

COURT OF COMMON PLEAS

July       Term, 20 10

No. _____

*Filed and Attested by
PROTHONOTARY
15 AUG 2011 08:28 pm
S. GARRETT*

*vs.*

GLAXOSMITHKLINE, L.L.C., et al (see
attached Exhibit A)

To(1)

| | | |
|---|---|---|
| GLAXOSMITHKLINE, L.L.C., GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC., One Franklin Plaza Philadelphia, PA 19101, | GLAXOSMITHKLINE PUERTO RICO, INC. Metro Office Park Texaco Building 1200 Guaynabo, PR 00968 | SB PHARMCO PUERTO RICO, INC. Metro Office Park Texaco Building 1200 Guaynabo, PR 00968 |

You are notified that the Plaintiff(2)
*Usted esta avisado que el demandante(2)*

BLUE CROSS BLUE SHIELD ASSOCIATION et al
225 North Michigan Avenue
Chicago, IL 60601
(see attached Exhibit A for complete list of Plaintiffs)

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*





JOSEPH H. EVERS
*Prothonotary*

By _____

Date _____

110701465
15 JUL 2011 01:26 pm
S. GARRETT
333

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 110701465

# COURT OF COMMON PLEAS

July _____ **Term, 20 _10_ No.** _____

BLUE CROSS BLUE SHIELD ASSOCIATION et al (see attached Exhibit A)

**vs.**

GLAXOSMITHKLINE, L.L.C., et al (see attached Exhibit A)

## SUMMONS

Case ID: 110701465

## EXHBIT A

**Complete List of Plaintiffs:**
BLUE CROSS BLUE SHIELD ASSOCIATION
AETNA, INC.
AMERIGROUP/HMS
AVMED HEALTH PLANS
BLUE CROSS BLUE SHIELD OF ALABAMA
BLUE CROSS BLUE SHIELD OF DELAWARE
BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.
BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
BLUE CROSS AND BLUE SHIELD OF KANSAS
BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
BLUECROSS BLUESHIELD OF MINNESOTA
BLUE CROSS BLUE SHIELD OF MONTANA, INC.
BLUE CROSS AND BLUE SHIELD OF NEBRASKA
BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
BLUECROSS BLUESHIELD OF TENNESSEE
BLUE CROSS AND BLUE SHIELD OF VERMONT
CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST BLUECROSS BLUESHIELD)
CONNECTICUT GENERAL LIFE INSURANCE COMPANY
COVENTRY HEALTH CARE, INC.
COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN, INC.
COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a SUMMIT HEALTH CARE, INC.
EMBLEMHEALTH
GOLDEN RULE/AMS
GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
GROUP HEALTH COOPERATIVE
GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD
HARVARD PILGRIM HEALTH CARE, INC.
HAWAII MEDICAL SERVICE ASSOCIATION
HEALTH CARE SERVICES CORPORATION
HEALTH NET, INC.
HEALTHNOW NEW YORK
HEALTHPARTNERS, INC.
HIGHMARK INC.
HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE
HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY

Case ID: 110701465

HUMANA INC.
KPS HEALTH PLANS
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUE CROSS AND
BLUE SHIELD OF LOUISIANA
MEDICAL MUTUAL OF OHIO (an Ohio corporation)
MUTUAL OF OMAHA
NORIDIAN
PREMERA BLUE CROSS
PRIORITY HEALTH
THE REGENCE GROUP
TUFTS ASSOCIATED HEALTH PLANS, INC.
UNITED HEALTHCARE SERVICES, INC.
USABLE LIFE
USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND
BLUE SHIELD
VERIZON COMMUNICATIONS INC.
WELLCARE HEALTH PLANS, INC.
WELLMARK HEALTH PLAN OF IOWA, INC.
WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA
WELLMARK OF SOUTH DAKOTA, INC.
WELLPOINT, INC.

**Complete List of Defendants:**
GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
GLAXOSMITHKLINE PUERTO RICO, INC.
SB PHARMCO PUERTO RICO, INC.

Case ID: 110701465

By:    GERALD LAWRENCE, Esq.
E-mail: glawrence@lowey.com
Identification No. 69079
LOWEY DANNENBERG COHEN & HART, P.C.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Phone: 610-941-2760

ASSESSMENT OF DAMAGES
HEARING

[  ] IS    [X] IS NOT REQUIRED

[X] JURY    [  ] NON-JURY

Attorneys for Plaintiff

---

BLUE CROSS BLUE SHIELD ASSOCIATION
225 North Michigan Avenue
Chicago, IL  60601,

AETNA, INC.
151 Farmington Avenue
Hartford, CT  06156,

AMERIGROUP/HMS
4425 Corporation Lane
Virginia Beach, VA  23462,

AVMED HEALTH PLANS
9400 South Dadeland Boulevard
Miami, FL  33156,

BLUE CROSS BLUE SHIELD OF ALABAMA
450 Riverchase Parkway East
Birmingham, AL  35244,

