IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BLUE CROSS BLUE SHIELD      :      CIVIL ACTION
ASSOCIATION, et al.      :
     :      No. 13-4663
   v.      :
     :
GLAXOSMITHKLINE LLC

## ORDER

AND NOW, this 9th day of November, 2016, upon consideration of Defendant GlaxoSmithKline LLC's Motion to Dismiss the Complaint, the briefing and supplemental briefing thereon, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 38) is DENIED. It is further ORDERED this case shall be REMOVED from SUSPENSE. A Rule 16 conference will be scheduled by separate Order upon receipt of Defendant's Answer.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.