UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE LLC,<br><br>Defendant. | CIVIL ACTION No. 2:13-cv-4663-JS |

## DEFENDANT GLAXOSMITHKLINE LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant GlaxoSmithKline LLC ("GSK"), by and through its undersigned attorneys, hereby moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on all claims in the above-captioned action. In support of its Motion, GSK incorporates herein the accompanying Memorandum of Law; Statement of Undisputed Material Facts; and Appendix of Exhibits.

WHEREFORE, GSK respectfully requests that the Court enter the proposed Order granting summary judgment in the above-captioned action.

November 7, 2018

BY: _____

Stephen J. Kastenberg
David H. Pittinsky
Leslie E. John
Edward D. Rogers
William B. Igoe
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: 215-665-8500

Mark H. Lynch (*pro hac vice*)
Matthew J. O'Connor (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Phone: 202-662-6000

*Attorneys for Defendant,
GlaxoSmithKline LLC*

W. Mark Lanier (*pro hac vice* motion pending)
THE LANIER LAW FIRM
6810 FM 1960 Road West
Houston, TX 77069
Phone: 713-659-5200

Joseph E. O'Neil
John J. O'Donnell
LAVIN, O'NEIL, RICCI, CEDRONE
190 N. Independence Mall West, Suite 500
Philadelphia, PA 19106
Phone: 215-627-0303

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing Motion upon counsel of record by ECF filing.

November 7, 2018                    BY: _____
                                    William B. Igoe
                                    BALLARD SPAHR LLP
                                    1735 Market Street, 51st Floor
                                    Philadelphia, PA  19103
                                    Phone: 215-665-8500

                                    *Attorney for Defendant*
                                    *GlaxoSmithKline LLC*