**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BLUE CROSS BLUE SHIELD ASSOCIATION,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **GLAXOSMITHKLINE LLC,** <br><br> Defendant. | CIVIL ACTION No. 2:13-cv-4663-JS <br><br> FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER ENTERED ON FEBRUARY 15, 2017 [DKT. 117] |

**DEFENDANT GLAXOSMITHKLINE LLC'S MEMORANDUM OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**