# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE LLC,<br><br>Defendant. | CIVIL ACTION No. 2:13-cv-4663-JS |

## DEFENDANT GLAXOSMITHKLINE LLC'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF PHILIP RUSS, DRS. DAVID KESSLER, MATTHEW PERRI, STEPHEN SCHONDELMEYER, AND RENA CONTI

Defendant GlaxoSmithKline LLC ("GSK"), by and through its undersigned attorneys, hereby moves this Court for an Order excluding the expert testimony of Dr. David Kessler on the meaning of "material impact" and excluding the expert testimony of Philip Russ, Drs. Matthew Perri, Stephen Schondelmeyer, and Rena Conti, proffered by plaintiffs in the above-captioned action. In support of its Motion, GSK incorporates herein the accompanying Memorandum of Law.

WHEREFORE, GSK respectfully requests that the Court enter an Order granting its Motion and excluding the foregoing testimony.

November 7, 2018

BY: _____
    Stephen J. Kastenberg
    David H. Pittinsky
    Leslie E. John
    Edward D. Rogers
    William B. Igoe
    BALLARD SPAHR LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    Phone: 215-665-8500

Mark H. Lynch (*pro hac vice*)
Matthew J. O'Connor (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Phone: 202-662-6000

W. Mark Lanier (*pro hac vice* motion pending)
THE LANIER LAW FIRM
6810 FM 1960 Road West
Houston, TX 77069
Phone: 713-659-5200

Joseph E. O'Neil
John J. O'Donnell
LAVIN, O'NEIL, RICCI, CEDRONE
190 N. Independence Mall West, Suite 500
Philadelphia, PA 19106
Phone: 215-627-0303

*Attorneys for Defendant,*
*GlaxoSmithKline LLC*

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing Motion upon counsel of record by ECF filing.

November 7, 2018  BY: _____
William B. Igoe
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: 215-665-8500

*Attorney for Defendant*
*GlaxoSmithKline LLC*