IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION, *et al.*,<br><br>                      Plaintiffs,<br>vs.<br><br>GLAXOSMITHKLINE LLC,<br><br>                      Defendant. | Civil Action No. 2:13-cv-4663-JS<br><br>FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. NO. 117) |

PLAINTIFFS' BRIEF IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT