# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Stephen J. Kastenberg
Tel: 215.864.8122
Fax: 215.864.9751
kastenberg@ballardspahr.com

October 21, 2019

*By Electronic Filing*

Honorable Juan R. Sanchez
James A. Byren U.S. Courthouse
601 Market Street, Room 14613
Philadelphia, Pennsylvania 19106-1797

Re:   Blue Cross Blue Shield Ass'n, et al. v. GlaxoSmithKline LLC, Case No. 13-4663-JS

Dear Chief Judge Sanchez:

This morning, the trial scheduled to begin today in the *In re: National Prescription Opiate Litigation*, 1:17-md-02804-DAP (N.D. Ill.) was adjourned based on a settlement reached late last evening of a large part of the case. Accordingly, Mark Lanier will be available to serve as GSK's Lead Trial Counsel on November 12, 2019, the presently scheduled trial date for the above-captioned action.

Because Mr. Lanier will be available to serve as GSK's Lead Trial Counsel, GSK hereby withdraws its Emergency Motion for a One-Month Continuance of Trial Date (D.E. 302).

Thank you for your consideration of that motion.

Respectfully,

Stephen J. Kastenberg

cc:   All counsel of record via ECF transmission (and lead counsel by email pdf)