APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLUE CROSS BLUE SHEILD ASSOCIATION | : | CIVIL ACTION |
| v. | : | |
| GLAXOSMITHKLINE LLC, | : | NO.  2:13-CV-4663 |

## ORDER

AND NOW, this 21st Day of October, 2019, it is hereby

ORDERED that the application of Alex J. Brown, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.