**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BLUE CROSS BLUE SHIELD ASSOCIATION,** *et al.*, <br><br> **Plaintiffs,** <br> **vs.** <br><br><br> **GLAXOSMITHKLINE LLC,** <br> **Defendant.** | **Civil Action No. 2:13-cv-4663-JS** |

## THE PARTIES' PROPOSED VERDICT FORM

THE PARTIES HAVE PROPOSED DIFFERENT FORMS BELOW AND RESERVE
THE RIGHT TO FURTHER REVIEW AND REVISE
THE PROPOSED VERDICT FORM

### A. PLAINTIFFS' PROPOSED VERDICT FORM

We answer the questions submitted to us as follows:

1.    **(a)**    **Do you find that GSK is liable to all Plaintiffs for fraud?**

      **_____ Yes          _____ No**

If your answer is "yes," then skip to Question 1(b).  If your answer is "no" because you find GSK liable to only certain Plaintiffs, in the space below please fill in the amount of damages suffered by each such Plaintiff due to GSK's fraud.

| | |
|---|---|
| AETNA INC. $_____ | AVMED HEALTH PLANS  $_____ |
| BLUE CROSS BLUE SHIELD ASSOCIATION  $_____ | BLUECROSS BLUESHIELD OF ALABAMA  $_____ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.  $_____ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY  $_____ |

| | |
|---|---|
| BLUE CROSS BLUE SHIELD OF MASSACHUSETTS  $_____ | BLUE CROSS BLUE SHIELD OF MINNESOTA, INC. d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA  $_____ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA  $_____ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND  $_____ |
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA  $_____ | BLUECROSS BLUESHIELD OF TENNESSEE  $_____ |
| CARING FOR MONTANANS, INC.  $_____ | CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD/ GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD  $_____ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY (CIGNA)  $_____ | EMBLEMHEALTH SERVICES COMPANY LLC $_____ |
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION  (GEHA)  $_____ | GROUP HEALTH COOPERATIVE/ KPS HEALTH PLANS  $_____ |
| HEALTH NET, INC. $_____ | HEALTHNOW NEW YORK INC.  $_____ |
| HIGHMARK HEALTH SERVICES f/k/a HIGHMARK INC./ HIGHMARK WEST VIRGINIA INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA / HIGHMARK BCBSD INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE  $_____ | MEDICAL MUTUAL OF OHIO  $_____ |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA  $_____ | PREMERA BLUE CROSS   $_____ |
| NORIDIAN MUTUAL INSURANCE COMPANY $_____ | THE REGENCE GROUP  $_____ |

| | |
|---|---|
| PRIORITY HEALTH  $_____ | WELLCARE HEALTH PLANS, INC. $_____ |
| USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD / HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE  $_____ | WELLPOINT, INC. / AMERIGROUP/HMS $_____ |
| WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA / WELLMARK HEALTH PLAN OF IOWA, INC.  $_____ | |

**(b)** **State the total amount of Plaintiffs' damages as a result of GSK's fraud:**

$_____

**2.** **(a)** **Do you find that GSK is liable to all Plaintiffs for negligent misrepresentation?**

**_____ Yes            _____ No**

If your answer is "yes," then skip to Question 2(b).  If your answer is "no" because you find GSK liable to only certain Plaintiffs, or no Plaintiffs, in the space below please fill in the amount of damages suffered by each such Plaintiff due to GSK's negligent misrepresentation.

| | |
|---|---|
| AETNA INC. $_____ | AVMED HEALTH PLANS  $_____ |
| BLUE CROSS BLUE SHIELD ASSOCIATION  $_____ | BLUECROSS BLUESHIELD OF ALABAMA  $_____ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.  $_____ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY  $_____ |
| BLUE CROSS BLUE SHIELD OF MASSACHUSETTS  $_____ | BLUE CROSS BLUE SHIELD OF MINNESOTA, INC. d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA $_____ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA  $_____ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND  $_____ |

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA  $_____ | BLUECROSS BLUESHIELD OF TENNESSEE  $_____ |
| CARING FOR MONTANANS, INC. $_____ | CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD/ GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD  $_____ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY (CIGNA) $_____ | EMBLEMHEALTH SERVICES COMPANY LLC $_____ |
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION  (GEHA)  $_____ | GROUP HEALTH COOPERATIVE/ KPS HEALTH PLANS  $_____ |
| HEALTH NET, INC. $_____ | HEALTHNOW NEW YORK INC. $_____ |
| HIGHMARK HEALTH SERVICES f/k/a HIGHMARK INC./ HIGHMARK WEST VIRGINIA INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA / HIGHMARK BCBSD INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE  $_____ | MEDICAL MUTUAL OF OHIO  $_____ |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA  $_____ | PREMERA BLUE CROSS   $_____ |
| NORIDIAN MUTUAL INSURANCE COMPANY $_____ | THE REGENCE GROUP  $_____ |
| PRIORITY HEALTH  $_____ | WELLCARE HEALTH PLANS, INC. $_____ |
| USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD / HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE  $_____ | WELLPOINT, INC. / AMERIGROUP/HMS $_____ |

| WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA / WELLMARK HEALTH PLAN OF IOWA, INC.  $_____ | |

