EXHIBIT 2

# <u>TO PROSPECTIVE JURORS</u>

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. By the use of the questionnaire, the process of jury selection will be shortened. Please answer the questions as completely as possible. If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in court. The information contained within the questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge. During the questioning by the Court or the attorneys, you will be given an opportunity to explain or expand any answers, if necessary. If for any reason you do not want to answer any of the questions asked, please write the word 'PRIVATE' next to the question and we will take this matter up with you in private.

This questionnaire is part of the jury selection process. The questions must be answered by you under penalty of perjury and you should fill out this questionnaire by yourself without consulting any other person.

Please use the Explanation Section appearing on the 2nd page of the questionnaire to make further comments regarding any of your answers and please remember to indicate the corresponding question number.

## PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS -- JUST HONEST ONES.

**JUROR NAME:** _____   **AGE** _____   **JUROR #** _____

| | | |
|---|---|---|
| **1a**. Where do you live?<br><br>**1b**. Where do you work and what is your job?<br><br>**1c**. Do you supervise or manage co-workers? ☐ YES ☐ NO<br><br>If yes, how many people do you supervise? | **2**. Highest grade you completed in school:<br><br>If college, please list all degrees you received: | **3**. What jobs have you held in the past?<br><br>What jobs has your spouse held in the past? |
| **4**. **Circle** any of the following in which you have received training or education:<br><br>Chemistry     Mental Health<br><br>Insurance     Pharmacology<br><br>Law     Quality Control<br><br>Medicine     Governmental Relations | **5**. Have you, any family members or close friends ever worked in the fields of medicine, mental health or insurance? ☐ YES ☐ NO<br><br>If YES, please explain: | **6**. Have you, a close friend or a relative ever worked for, applied for work, done business with or owned stock in any insurance or pharmaceutical company? ☐ YES ☐ NO<br><br>If YES, please explain: |
| **7a**.    Which of the following best describes your opinion of pharmaceutical companies in general:<br>1    2    3    4    5<br>Very     Neutral     Very<br>Positive     Negative<br><br>**7b**. What is your opinion of the pharmaceutical company GlaxoSmithKline:<br>1    2    3    4    5<br>Very     Neutral     Very<br>Positive     Negative | **8a**. Which of the following best describes your opinion of insurance companies in general:<br>1    2    3    4    5<br>Very     Neutral     Very<br>Positive     Negative<br><br>**8b**. What insurance companies do you have your policy(ies) with: | **9**. What do you think is most important to pharmaceutical companies:<br>☐ Making products that helps people<br>☐ Making as much profit as possible<br>☐ Providing good jobs and benefits<br><br>**9b**. What do you think is most important to insurance companies:<br>☐ Providing good coverage at a fair price<br>☐ Making as much profit as possible<br>☐ Providing good jobs and benefits |
| **10**. Please tell us what prescription medications you and your family members currently take: | **11**. Have you or anyone you know ever had a bad experience or suffered a serious side effect from taking a prescription medication?<br>☐ YES ☐ NO<br><br>If YES, please explain: | **12**. Have you or a family member ever had a bad experience with any insurance company? ☐ YES ☐ NO<br><br>If YES, please explain: |
| **13a**. List any unions, social, fraternal, professional or religious organizations to which you have ever belonged:<br><br>**13b**. Which websites (including social media sites) do you visit most often? | **14**. List 3 people you admire most:<br><br>1.<br><br>2.<br><br>3.<br><br>List 3 people you admire least:<br><br>1.<br><br>2.<br><br>3. | **15a**. What three (3) words or adjectives would you use to describe yourself:<br><br>**15b**. Which of the following is your primary source for national news:<br>☐ Network stations (ABC CBS NBC)<br>☐ CNN    ☐ FOX    ☐ MSNBC<br>☐ Other_____ |

**CONFIDENTIAL JUROR QUESTIONARE**

| **16**. Have you ever served as a juror in a civil case? ☐ YES  ☐ NO<br><br>If YES:<br><br>What type of civil case was it and when did you serve?<br><br>What was the verdict in the case?<br><br>Were you the foreperson?<br>☐YES ☐ NO | **17**. Other than a divorce, have you ever been the Plaintiff (the party suing), the Defendant (the party being sued) or a witness in a lawsuit?<br>☐ YES  ☐ NO<br><br>If YES, please explain: | **18**. This case is expected to last 6-8 weeks. A trial of this length is a hardship on virtually every juror. Do you have an extraordinary hardship that would affect your ability to serve as a juror?<br>☐ YES  ☐ NO<br><br>If YES, please explain: |
|---|---|---|
| **19**. Is there any other reason why you could not serve as a fair and impartial juror in this case? ☐ YES  ☐ NO<br><br>If YES, please explain: | **20**. Is there anything else that you feel is important for the Judge and attorneys to know about you?<br>☐ YES  ☐ NO<br><br>If YES, please explain: | **21**. In a case where many insurance companies are suing the pharmaceutical company GlaxoSmithKline, why would you be a good juror? |

**CONFIDENTIAL JUROR QUESTIONAIRE**

### EXPLANATION SECTION

| Question # | Additional Comments |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**CONFIDENTIAL JUROR QUESTIONAIRE**