UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> V. <br><br> GLAXOSMITHKLINE L.L.C., <br><br> Defendant. | Case No. 2:12-cv-4663-JS |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE "CONFIDENTIAL" AND "HIGHLY
CONFIDENTIAL" MATERIALS UNDER SEAL**

Plaintiffs, by and through their undersigned counsel, respectfully seek leave to file under seal materials containing or referencing "Confidential" and "Highly Confidential" information. In support if this Motion, plaintiffs aver as follows:

1. On February 15, 2017 this Court entered a Protective Order in the above-captioned matter (the "Protective Order") to protect and maintain the confidentiality of Discovery Materials designated by the parties as "Confidential" or "Highly Confidential." *See* Dkt. 117.

2. The Protective Order provided that, if "a party desires to file Confidential or Highly Confidential Materials under seal, it shall file by ECF…a motion for leave to file under seal without making reference to the substance of the Confidential or Highly Confidential Materials." Protective Order ¶ 13(a).

3. Plaintiffs respectfully see leave to file under seal the following documents: (1) Plaintiffs' Pretrial Memorandum; (2) Exhibit B to Plaintiff's Pretrial Memorandum; and (3) Exhibit C to Plaintiffs' Pretrial Memorandum.

4. If the Court grants Plaintiffs' Motion for Leave, Plaintiffs will file via ECF redacted versions of the foregoing materials within 10 business days pursuant to the Court's Order dated November 5, 2018. *See* Dkt. 199.

5. Defendant GSK has consented to this Motion.

WHEREFORE, PLAINTIFFS respectfully request that the court grant the Motion and enter an Order permitting Plaintiffs to file under seal the materials identified in Paragraph 3.

Dated: November 1, 2019
      White Plains, NY

      Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

By: **/s/ Peter D. St. Phillip, Jr.**
Peter D. St. Phillip, Jr.
Geoffrey M. Horn
Noelle Ruggiero
Uriel Rabinovitz
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500

    and

**LOWEY DANNENBERG, P.C.**
Gerald Lawrence
Laura Mummert
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
(610) 941-2760

2

**GETNICK & GETNICK LLP**
Neil V. Getnick
Lesley Ann Skillen
Stuart Altschuler
521 Fifth Avenue, 33rd Floor
New York, NY 10175
(212) 376-5666

**RAWLINGS & ASSOCIATES, PLLC**
Mark D. Fischer
Robert C. Griffith
One Eden Parkway
LaGrange, KY 40031
(502) 587-1279

**THE BREEN LAW FIRM**
James J. Breen
5755 North Point Parkway, Suite 260
Alpharetta, GA 30022
(678) 735-5052


**PROFESSOR G. ROBERT BLAKEY**
Professor of Law Emeritus
Notre Dame Law School*
7002 East San Miguel Avenue
Paradise Valley, AZ 85352
(574) 514-8220
[*Noted for identification only]

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that on November 1, 2019 I served the foregoing Plaintiffs' Plaintiffs' Motion for Leave to File "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" Materials by ECF on the following counsel:

Joseph E. O' Neil
John J. O' Donnell
CAMPBELL CONROY & O' NEIL
1205 Westlakes Drive
Suite 330
Berwyn, PA 19312

Stephen J. Kastenberg
David H. Pittinsky
Leslie E. John
Edward D. Rogers
William B. Igoe
BALLARD SPAHR LLP
1735 Market Street 51st Floor
Philadelphia, PA 19103

Mark H. Lynch
Matthew J. O' Connor
Jason C. Raofield
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001

W. Mark Lanier
THE LANIER LAW FIRM
6810 FM 1960 Road West
Houston, TX 77069


/s/ Peter St. Phillip