IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUE CROSS BLUE SHIELD ASSOCIATION, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GLAXOSMITHKLINE LLC,<br><br>                    Defendant. | Civil Action No. 2:13-cv-4663-JS<br><br>FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. NO. 117) |

## PLAINTIFFS' PRETRIAL MEMORANDUM