BLUE CROSS BLUE SHIELD OF DELAWARE
One Brandywine Gateway
800 Delaware Avenue
Wilmington, DE  19801,

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.
4800 Deerwood Campus Parkway
Jacksonville, FL  32246,

BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
3000 E. Pine Avenue
Meridian, ID  83642,

*(caption continued on next page)*

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS

TRIAL DIVISION

July Term, 2011

No. _____

{2498 / MISC / 00108677.DOC v2}

Case ID: 110701465

BLUE CROSS AND BLUE SHIELD OF KANSAS
1133 SW Topeka Boulevard
Topeka, KS  66629,

BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
2301 Main
Kansas City, MO  64108,

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
401 Park Drive
Boston, MA  02215,

BLUECROSS BLUESHIELD OF MINNESOTA
3535 Blue Cross Road
Eagan, MN  55122-1154,

BLUE CROSS BLUE SHIELD OF MONTANA, INC.
560 North Park Avenue
Helena, MT  59604,

BLUE CROSS AND BLUE SHIELD OF NEBRASKA
7261 Mercy Road
Omaha, NE  68180,

BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA
5901 Chapel Hill Road
Durham, NC  27707,

BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
500 Exchange Street
Providence, RI  02903,

BLUE CROSS AND BLUE SHIELD OF SOUTH
CAROLINA
I-20 at Alpine Road
Columbia, SC  29219,

BLUECROSS BLUESHIELD OF TENNESSEE
1 Cameron Hill Circle
Chattanooga, TN  37402,

BLUE CROSS AND BLUE SHIELD OF VERMONT
445 Industrial Lane
Berlin, VT  05602,

*(caption continued on next page)*

{2498 / MISC / 00108677.DOC v2}

2

Case ID: 110701465

CAREFIRST OF MARYLAND, INC. (d/b/a CAREFIRST
BLUECROSS BLUESHIELD)
1501 S. Clinton Street
Baltimore, MD  21224,

CONNECTICUT GENERAL LIFE INSURANCE
COMPANY
900 Cottage Grove Road
Hartford, CT  06152,

COVENTRY HEALTH CARE, INC.
6705 Rockledge Drive, Suite 900
Bethesda, MD  20817,

COVENTRY HEALTH CARE OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN, INC.
6705 Rockledge Drive, Suite 900
Bethesda, MD  20817,

COVENTRY HEALTH PLAN OF FLORIDA, INC., f/k/a
VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
1340 Concord Terrace
Sunrise, FL  33323,

COVENTRY SUMMIT HEALTHPLAN, INC., f/k/a
SUMMIT HEALTH CARE, INC.
1340 Concord Terrace
Sunrise, FL  33323,

EMBLEMHEALTH
55 Water Street
New York, NY  10041,

GOLDEN RULE/AMS
7440 Woodland Dr.
Indianapolis, IN  46278,

GOVERNMENT EMPLOYEES HEALTH ASSOCIATION
310 NE Mulberry Street
Lees Summit, MO 64086-5861,

GROUP HEALTH COOPERATIVE
320 Westlake Avenue North
Seattle, WA  98109,

*(caption continued on next page)*

Case ID: 110701465

GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., d/b/a CAREFIRST BLUECROSS
BLUESHIELD
840 1st Street, NE
Washington, DC 20065,

HARVARD PILGRIM HEALTH CARE, INC.
93 Worcester Street
Wellesley, MA 02481,

HAWAII MEDICAL SERVICE ASSOCIATION
8170 Keeaumoku Street
Honolulu, HI 96814,

HEALTH CARE SERVICES CORPORATION
300 East Randolph Street
Chicago, IL 60601,

HEALTH NET, INC.
21650 Oxnard Street
Woodland Hills, CA 91367,

HEALTHNOW NEW YORK
257 West Genesee Street
Buffalo, NY 14202,

HEALTHPARTNERS, INC.
8170 33rd Ave. S.
Minneapolis, MN 55425,

HIGHMARK INC.
120 Fifth Avenue
Pittsburgh, PA 15222,

HIGHMARK WEST VIRGINIA INC., d/b/a HIGHMARK
BLUE CROSS BLUE SHIELD WEST VIRGINIA
614 Market Street
Parkersburg, WV 26102,

HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE
601 Gaines Street
Little Rock, AR 72201,

*(caption continued on next page)*

Case ID: 110701465

HORIZON BLUE CROSS BLUE SHIELD OF NEW
JERSEY
Three Penn Plaza East
Newark, NJ  07105,