 

      **(b)**     **State the total amount of Plaintiffs' damages as a result of GSK's negligent misrepresentation:**

      **$_____**

 

**3.**     **(a)**     **Do you find that GSK is liable to all Plaintiffs for civil insurance fraud?**

      **_____ Yes**         **_____ No**

If your answer is "yes," then skip to Question 3(b).  If your answer is "no" because you find GSK liable to only certain Plaintiffs, or no Plaintiffs, in the space below please fill in the amount of damages suffered by each such Plaintiff due to GSK's civil insurance fraud.

| AETNA INC. $_____ | AVMED HEALTH PLANS  $_____ |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION  $_____ | BLUECROSS BLUESHIELD OF ALABAMA  $_____ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.  $_____ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY  $_____ |
| BLUE CROSS BLUE SHIELD OF MASSACHUSETTS  $_____ | BLUE CROSS BLUE SHIELD OF MINNESOTA, INC. d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA  $_____ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA  $_____ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND  $_____ |
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA  $_____ | BLUECROSS BLUESHIELD OF TENNESSEE  $_____ |

| | |
|---|---|
| CARING FOR MONTANANS, INC. $_____ | CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD/ GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD $_____ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY (CIGNA) $_____ | EMBLEMHEALTH SERVICES COMPANY LLC $_____ |
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION  (GEHA) $_____ | GROUP HEALTH COOPERATIVE/ KPS HEALTH PLANS  $_____ |
| HEALTH NET, INC. $_____ | HEALTHNOW NEW YORK INC. $_____ |
| HIGHMARK HEALTH SERVICES f/k/a HIGHMARK INC./ HIGHMARK WEST VIRGINIA INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA / HIGHMARK BCBSD INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE  $_____ | MEDICAL MUTUAL OF OHIO  $_____ |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA  $_____ | PREMERA BLUE CROSS   $_____ |
| NORIDIAN MUTUAL INSURANCE COMPANY $_____ | THE REGENCE GROUP  $_____ |
| PRIORITY HEALTH  $_____ | WELLCARE HEALTH PLANS, INC. $_____ |
| USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD / HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE  $_____ | WELLPOINT, INC. / AMERIGROUP/HMS $_____ |

| | |
|---|---|
| WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA / WELLMARK HEALTH PLAN OF IOWA, INC.  $_____ | |

 

      **(b)**     **State the total amount of Plaintiffs' damages as a result of GSK's civil insurance fraud:**

            **$_____**

**4.**     **(a)**     **Do you find that GSK is liable to all Plaintiffs for breach of an express warranty?**

            **_____  Yes**        **_____  No**

If your answer is "yes," then skip to Question 4(b).  If your answer is "no" because you find GSK liable to only certain Plaintiffs, or no Plaintiffs, in the space below please fill in the amount of damages suffered by each such Plaintiff due to GSK's breach of an express warranty.

| | |
|---|---|
| AETNA INC. $_____ | AVMED HEALTH PLANS  $_____ |
| BLUE CROSS BLUE SHIELD ASSOCIATION  $_____ | BLUECROSS BLUESHIELD OF ALABAMA  $_____ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.  $_____ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY  $_____ |
| BLUE CROSS BLUE SHIELD OF MASSACHUSETTS  $_____ | BLUE CROSS BLUE SHIELD OF MINNESOTA, INC. d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA  $_____ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA  $_____ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND  $_____ |
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA  $_____ | BLUECROSS BLUESHIELD OF TENNESSEE  $_____ |

| | |
|---|---|
| CARING FOR MONTANANS, INC. $_____ | CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD/ GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD $_____ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY (CIGNA) $_____ | EMBLEMHEALTH SERVICES COMPANY LLC $_____ |
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION  (GEHA) $_____ | GROUP HEALTH COOPERATIVE/ KPS HEALTH PLANS  $_____ |
| HEALTH NET, INC. $_____ | HEALTHNOW NEW YORK INC. $_____ |
| HIGHMARK HEALTH SERVICES f/k/a HIGHMARK INC./ HIGHMARK WEST VIRGINIA INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA / HIGHMARK BCBSD INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE  $_____ | MEDICAL MUTUAL OF OHIO  $_____ |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA  $_____ | PREMERA BLUE CROSS   $_____ |
| NORIDIAN MUTUAL INSURANCE COMPANY $_____ | THE REGENCE GROUP  $_____ |
| PRIORITY HEALTH  $_____ | WELLCARE HEALTH PLANS, INC. $_____ |
| USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD / HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE  $_____ | WELLPOINT, INC. / AMERIGROUP/HMS $_____ |

| | |
|---|---|
| WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA / WELLMARK HEALTH PLAN OF IOWA, INC.  $_____ | |