HUMANA INC.
500 West Main Street
Louisville, KY  40202,

KPS HEALTH PLANS
P.O. Box 339
Bremerton, WA  98337,

LOUISIANA HEALTH SERVICE INDEMNITY
COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF
LOUISIANA
5525 Reitz Avenue
Baton Rouge, Louisiana  70809,

MEDICAL MUTUAL OF OHIO (an Ohio corporation)
2060 East 9th Street
Cleveland, OH  44115,

MUTUAL OF OMAHA
Mutual of Omaha Plaza
Omaha, NE  68175,

NORIDIAN
4510 13th Avenue South
Fargo, ND  58121,

PREMERA BLUE CROSS
7001 220th Street SW
Mountlake Terrace, WA  98043-2124,

PRIORITY HEALTH
1231 East Beltline
Grand Rapids, MI  49525,

THE REGENCE GROUP
100 Southwest Market Street
Portland, OR  97201-5702,

*(caption continued on next page)*

Case ID: 110701465

TUFTS ASSOCIATED HEALTH PLANS, INC.
705 Mt. Auburn Street
Watertown, MA  02472,

UNITED HEALTHCARE SERVICES, INC.
12125 Technology Drive
Eden Prairie, MN  55344,

USABLE LIFE
601 Gaines Street
Little Rock, AR  72201,

USABLE MUTUAL INSURANCE COMPANY, d/b/a
ARKANSAS BLUE CROSS AND BLUE SHIELD
601 Gaines Street
Little Rock, Arkansas  72201,

VERIZON COMMUNICATIONS INC.
140 West Street
New York, NY 10007

WELLCARE HEALTH PLANS, INC.
8735 Henderson Road
Tampa, FL  33634

WELLMARK HEALTH PLAN OF IOWA, INC.
1331 Grand Avenue
Des Moines, IA  50309,

WELLMARK, INC., d/b/a WELLMARK BLUE CROSS
AND BLUE SHIELD OF IOWA
1331 Grand Avenue
Des Moines, IA  50309,

WELLMARK OF SOUTH DAKOTA, INC.
1331 Grand Avenue
Des Moines, IA  50309, and

WELLPOINT, INC.
120 Monument Circle
Indianapolis, IN  46204,

                         Plaintiffs,

*(caption continued on next page)*

Case ID: 110701465

vs.

GLAXOSMITHKLINE, L.L.C.,
GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.,
One Franklin Plaza
Philadelphia, PA 19101,

GLAXOSMITHKLINE PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR  00968, and

SB PHARMCO PUERTO RICO, INC.
Metro Office Park
Texaco Building 1200
Guaynabo, PR  00968,

                                        Defendants.

_____

## PRAECIPE TO ISSUE WRIT OF SUMMONS

### Tort – Other

To the Prothonotary:

   Kindly issue a Writ of Summons—Civil Action in the above-captioned matter.

By:   _____
        Gerald Lawrence, Esq.
        Pa. Id. No. 69079
        LOWEY DANNENBERG COHEN &
             HART, P.C.
        200 Barr Harbor Drive, Suite 400
        West Conshohocken, PA 19428

Case ID: 110701465

Richard W. Cohen, Esq.
Pa. Id. No. 55485
Peter D. St. Phillip, Esq.
Pa. Id. No. 70027
LOWEY DANNENBERG COHEN &
   HART, P.C.
One North Broadway, Suite 509
White Plains, NY  10601

*Attorneys for Plaintiffs*


Mark D. Fischer, Esq.
Jeffrey C. Swann, Esq.
Robert Griffith, Esq.
RAWLINGS & ASSOCIATES
1 Eden Parkway
LaGrange, KY  40031

Dated: July 15, 2011                        *Of Counsel to Plaintiffs*

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **JULY 2011**   **001465** |
| E-Filing Number: 1107017729 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION | GLAXOSMITHKLINE, L.L.C. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 225 NORTH MICHIGAN AVENUE<br>CHICAGO IL 60601 | ONE FRANKLIN PLAZA<br>PHILADELPHIA PA 19101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| AETNA, INC. | GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 151 FARMINGTON AVENUE<br>HARTFORD CT 06156 | ONE FRANKLIN PLAZA<br>PHILADELPHIA PA 19101 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| BLUE CROSS BLUE SHIELD OF ALABAMA | GLAXOSMITHKLINE PUERTO RICO., INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM AL 35244 | METRO OFFICE PARK TEXACO BUILDING 1200<br>GUAYNABO PR 00968 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 59 | 4 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☒ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

KT - DISPUTE RE: BUSINESS TORT

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| **FILED**<br>**PRO PROTHY**<br>JUL 15 2011<br>**S. GARRETT** | YES      NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: BLUE CROSS BLUE SHIELD ASSOCIATION
, AETNA, INC. , BLUE CROSS BLUE SH|