     **(b)**      **State the total amount of Plaintiffs' damages as a result of GSK's breach of an express warranty:**

          **$_____**

**5.**      **(a)**      **Do you find that GSK is liable to all Plaintiffs for breach of an implied warranty of merchantability?**

          **_____ Yes**           **_____ No**

If your answer is "yes," then skip to Question 5(b).  If your answer is "no" because you find GSK liable to only certain Plaintiffs, or no Plaintiffs, in the space below please fill in the amount of damages suffered by each such Plaintiff due to GSK's breach of an implied warranty of merchantability.

| | |
|---|---|
| AETNA INC. $_____ | AVMED HEALTH PLANS  $_____ |
| BLUE CROSS BLUE SHIELD ASSOCIATION  $_____ | BLUECROSS BLUESHIELD OF ALABAMA  $_____ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.  $_____ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY  $_____ |
| BLUE CROSS BLUE SHIELD OF MASSACHUSETTS  $_____ | BLUE CROSS BLUE SHIELD OF MINNESOTA, INC. d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA  $_____ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA  $_____ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND  $_____ |
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA  $_____ | BLUECROSS BLUESHIELD OF TENNESSEE  $_____ |

| | |
|---|---|
| CARING FOR MONTANANS, INC. $_____ | CAREFIRST OF MARYLAND, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD/ GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., d/b/a CAREFIRST BLUECROSS BLUESHIELD $_____ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY (CIGNA) $_____ | EMBLEMHEALTH SERVICES COMPANY LLC $_____ |
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION  (GEHA) $_____ | GROUP HEALTH COOPERATIVE/ KPS HEALTH PLANS  $_____ |
| HEALTH NET, INC. $_____ | HEALTHNOW NEW YORK INC. $_____ |
| HIGHMARK HEALTH SERVICES f/k/a HIGHMARK INC./ HIGHMARK WEST VIRGINIA INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD WEST VIRGINIA / HIGHMARK BCBSD INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE  $_____ | MEDICAL MUTUAL OF OHIO  $_____ |
| LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA  $_____ | PREMERA BLUE CROSS   $_____ |
| NORIDIAN MUTUAL INSURANCE COMPANY $_____ | THE REGENCE GROUP  $_____ |
| PRIORITY HEALTH  $_____ | WELLCARE HEALTH PLANS, INC. $_____ |
| USABLE MUTUAL INSURANCE COMPANY, d/b/a ARKANSAS BLUE CROSS AND BLUE SHIELD / HMO PARTNERS, INC., d/b/a HEALTH ADVANTAGE  $_____ | WELLPOINT, INC. / AMERIGROUP/HMS $_____ |

| WELLMARK, INC. d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA / WELLMARK HEALTH PLAN OF IOWA, INC.  $_____ |  |

 

      **(b)**     **State the total amount of Plaintiffs' damages as a result of GSK's breach of an implied warranty of merchantability:**

         **$_____**

 

**6.**    **(a)**     **Do you find that all Plaintiffs are entitled to an award of punitive damages?**

        **_____ Yes      _____ No**

If your answer is "yes," then answer Question 6(b).

      **b)**     **State the amount of Plaintiffs' punitive damages award:**

         $_____

 

**Signed _____**
    **Jury Foreperson**

**Dated: _____**

B. **GSK'S PROPOSED VERDICT FORM**

1. Do you find that any Plaintiff proved by a preponderance of the evidence that it exercised reasonable diligence in investigating whether the At-Issue drugs were manufactured in compliance with cGMP?

   YES _____                    NO _____

**If you answered "No" to Question 1, you have completed this Verdict Form.**

2. Please place a check mark by any Plaintiff that you find exercised reasonable diligence in investigating whether the At-Issue drugs were manufactured in compliance with cGMP, and for those Plaintiffs indicate the date by that should have known the At-Issue drugs were not manufactured in compliance with cGMP.

| | |
|---|---|
| ☐ AETNA, INC.<br>date: _____ | ☐ AMERIGROUP/HMS<br>date: _____ |
| ☐ AVMED HEALTH PLANS<br>date: _____ | ☐ BLUE CROSS & BLUE SHIELD OF RHODE ISLAND<br>date: _____ |
| ☐ BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.<br>date: _____ | ☐ BLUE CROSS AND BLUE SHIELD OF KANSAS CITY<br>date: _____ |
| ☐ BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA<br>date: _____ | ☐ BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA<br>date: _____ |
| ☐ BLUE CROSS BLUE SHIELD ASSOCIATION<br>date: _____ | ☐ BLUE CROSS BLUE SHIELD OF ALABAMA<br>date: _____ |
| ☐ BLUE CROSS BLUE SHIELD OF DELAWARE<br>date: _____ | ☐ BLUE CROSS BLUE SHIELD OF MASSACHUSETTS<br>date: _____ |