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| GERALD LAWRENCE, JR. | 200 BARR HARBOR DR<br>SUITE 400<br>WEST CONSHOHOCKEN PA 19428 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610)941-2760 | (610)862-9777 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 69079 | glawrence@lowey.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *GERALD LAWRENCE, JR.* | Friday, July 15, 2011, 01:26 pm |

Case ID: 110701465

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF PLAINTIFFS:

1. MEDICAL MUTUAL OF OHIO (AN OHIO CORPORATION)
    2060 E. 9TH STREET
    CLEVELAND OH 44115
2. GOVERNEMENT EMPLOYEES HEALTH ASSOCIATION
    310 NE MULBERRY STREET
    LEES SUMMIT MO 64086
3. EMBLEMHEALTH
    55 WATER STREET
    NEW YORK NY 10041
4. COVENTRY HEALTH CARE, INC.
    6705 ROCKLEDGE DRIVE SUITE 900
    BETHESDA MD 20817
5. HMO PARTNERS, INC.
    ALIAS: HEALTH ADVANTAGE
    601 GAINES STREET
    LITTLE ROCK AR 72201
6. USABLE LIFE
    601 GAINES STREET
    LITTLE ROCK AR 72201
7. WELLMARK HEALTH PLAN OF IOWA, INC.
    1331 GRAND AVENUE
    DES MOINSE IA 50309
8. WELLMARK OF SOUTH DAKOTA, INC.
    1331 GRAND AVENUE
    DES MOINES  IA 50309
9. BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
    401 PARK DRIVE
    BOSTON MA 02215
10. COVENTRY HEALTH CARE OF FLORIDA, INC.
    ALIAS: VISTA HEALTHPLAN, INC.
    1340 CONCORD TERRACE
    CONCORD FL 33323
11. COVENTRY SUMMIT HEALTHPLAN, INC.
    ALIAS: SUMMIT HEALTH CARE, INC.
    1340 CONCORD TERRACE
    SUNRISE FL 33323
12. COVENTRY HEALTH PLAN OF FLORIDA, INC.
    ALIAS: VISTA HEALTHPLAN OF SOUTH FLORIDA, INC.
    1340 CONCORD TERRACE
    SUNRISE FL 33323
13. VERIZON COMMUNICATIONS, INC.
    140 WEST STREET
    NEW YORK NY 10007
14. WELLCARE HEALTH PLANS, INC.
    8735 HENDERSON ROAD
    TAMPA FL 33634
15. BLUE CROSS AND BLUE SHIELD OF KANSAS
    1133 SW TOPEKA BOULEVARD
    TOPEKA KS 66629
16. WELLMARK, INC.
    ALIAS: WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA
    1331 GRAND AVENUE
    DES MOINES IA 50309
17. USABLE MUTUAL INSURANCE COMPANY
    ALIAS: ARKANSAS BLUE CROSS AND BLUE SHIELD
    601 GAINES STREET
    LITTLE ROCK AR 72201
18. UNITED HEALTHCARE SERVICES, INC.
    12125 TECHNOLOGY DRIVE
    EDEN PRAIRIE MN 55344
19. TUFTS ASSOCIATED HEALTH PLANS, INC.
    705 MT. AUBURN STREET
    WATERTOWN MA 02472
20. THE REGENCE GROUP
    100 SOUTHWEST MARKET STREET
    PORTLAND  OR 97201

Case ID: 110701465

```
21. PRIORITY HEALTH
    1231 EAST BELTLINE
    GRAND RAPIDS MI 49525
22. NORIDIAN
    4510 13TH AVENUE SOUTH
    FARGO ND 58121
23. MUTUAL OF OMAHA
    MUTUAL OF OMAHA PLAZA
    OMAHA NE 68175
24. LOUISIANA HEALTH SERVICE INDEMNITY
    ALIAS: BLUE CROSS AND BLUE SHIELD OF LOUISIANA
    5525 REITZ AVENUE
    BATON ROUGE LA 70809
25. KPS HEALTH PLANS
    P.O. BOX 339
    BREMERTON WA 98337
26. HIGHMARK WEST VIRGINIA INC.
    ALIAS: HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA
    614 MARKET STREET
    PARKERSBURG WV 26102
27. HIGHMARK, INC.
    120 FIFTH AVENUE
    PITTSBURGH PA 15222
28. HEALTHPARTNERS, INC.
    8170 33RD AVE. S.
    MINNEAPOLIS MN 55425
29. HEALTHNOW NEW YORK
    257 WEST GENESEE STREET
    BUFFALO NY 14202
30. HEALTH NET, INC.
    21650 OXNARD STREET
    WOODLAND HILLS CA 91367
31. HAWAII MEDICAL SERVICE ASSOCIATION
    8170 KEEAUMOKU STREET
    HONOLULU HI 96814
32. HARVARD PILGRIM HEALTH CARE, INC.
    93 WORCESTER STREET
    WELLESLEY MA 02481
33. GROUP HEALTH COOPERATIVE
    320 WESTLAKE AVENUE NORTH
    SEATTE WA 98109
34. GOLDEN RULE/AMS
    7440 WOODLAND DR.
    INDIANAPOLIS IN 46278
35. BLUE CROSS AND BLUE SHIELD OF VERMONT
    445 INDUSTRIAL LANE
    BERLIN VT 05602
36. BLUECROSS BLUESHIELD OF TENNESSEE
    1 CAMERON HILL CIRCLE
    CHATTANOOGA TN 37402
37. BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA
    I-20 AT ALPINE ROAD
    COLUMBIA SC 29219
38. BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
    500 EXCHANGE STREET
    PROVIDENCE RI 02903
39. BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA
    5901 CHAPEL HILL ROAD
    DURHAM NC 27707
40. BLUE CROSS AND BLUE SHIELD OF NEBRASKA
    7261 MERCY ROAD
    OMAHA NE 68180
41. BLUE CROSS BLUE SHIELD OF MONTANA, INC.
    560 NORTH PARK AVENUE
    HELENA MT 59604
42. BLUE CROSS OF IDAHO HEALTH SERVICE, INC.
    3000 E. PINE AVENUE
```