| | |
|---|---|
| ☐ BLUE CROSS BLUE SHIELD OF MINNESOTA<br>date: _____ | ☐ BLUE CROSS BLUE SHIELD OF MONTANA, INC.<br>date: _____ |
| ☐ BLUECROSS BLUESHIELD OF TENNESSEE<br>date: _____ | ☐ CAREFIRST OF MARYLAND, INC.<br>date: _____ |
| ☐ CONNECTICUT GENERAL LIFE INSURANCE COMPANY<br>date: _____ | ☐ EMBLEM HEALTH<br>date: _____ |
| ☐ GOVERNMENT EMPLOYEES HEALTH ASSOCIATION<br>date: _____ | ☐ GROUP HEALTH COOPERATIVE<br>date: _____ |
| ☐ GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.<br>date: _____ | ☐ HEALTH NET, INC.<br>date: _____ |
| ☐ HEALTHNOW NEW YORK<br>date: _____ | ☐ HIGHMARK INC.<br>date: _____ |
| ☐ HIGHMARK WEST VIRGINIA INC.<br>date: _____ | ☐ HMO PARTNERS, INC.<br>date: _____ |
| ☐ KPS HEALTH PLANS<br>date: _____ | ☐ LOUISIANA HEALTH SERVICE INDEMNITY COMPANY<br>date: _____ |
| ☐ MEDICAL MUTUAL OF OHIO<br>date: _____ | ☐ NORIDIAN<br>date: _____ |

| | |
|---|---|
| ☐ PREMERA BLUE CROSS<br>date: _____ | ☐ PRIORITY HEALTH   ☐<br>date: _____ |
| ☐ THE REGENCE GROUP<br>date: _____ | ☐ USABLE MUTUAL INSURANCE<br>COMPANY<br>date: _____ |
| ☐ WELLCARE HEALTH PLAN OF IOWA,<br>INC.<br>date: _____ | ☐ WELLCARE HEALTH PLANS, INC.<br>date: _____ |
| ☐ WELLMARK, INC.<br>date: _____ | ☐ WELLPOINT, INC.<br>date: _____ |

3.      Do you find that any Plaintiff has proven by clear and convincing evidence that (1) it exercised reasonable diligence in investigating whether the At-Issue drugs were manufactured in compliance with cGMP and (2) GSK made a misrepresentation to that Plaintiff concerning the manufacture of the At-Issue drugs in compliance with cGMP from 2000 through 2005?

        YES _____                    NO _____

**If you answered "No" to Question 3, please skip to Plaintiffs' First Claim - Fraud**

4.      Place a check mark by any plaintiff you find GSK made a misrepresentation concerning the manufacture of the At-Issue drugs in compliance with cGMP from 2000 through 2005?

| | |
|---|---|
| AETNA, INC.   ☐ | AMERIGROUP/HMS   ☐ |
| AVMED HEALTH PLANS   ☐ | BLUE CROSS & BLUE SHIELD OF<br>RHODE ISLAND   ☐ |
| BLUE CROSS AND BLUE SHIELD OF<br>FLORIDA, INC.   ☐ | BLUE CROSS AND BLUE SHIELD OF<br>KANSAS CITY   ☐ |
| BLUE CROSS AND BLUE SHIELD OF<br>NORTH CAROLINA   ☐ | BLUE CROSS AND BLUE SHIELD OF<br>SOUTH CAROLINA   ☐ |

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION    ☐ | BLUE CROSS BLUE SHIELD OF ALABAMA    ☐ |
| BLUE CROSS BLUE SHIELD OF DELAWARE    ☐ | BLUE CROSS BLUE SHIELD OF MASSACHUSETTS    ☐ |
| BLUE CROSS BLUE SHIELD OF MINNESOTA    ☐ | BLUE CROSS BLUE SHIELD OF MONTANA, INC.   ☐ |
| BLUECROSS BLUESHIELD OF TENNESSEE    ☐ | CAREFIRST OF MARYLAND, INC.   ☐ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY    ☐ | EMBLEM HEALTH    ☐ |
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION    ☐ | GROUP HEALTH COOPERATIVE    ☐ |
| GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.   ☐ | HEALTH NET, INC.   ☐ |
| HEALTHNOW NEW YORK    ☐ | HIGHMARK INC.   ☐ |
| HIGHMARK WEST VIRGINIA INC.   ☐ | HMO PARTNERS, INC.   ☐ |
| KPS HEALTH PLANS    ☐ | LOUISIANA HEALTH SERVICE INDEMNITY COMPANY    ☐ |
| MEDICAL MUTUAL OF OHIO    ☐ | NORIDIAN    ☐ |
| PREMERA BLUE CROSS    ☐ | PRIORITY HEALTH    ☐ |
| THE REGENCE GROUP    ☐ | USABLE MUTUAL INSURANCE COMPANY    ☐ |
| WELLCARE HEALTH PLAN OF IOWA, INC.   ☐ | WELLCARE HEALTH PLANS, INC.   ☐ |

| WELLMARK, INC.   ☐ | WELLPOINT, INC.   ☐ |
|---|---|

## PLAINTIFFS' FIRST CLAIM -- FRAUD

5.    Do you find that any Plaintiff has proved by clear and convincing evidence that GSK made a fraudulent misrepresentation of a material fact to it, and which caused that plaintiff to reimburse for At-Issue drugs that it otherwise would not have paid for?