Case ID: 110701465

```
        MERIDIAN ID 83642
43. BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
        4800 DEERWOOD CAMPUS PARKWAY
        JACKSONVILLE FL 32246
44. BLUE CROSS BLUE SHIELD OF DELAWARE
        ONE BRANDYWINE GATEWAY 800 DELAWARE AVENUE
        WILMINGTON DE 19801
45. AVMED HEALTH PLANS
        9400 SOUTH DADELAND BOULEVARD
        MIAMI FL 33156
46. AMERIGROUP/HMS
        4425 CORPORATION LANE
        VIRGINIA BEACH VA 23462
47. WELLPOINT, INC.
        120 MONUMENT CIRCLE
        INDIANAPOLIS IN 46204
48. PREMERA BLUE CROSS
        7001 220TH STREET SW
        MOUNTLAKE TERRACE WA 98043
49. HUMANA INC.
        500 WEST MAIN STREET
        LOUISVILLE KY 40202
50. HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY
        THREE PENN PLAZA EAST
        NEWARK NJ 07105
51. HEALTH CARE SERVICES CORPORATION
        300 EAST RANDOLPH STREET
        CHICAGO IL 60601
52. GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.
        ALIAS: CAREFIRST BLUECROSS BLUESHIELD
        840 1ST STREET NE
        WASHINGTON DC 20065
53. CONNECTICUT GENERAL LIFE INSURANCE COMPANY
        900 COTTAGE GROVE ROAD
        HARTFORD CT 06152
54. CAREFIRST OF MARYLAND, INC.
        ALIAS: CAREFIRST BLUECROSS BLUESHIELD
        1501 S. CLINTON STREET
        BALTIMORE MD 21224
55. BLUECROSS BLUESHIELD OF MINNESOTA
        3535 BLUE CROSS ROAD
        EAGAN MN 55122
56. BLUE CROSS AND BLUE SHIELD OF KANSAS CITY
        2301 MAIN
        KANSAS CITY  MO 64108
57. BLUE CROSS BLUE SHIELD OF ALABAMA
        450 RIVERCHASE PARKWAY EAST
        BIRMINGHAM AL 35244
58. AETNA, INC.
        151 FARMINGTON AVENUE
        HARTFORD CT 06156
59. BLUE CROSS BLUE SHIELD ASSOCIATION
        225 NORTH MICHIGAN AVENUE
        CHICAGO IL 60601
```

**COMPLETE LIST OF DEFENDANTS:**

```
1. SB PHARMCO PUERTO RICO, INC.
        METRO OFFICE PARK TEXACO BUILDING 1200
        GUAYNABO PR 00968
2. GLAXOSMITHKLINE PUERTO RICO., INC.
        METRO OFFICE PARK TEXACO BUILDING 1200
        GUAYNABO PR 00968
3. GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.
        ONE FRANKLIN PLAZA
        PHILADELPHIA PA 19101
4. GLAXOSMITHKLINE, L.L.C.
        ONE FRANKLIN PLAZA
```

Case ID: 110701465

PHILADELPHIA PA 19101

Case ID: 110701465

## COMMERCE PROGRAM ADDENDUM
## TO CIVIL COVER SHEET

This case is subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

_____    1.    Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

_____    2.    Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

_____            (1)    Uniform Commercial Code transactions;

_____            (2)    Purchases or sales of business or the assets of businesses;

_____            (3)    Sales of goods or services by or to business enterprises;

_____            (4)    Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;

_____            (5)    Surety bonds;

_____            (6)    Purchases or sales or leases of, or security interests in, commercial, real or personal property; and