YES _____                    NO _____

**If you answered "No" to Question 5, you have finished with Plaintiffs' Fraud claim.  Please proceed to Plaintiffs' Second Claim - Negligent Misrepresentation.**

6.    Place a check mark by any plaintiff to which you find GSK made a fraudulent misrepresentation that caused that plaintiff to reimburse for At-Issue drugs that it otherwise would not have paid for

| | |
|---|---|
| AETNA, INC.   ☐ | AMERIGROUP/HMS   ☐ |
| AVMED HEALTH PLANS   ☐ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND   ☐ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.   ☐ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY   ☐ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA   ☐ | BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA   ☐ |
| BLUE CROSS BLUE SHIELD ASSOCIATION   ☐ | BLUE CROSS BLUE SHIELD OF ALABAMA   ☐ |
| BLUE CROSS BLUE SHIELD OF DELAWARE   ☐ | BLUE CROSS BLUE SHIELD OF MASSACHUSETTS   ☐ |
| BLUE CROSS BLUE SHIELD OF MINNESOTA   ☐ | BLUE CROSS BLUE SHIELD OF MONTANA, INC.   ☐ |
| BLUECROSS BLUESHIELD OF TENNESSEE   ☐ | CAREFIRST OF MARYLAND, INC.   ☐ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY   ☐ | EMBLEM HEALTH   ☐ |

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION    ☐ | GROUP HEALTH COOPERATIVE    ☐ |
| GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.    ☐ | HEALTH NET, INC.    ☐ |
| HEALTHNOW NEW YORK    ☐ | HIGHMARK INC.    ☐ |
| HIGHMARK WEST VIRGINIA INC.    ☐ | HMO PARTNERS, INC.    ☐ |
| KPS HEALTH PLANS    ☐ | LOUISIANA HEALTH SERVICE INDEMNITY COMPANY    ☐ |
| MEDICAL MUTUAL OF OHIO    ☐ | NORIDIAN    ☐ |
| PREMERA BLUE CROSS    ☐ | PRIORITY HEALTH    ☐ |
| THE REGENCE GROUP    ☐ | USABLE MUTUAL INSURANCE COMPANY    ☐ |
| WELLCARE HEALTH PLAN OF IOWA, INC.    ☐ | WELLCARE HEALTH PLANS, INC.    ☐ |
| WELLMARK, INC.    ☐ | WELLPOINT, INC.    ☐ |

**You have finished with Plaintiffs' Fraud claim.  Please proceed to Plaintiffs' Second Claim - Negligent Misrepresentation.**

## PLAINTIFFS' SECOND CLAIM – NEGLIGENT MISREPRESENTATION

8.      Do you find that any Plaintiff has proved by a preponderance of the evidence that GSK negligently made a misrepresentation of a material fact to it and which caused that plaintiff to reimburse for At-Issue drugs that it otherwise would not have paid for?

        YES _____                          NO _____

**If you answered "No" to Question 8, you have finished with Plaintiffs' Negligent Misrepresentation claim.  Please proceed to Plaintiffs' Third Claim – Insurance Fraud.**

9.      Place a check mark by any plaintiff to which you find GSK negligently made a misrepresentation and which caused that plaintiff to reimburse for At-Issue drugs that it otherwise would not have paid for.

| | |
|---|---|
| AETNA, INC.    ☐ | AMERIGROUP/HMS    ☐ |
| AVMED HEALTH PLANS    ☐ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND    ☐ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.    ☐ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY    ☐ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA    ☐ | BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA    ☐ |
| BLUE CROSS BLUE SHIELD ASSOCIATION    ☐ | BLUE CROSS BLUE SHIELD OF ALABAMA    ☐ |
| BLUE CROSS BLUE SHIELD OF DELAWARE    ☐ | BLUE CROSS BLUE SHIELD OF MASSACHUSETTS    ☐ |
| BLUE CROSS BLUE SHIELD OF MINNESOTA    ☐ | BLUE CROSS BLUE SHIELD OF MONTANA, INC.   ☐ |
| BLUECROSS BLUESHIELD OF TENNESSEE    ☐ | CAREFIRST OF MARYLAND, INC.    ☐ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY    ☐ | EMBLEM HEALTH    ☐ |