_____            (7)    Franchisor/franchisee relationships.

_____    3.    Actions relating to trade secret or non-compete agreements;

__X__    4.    "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

_____    5.    Actions relating to intellectual property disputes;

_____    6.    Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

_____    7.    Derivative actions and class actions based on claims otherwise falling within these ten types, and consumer class actions other than personal injury and products liability claims;

_____    8.    Actions relating to corporate trust affairs;

_____    9.    Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Comprehensive General Liability policy;

_____    10.    Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

Case ID: 110701465



**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

**BLUE CROSS BLUE SHIELD ASSOCIATION ETAL VS GLAXOSM**
110701465

DOCKETED

OCT 25 7011

C. HART
CIVIL ADMINISTRATION

*COMMERCE PROGRAM*
*CASE MANAGEMENT ORDER*
*EXTRAORDINARY TRACK*

AND NOW, *25-OCT-2011*, it is Ordered that:

1.    The case management and time standards adopted for Commerce Program, complex track cases shall apply and are incorporated.

2.    All *Discovery* shall be completed not later than *02-DEC-2013*.

3.    *Plaintiff(s)* shall identify and submit *Curriculum Vitae and Expert Reports* for all expert witnesses intended to testify at trial to all other parties not later than *02-DEC-2013*.

4.    *Defendant(s) and any additional defendant(s)* shall identify and submit *Curriculum Vitae and Expert Reports* for all expert witnesses intended to testify at trial to all other parties not later than *03-FEB-2014.*.

5.    All *Pre-trial Motions* (other than Motions in Limine) shall be filed not later than *18-FEB-2014*.

6.    A *Settlement Conference* may be scheduled at any time after *05-MAY-2014*.  On or before that date all parties shall serve on all opposing counsel or pro se parties and file a Settlement Memorandum containing the following:

    a.    The plaintiff(s) shall provide a concise statement of the theory of the case. The defendant(s) and additional defendant(s) shall provide a concise statement as to the nature of the defense.

    b.    A statement by the plaintiff(s) itemizing all damages sought by categories and amount;

    c.    Defendant(s) and additional defendant(s) shall identify all applicable insurance carriers, together with corresponding limits of liability.

7.    A *Pre-trial Conference* mayl be scheduled at any time after *02-JUN-2014*.  Fifteen days prior to the Pre-trial Conference, all parties shall file and  also serve all opposing counsel or pro se parties a Pre-trial Memorandum containing the following:

Blue Cross Blue Shield -CMOIS



11070146500016

a.        The plaintiff(s) shall provide a concise statement of the theory of the case.  The defendant(s) and additional defendant(s) shall provide a concise statement as to the nature of the defense;

b.        A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial;

c.        A list of all exhibits the party intends to offer into evidence.  All exhibits shall be numbered and exchanged among counsel prior to the conference.  Counsel should expect any exhibit not listed to be precluded at trial;

d.        Plaintiff(s) shall itemize all damages claimed by category and amount;

e.        Defendant(s) and all additional defendant(s) shall state a position regarding the damages claimed and shall identify all applicable insurance carriers, together with applicable limits of liability; and,

f.        Each counsel shall provide an estimate of the anticipated length of trial.

8.    ***It is expected that the case will be ready for Trial 07-JUL-2014,*** which is the earliest trial date pursuant to Pa.R.C.P. 212.1, and counsel should anticipate trial to begin expeditiously thereafter.

9.    All counsel are under a continuing obligation and are hereby Ordered to serve a copy of this Order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this Order.

*BY THE COURT:*

*MARK BERNSTEIN, J.*
*TEAM LEADER*

KTH17350(REV 6/03)

LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO
BY:    Joseph E. O'Neil, Esquire
Identification No. 29053
        John J. O'Donnell, Esquire
Identification No. 46462
        Ricky M. Guerra, Esquire
Identification No. 93264
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
Tel No. (215) 627-0303
Fax No. (215) 351-3099
Email:  joneil@lavin-law.com
        jodonnell@lavin-law.com
        rguerra@lavin-law.com