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION   ☐ | GROUP HEALTH COOPERATIVE   ☐ |
| GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.   ☐ | HEALTH NET, INC.   ☐ |
| HEALTHNOW NEW YORK   ☐ | HIGHMARK INC.   ☐ |
| HIGHMARK WEST VIRGINIA INC.   ☐ | HMO PARTNERS, INC.   ☐ |
| KPS HEALTH PLANS   ☐ | LOUISIANA HEALTH SERVICE INDEMNITY COMPANY   ☐ |
| MEDICAL MUTUAL OF OHIO   ☐ | NORIDIAN   ☐ |
| PREMERA BLUE CROSS   ☐ | PRIORITY HEALTH   ☐ |
| THE REGENCE GROUP   ☐ | USABLE MUTUAL INSURANCE COMPANY   ☐ |
| WELLCARE HEALTH PLAN OF IOWA, INC.   ☐ | WELLCARE HEALTH PLANS, INC.   ☐ |
| WELLMARK, INC.   ☐ | WELLPOINT, INC.   ☐ |

**You have finished with Plaintiffs' Negligent Misrepresentation claim.  Please proceed to Plaintiffs' Third Claim – Insurance Fraud.**

## <u>PLAINTIFFS' THIRD CLAIM – INSURANCE FRAUD</u>

10.     Do you find that any Plaintiff has proved by a preponderance of the evidence that GSK caused, conspired with, or urged Plaintiffs' insured customers to submit claims that were false, incomplete, or misleading and caused that plaintiff to reimburse for At-Issue drugs that it otherwise would not have paid for?

YES _____                                              NO _____

**If you answered "No" to Question 10, you have finished with Plaintiffs' Insurance Fraud claim.  Please proceed to Plaintiffs' Fourth Claim – Breach of Express Warranty.**

11.     Place a check mark by any plaintiff to which you find GSK caused, conspired with, or urged the plaintiff's insured customers to submit claims that were false, incomplete, or misleading.

| | |
|---|---|
| AETNA, INC.    ☐ | AMERIGROUP/HMS    ☐ |
| AVMED HEALTH PLANS    ☐ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND    ☐ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.    ☐ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY    ☐ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA    ☐ | BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA    ☐ |
| BLUE CROSS BLUE SHIELD ASSOCIATION    ☐ | BLUE CROSS BLUE SHIELD OF ALABAMA    ☐ |
| BLUE CROSS BLUE SHIELD OF DELAWARE    ☐ | BLUE CROSS BLUE SHIELD OF MASSACHUSETTS    ☐ |
| BLUE CROSS BLUE SHIELD OF MINNESOTA    ☐ | BLUE CROSS BLUE SHIELD OF MONTANA, INC.    ☐ |
| BLUECROSS BLUESHIELD OF TENNESSEE    ☐ | CAREFIRST OF MARYLAND, INC.    ☐ |

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY    ☐ | EMBLEM HEALTH    ☐ |
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION    ☐ | GROUP HEALTH COOPERATIVE    ☐ |
| GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.    ☐ | HEALTH NET, INC.    ☐ |
| HEALTHNOW NEW YORK    ☐ | HIGHMARK INC.    ☐ |
| HIGHMARK WEST VIRGINIA INC.    ☐ | HMO PARTNERS, INC.    ☐ |
| KPS HEALTH PLANS    ☐ | LOUISIANA HEALTH SERVICE INDEMNITY COMPANY    ☐ |
| MEDICAL MUTUAL OF OHIO    ☐ | NORIDIAN    ☐ |
| PREMERA BLUE CROSS    ☐ | PRIORITY HEALTH    ☐ |
| THE REGENCE GROUP    ☐ | USABLE MUTUAL INSURANCE COMPANY    ☐ |
| WELLCARE HEALTH PLAN OF IOWA, INC.    ☐ | WELLCARE HEALTH PLANS, INC.    ☐ |
| WELLMARK, INC.    ☐ | WELLPOINT, INC.    ☐ |

**You have finished with Plaintiffs' Insurance Fraud claim.  Please proceed to Plaintiffs' Fourth Claim – Breach of Express Warranty.**

### PLAINTIFFS' FOURTH CLAIM – BREACH OF EXPRESS WARRANTY

12.     Do you find that any Plaintiff has proved by a preponderance of the evidence that GSK breached an express warranty made to the insurance company concerning any of the At-Issue Drugs and caused that plaintiff to reimburse for At-Issue drugs that it otherwise would not have paid for?

YES _____                          NO _____

**If you answered "No" to Question 12, you have finished with Plaintiffs' Breach of Express Warranty claim.  Please proceed to Plaintiffs' Fourth Claim – Breach of Implied Warranty.**

13.     Place a check mark by any plaintiff to which you find GSK breached an express warranty.

| | |
|---|---|
| AETNA, INC.　☐ | AMERIGROUP/HMS　☐ |
| AVMED HEALTH PLANS　☐ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND　☐ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.　☐ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY　☐ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA　☐ | BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA　☐ |
| BLUE CROSS BLUE SHIELD ASSOCIATION　☐ | BLUE CROSS BLUE SHIELD OF ALABAMA　☐ |
| BLUE CROSS BLUE SHIELD OF DELAWARE　☐ | BLUE CROSS BLUE SHIELD OF MASSACHUSETTS　☐ |
| BLUE CROSS BLUE SHIELD OF MINNESOTA　☐ | BLUE CROSS BLUE SHIELD OF MONTANA, INC.　☐ |
| BLUECROSS BLUESHIELD OF TENNESSEE　☐ | CAREFIRST OF MARYLAND, INC.　☐ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY　☐ | EMBLEM HEALTH　☐ |