*Attorneys for Defendant, GlaxoSmithKline LLC*

---

BLUE CROSS BLUE SHIELD ASSOCIATION,
AETNA, INC., AMERIGROUP/HMS, AVMED
HEALTH PLANS, BLUE CROSS BLUE SHIELD
OF ALABAMA, BLUE CROSS BLUE SHIELD
OF DELAWARE, BLUE CROSS AND BLUE
SHIELD O FLORIDA, INC., BLUE CROSS OF
IDAHO HEALTH SERVICE, INC., BLUE CROSS
AND BLUE SHIELD OF KANSAS, BLUE CROSS
AND BLUE SHIELD OF MASSACHUSETTS,
BLUECROSS BLUESHIELD OF MINNESOTA,
BLUE CROSS AND BLUE SHIELD OF
NEBRASKA, BLUE CROSS AND BLUE SHIELD
OF NORTH CAROLINA, BLUE CROSS & BLUE
SHIELD OF RHODE ISLAND, BLUE CROSS
AND BLUE SHIELD OF SOUTH CAROLINA,
BLUECROSS BLUESHIELD OF TENNESSEE,
BLUE CROSS AND BLUE SHIELD OF
VERMONT, CAREFIRST OF MARYLAND, INC.
(d/b/a CAREFIRST BLUECROSS BLUESHIELD),
CONNECTICUT GENERAL LIFE INSURANCE
COMPANY, COVENTRY HEALTH CARE, INC.
COVENTRY HEALTH CARE OF FLORIDA,
INC., f/k/a VISTA HEALTHPLAN OF SOUTH
FLORIDA, INC., COVENTRY SUMMIT
HEALTHPLAN, INC., f/k/a SUMMIT
HEALTHCARE, INC., EMBLEMHEALTH,
GOLDENRULE/AMS, GOVERNMENT
EMPLOYEES HEALTH ASSOCIATION, GROUP
HEALTH COOPERATIVE, GROUP

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS

Civil Trial Division

July Term, 2011

No. 01465

HOSPITALIZATION AND MEDICAL                :
SERVICES, INC., d/b/a CAREFIRST            :
BLUECROSS BLUESHIELD, HARVARD              :
PILGRIM HEALTH CARE, INC., HAWAII          :
MEDICAL SERVICE ASSOCIATION, HEALTH        :
CARE SERVICES CORPORATION, HEALTH          :
NET, INC., HEALTHNOW NEW YORK,             :
HEALTH PARTNERS, INC., HIGHMARK, INC.,     :
HIGHMARK WEST VIRGINIA INC., d/b/a         :
HIGHMARK BLUE CROSS BLUE SHIELD            :
WEST VIRGINIA, HMO PARTNERS, INC., d/b/a   :
HEALTH ADVANTAGE, HORIZON BLUE             :
CROSS BLUE SHIELD OF NEW JERSEY,           :
HUMANA INC., KPS HEALTH PLANS,             :
LOUISIANA HEALTH SERVICE INDEMNITY         :
COMPANY, d/b/a BLUE CROSS BLUE SHIELD      :
OF LOUISIANA, MEDICAL MUTUAL OF OHIO       :
(an Ohio Corporation), MUTUAL OF OMAHA,    :
NORIDIAN, PREMARA BLUE CROSS,              :
PRIORITY HEALTH, THE REGENCE GROUP,        :
TUFTS ASSOCIATED HEALTH PLANS, INC.,       :
UNITED HEALTHCARE SERVICES, INC.,          :
USABLE LIFE, USABLE MUTUAL INSURANCE       :
COMPANY, d/b/a ARKANSAS BLUE CROSS         :
AND BLUE SHIELD, VERIZON                   :
COMMUNICATIONS INC., WELLCARE              :
HEALTH PLANS, INC., WELLMARK HEALTH        :
PLAN OF IOWA, INC., WELLMARK INC., d/b/a   :
WELLMARK BLUE CROSS AND BLUE SHIELD        :
OF IOWA, WELLMARK OF SOUTH DAKOTA,         :
and WELLPOINT, INC.                        :
                                           :
        *Plaintiffs*,                      :
                                           :
        v.                                 :
                                           :
                                           :
                                           :
GLAXOSMITHKLINE, L.L.C.,                   :
GLAXOSMITHKLINE HOLDINGS (AMERICAS)        :
INC., GLAXOSMITHKLINE PUERTO RICO,         :
INC. and SB PHARMCO PUERTO RICO, INC.      :
                                           :
        *Defendants*.                      :

2

Case ID: 110701465

### ENTRY OF APPEARANCE OF JOSEPH E. O'NEIL, JOHN J. O'DONNELL AND RICKY M. GUERRA

**TO THE PROTHONOTARY:**

Please enter the appearances of Joseph E. O'Neil, John J. O'Donnell and Ricky M.

Guerra in the above-entitled case on behalf of defendant, GlaxoSmithKline LLC.


LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO


BY:   s/ Ricky M. Guerra
       Ricky M. Guerra, Esquire
       *Attorney for Defendant, GlaxoSmithKline LLC*

DATE:       November 8, 2011


3

Case ID: 110701465

## CERTIFICATE OF SERVICE

I hereby certify that I will serve a true and correct copy of the foregoing ***Entry of Appearance of Joseph E. O'Neil, John J. O'Donnell and Ricky M. Guerra*** in accordance with Pa. R.C.P. 440 on all parties not served electronically.  All other parties will be electronically served by the court in accordance with Pa. R.C.P. 205.4(g).