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION    ☐ | GROUP HEALTH COOPERATIVE    ☐ |
| GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.    ☐ | HEALTH NET, INC.   ☐ |
| HEALTHNOW NEW YORK    ☐ | HIGHMARK INC.   ☐ |
| HIGHMARK WEST VIRGINIA INC.   ☐ | HMO PARTNERS, INC.   ☐ |
| KPS HEALTH PLANS    ☐ | LOUISIANA HEALTH SERVICE INDEMNITY COMPANY    ☐ |
| MEDICAL MUTUAL OF OHIO    ☐ | NORIDIAN    ☐ |
| PREMERA BLUE CROSS    ☐ | PRIORITY HEALTH    ☐ |
| THE REGENCE GROUP    ☐ | USABLE MUTUAL INSURANCE COMPANY    ☐ |
| WELLCARE HEALTH PLAN OF IOWA, INC.   ☐ | WELLCARE HEALTH PLANS, INC.   ☐ |
| WELLMARK, INC.   ☐ | WELLPOINT, INC.   ☐ |

**You have finished with Plaintiffs' Breach of Express Warranty claim.  Please proceed to Plaintiffs' Fourth Claim – Breach of Implied Warranty.**

## PLAINTIFFS' FIFTH CLAIM – BREACH OF IMPLIED WARRANTY

14.     Do you find that any Plaintiff has proved by a preponderance of the evidence that GSK breached an implied warranty made to the insurance company concerning any of the At-Issue Drugs and caused that plaintiff to reimburse for At-Issue drugs that it otherwise would not have paid for?

YES _____          NO _____

**If you answered "No" to Question 14, you have finished with Plaintiffs' Breach of Warranty claim.**

15.     Place a check mark by any plaintiff to which you find GSK breached an implied warranty.

| | |
|---|---|
| AETNA, INC.    ☐ | AMERIGROUP/HMS    ☐ |
| AVMED HEALTH PLANS    ☐ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND    ☐ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.    ☐ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY    ☐ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA    ☐ | BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA    ☐ |
| BLUE CROSS BLUE SHIELD ASSOCIATION    ☐ | BLUE CROSS BLUE SHIELD OF ALABAMA    ☐ |
| BLUE CROSS BLUE SHIELD OF DELAWARE    ☐ | BLUE CROSS BLUE SHIELD OF MASSACHUSETTS    ☐ |
| BLUE CROSS BLUE SHIELD OF MINNESOTA    ☐ | BLUE CROSS BLUE SHIELD OF MONTANA, INC.    ☐ |
| BLUECROSS BLUESHIELD OF TENNESSEE    ☐ | CAREFIRST OF MARYLAND, INC.    ☐ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY    ☐ | EMBLEM HEALTH    ☐ |

| | |
|---|---|
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION      ☐ | GROUP HEALTH COOPERATIVE      ☐ |
| GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC.      ☐ | HEALTH NET, INC.   ☐ |
| HEALTHNOW NEW YORK      ☐ | HIGHMARK INC.   ☐ |
| HIGHMARK WEST VIRGINIA INC.   ☐ | HMO PARTNERS, INC.   ☐ |
| KPS HEALTH PLANS      ☐ | LOUISIANA HEALTH SERVICE INDEMNITY COMPANY      ☐ |
| MEDICAL MUTUAL OF OHIO      ☐ | NORIDIAN      ☐ |
| PREMERA BLUE CROSS      ☐ | PRIORITY HEALTH      ☐ |
| THE REGENCE GROUP      ☐ | USABLE MUTUAL INSURANCE COMPANY      ☐ |
| WELLCARE HEALTH PLAN OF IOWA, INC.   ☐ | WELLCARE HEALTH PLANS, INC.   ☐ |
| WELLMARK, INC.   ☐ | WELLPOINT, INC.   ☐ |

**You have finished with Plaintiffs' Breach of Warranty claim.  If you answered "No" to Questions 5, 8, 10, and 14, you have completed this Verdict Form.  If you answered "Yes" to any of those Questions, please continue to the next section.**

16.    Do you find that Plaintiffs have proven by a preponderance of the evidence that the At-Issue Drugs were worthless?