Gerald Lawrence, Jr., Esquire
Lowey, Dannenberg, Cohen & Hart, P.C.
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
*Attorneys for Plaintiffs*

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO

By:   s/Ricky M. Guerra
      Ricky M. Guerra, Esquire
      *Attorney for Defendant, GlaxoSmithKline LLC*

DATE:        November 8, 2011

**LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO**    Attorneys for Defendant GlaxoSmithKline LLC
BY:    Joseph E. O'Neil, Esquire
    Attorney I.D. No. 29053
    John J. O'Donnell, Esquire
    Attorney I.D. No. 46462
    Ricky M. Guerra, Esquire
    Attorney I.D. No. 93264
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA 19106
(215) 627-0303

| | | |
|---|---|---|
| BLUE CROSS BLUE SHIELD ASSOC. et al. | : | PHILADELPHIA COUNTY |
| | : | COURT OF COMMON PLEAS |
| v. | : | |
| | : | JULY TERM, 2011 |
| GLAXOSMITHKLINE LLC et al. | : | NO. 1465 |
| | : | |
| | : | |

<u>**DEMAND FOR JURY TRIAL**</u>

**TO THE PROTHONOTARY:**

    A jury of twelve (12) is hereby demanded on behalf of defendant GlaxoSmithKline LLC

in the above-captioned matter.

    LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO

    BY:    /s/ *Joseph E. O'Neil*
        Joseph E. O'Neil
        John J. O'Donnell
        Ricky M. Guerra
        Attorneys for GlaxoSmithKline LLC

Case ID: 110701465

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 11th day of January, 2012, I will serve a true and correct copy

of the foregoing Demand for Jury by regular mail, in accordance with Pa. R.C.P. 440, on all

parties not served electronically.  All other parties will be electronically served by the court in

accordance with PA. R.C.P. 205.4(g).

> Gerald Lawrence, Jr., Esq.
> Lowey Dannenberg Cohen & Hart, P.C.
> Four Tower Bridge
> 200 Barr Harbor Drive, Suite 400
> West Conshohocken, PA 19428

**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

BY:   */s/ Joseph E. O'Neil*_____
        Joseph E. O'Neil
        Attorney for GlaxoSmithKline LLC

Case ID: 110701465

**LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO**          Attorneys for Defendant GlaxoSmithKline LLC
BY:   Joseph E. O'Neil, Esquire
         Attorney I.D. No.  29053
         John J. O'Donnell, Esquire
         Attorney I.D. No.  46462
         Ricky M. Guerra, Esquire
         Attorney I.D. No. 93264
190 North Independence Mall West
6th & Race Streets, Suite 500
Philadelphia, PA  19106
(215) 627-0303

BLUE CROSS BLUE SHIELD ASSOC. et al.          :
                                                                              :          PHILADELPHIA COUNTY
                v.                                                            :          COURT OF COMMON PLEAS
                                                                              :
GLAXOSMITHKLINE LLC et al.                            :          JULY TERM, 2011
                                                                              :          NO. 1465
                                                                              :
                                                                              :

## PRAECIPE FOR RULE TO FILE COMPLAINT

TO THE PROTHONOTARY:

Pursuant to Rule 1037, please enter a Rule upon plaintiffs to file a Complaint within

twenty (20) days of service of the Rule, or suffer entry of Judgment of Non Pros.

**LAVIN, O'NEIL, RICCI, CEDRONE &
DiSIPIO**

Date:  January 12, 2012          BY:    _/s/ Joseph E. O'Neil_
                                                                      Joseph E. O'Neil
                                                                      John J. O'Donnell
                                                                      Ricky M. Guerra
                                                                      Attorneys for GlaxoSmithKline LLC

## RULE TO FILE COMPLAINT

AND NOW, this___ day of January, 2012, a Rule is hereby issued upon plaintiffs to file

a Complaint within twenty (20) days of service hereof or suffer entry of Judgment of Non Pros.

_____
                                                   PROTHONOTARY

110701465
12 JAN 2012 01:44 pm
R. WEISS

Case ID: 110701465

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2012, I will serve a true and correct copy of the foregoing Praecipe for Rule to File Complaint by regular mail, in accordance with Pa. R.C.P. 440, on all parties not served electronically. All other parties will be electronically served by the court in accordance with PA. R.C.P. 205.4(g).

> Gerald Lawrence, Jr., Esq.
> Lowey Dannenberg Cohen & Hart, P.C.
> Four Tower Bridge
> 200 Barr Harbor Drive, Suite 400
> West Conshohocken, PA 19428
>
> *Attorney for the Plaintiffs*

**LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO**

BY:    */s/ Joseph E. O'Neil*
          Joseph E. O'Neil
          Attorney for GlaxoSmithKline LLC

Case ID: 110701465