YES _____                    NO _____

**If you answered "No" to Question 16, you have completed this Verdict Form.**

17.    For any of the At-Issue Drugs that you find Plaintiffs proved were worthless, please indicate the date range that you find the Plaintiffs were reimbursed for a worthless drug.

| Drug | Date Range |
|---|---|
| Albenza | |
| Avandament | |
| Avandia | |
| Bactroban | |
| Compazine | |
| Coreg | |
| Denavir | |
| Dibenzyline | |
| Dyazide | |
| Dyrenium | |
| Factive | |
| Kytril | |
| Paxil | |
| Relafen | |
| Stelazine | |
| Thorazine | |

18.    Do you find that Plaintiffs have proven by clear and convincing evidence that the At-Issue Drugs were worthless?

      YES _____                          NO _____

19.    For any of the Plaintiffs for which you answered "Yes" in questions 5, 8, 10, or 14, please indicate the amount of damages, if any, you assess against GSK for those Plaintiffs.

| | |
|---|---|
| AETNA, INC. _____ | AMERIGROUP/HMS _____ |
| AVMED HEALTH PLANS _____ | BLUE CROSS & BLUE SHIELD OF RHODE ISLAND _____ |
| BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC. _____ | BLUE CROSS AND BLUE SHIELD OF KANSAS CITY _____ |
| BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA _____ | BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA _____ |
| BLUE CROSS BLUE SHIELD ASSOCIATION _____ | BLUE CROSS BLUE SHIELD OF ALABAMA _____ |
| BLUE CROSS BLUE SHIELD OF DELAWARE _____ | BLUE CROSS BLUE SHIELD OF MASSACHUSETTS _____ |
| BLUE CROSS BLUE SHIELD OF MINNESOTA _____ | BLUE CROSS BLUE SHIELD OF MONTANA, INC. _____ |
| BLUECROSS BLUESHIELD OF TENNESSEE _____ | CAREFIRST OF MARYLAND, INC. _____ |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY _____ | EMBLEM HEALTH _____ |
| GOVERNMENT EMPLOYEES HEALTH ASSOCIATION _____ | GROUP HEALTH COOPERATIVE _____ |

| | |
|---|---|
| GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. _____ | HEALTH NET, INC. _____ |
| HEALTHNOW NEW YORK _____ | HIGHMARK INC. _____ |
| HIGHMARK WEST VIRGINIA INC. _____ | HMO PARTNERS, INC. _____ |
| KPS HEALTH PLANS _____ | LOUISIANA HEALTH SERVICE INDEMNITY COMPANY _____ |
| MEDICAL MUTUAL OF OHIO _____ | NORIDIAN _____ |
| PREMERA BLUE CROSS _____ | PRIORITY HEALTH _____ |
| THE REGENCE GROUP _____ | USABLE MUTUAL INSURANCE COMPANY _____ |
| WELLCARE HEALTH PLAN OF IOWA, INC. _____ | WELLCARE HEALTH PLANS, INC. _____ |
| WELLMARK, INC. _____ | WELLPOINT, INC. _____ |

Date:_____          BY:_____
                                                    **Foreperson**

Dated:  November 1, 2019          Respectfully submitted,

                                              **LOWEY DANNENBERG, P.C.**
                                              By: /s/ Peter St. Phillip
                                              Gerald Lawrence
                                              Peter St. Phillip
                                              One Tower Bridge

100 Front Street, Suite 520
West Conshohocken, PA 19428
(215) 399-4770

**GETNICK & GETNICK LLP**
Neil V. Getnick
Lesley Ann Skillen
Stuart Altschuler
521 Fifth Avenue, 33rd Floor
New York, NY 10175
(212) 376-5666
**LOWEY DANNENBERG, P.C.**
Geoffrey M. Horn
Uriel Rabinovitz
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500

**RAWLINGS & ASSOCIATES, PLLC**
Mark D. Fischer
Robert C. Griffith
One Eden Parkway
LaGrange, KY 40031
(502) 587-1279

**THE BREEN LAW FIRM**
James J. Breen
5755 North Point Parkway, Suite 260
Alpharetta, GA 30022
(678) 735-5052

**PROFESSOR G. ROBERT BLAKEY**
Professor of Law Emeritus
Notre Dame Law School*
7002 East San Miguel Avenue
Paradise Valley, AZ 85352
(574) 514-8220
[*Noted for identification only]

*Attorneys for Plaintiffs*


BY: _/s/Stephen J. Kastenberg_____
      Stephen J. Kastenberg           W. Mark Lanier (*pro hac vice*)
      David H. Pittinsky               Jonathan P. Wilkerson (*pro hac vice*)

Leslie E. John
Edward D. Rogers
William B. Igoe
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: 215-665-8500

Matthew J. O'Connor (*pro hac vice*)
Jason Raofield (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Phone: 202-662-6000

*Attorneys for Defendant*
*GlaxoSmithKline LLC*

Alex J. Brown (*pro hac vice*)
THE LANIER LAW FIRM
10940 West Sam Houston Pkwy N, Suite 100
Houston, TX  77064
Phone: 713-659-5200

Joseph E. O'Neil
John J. O'Donnell
CAMPBELL, CONROY & O'NEIL, P.C.
1205 Westlakes Drive Suite 330
Berwyn, PA 19312