# EXHIBIT A

# EXHIBIT A

1. Blue Cross Blue Shield Association ("BCBS Association")
2. Aetna Inc. ("Aetna")
3. Amerigroup/HMS ("Amerigroup")
4. AvMed Health Plans ("AvMed")
5. BlueCross BlueShield of Alabama ("BCBS AL")
6. Highmark BCBSD Inc. d/b/a Highmark Blue Cross Blue Shield Delaware ("Highmark BCBSD")
7. Blue Cross and Blue Shield of Florida, Inc. ("BCBS FL")
8. Blue Cross and Blue Shield of Kansas City ("BCBS KC")
9. Blue Cross Blue Shield of Massachusetts ("BCBS MA")
10. Blue Cross Blue Shield of Minnesota, Inc. d/b/a Blue Cross Blue Shield of Minnesota ("BCBS MN")
11. Caring for Montanans, Inc. ("CFM")
12. Blue Cross and Blue Shield of North Carolina ("BCBS NC")
13. Blue Cross & Blue Shield of Rhode Island ("BCBS RI")
14. Blue Cross and Blue Shield of South Carolina ("BCBS SC")
15. BlueCross BlueShield of Tennessee ("BCBS TN")
16. CareFirst of Maryland, Inc., d/b/a CareFirst BlueCross BlueShield ("CareFirst")
17. Connecticut General Life Insurance Company ("CIGNA")
18. EmblemHealth Services Company LLC ("Emblem")
19. Government Employees Health Association ("GEHA")
20. Group Health Cooperative ("GHC")
21. Group Hospitalization and Medical Services, Inc., d/b/a CareFirst BlueCross BlueShield ("GHMS")
22. Health Net, Inc. ("Health Net")
23. HealthNow New York Inc. ("HealthNow")
24. Highmark Health Services f/k/a Highmark Inc. ("Highmark")
25. Highmark West Virginia, Inc. d/b/a Highmark Blue Cross blue Shield West Virginia ("Highmark WV")
26. HMO Partners, Inc., d/b/a Health Advantage ("HMO")
27. KPS Health Plans ("KPS")
28. Louisiana Health Service & Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana ("BCBS LA")
29. Medical Mutual of Ohio ("MMOH")
30. Noridian Mutual Insurance Company ("Noridian")
31. Premera Blue Cross ("Premera")
32. Priority Health ("Priority")
33. The Regence Group ("Regence")
34. Usable Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield ("Usable")
35. Wellcare Health Plans, Inc. ("Wellcare")

36. Wellmark Health Plan of Iowa, Inc. ("Wellmark IA")
37. Wellmark, Inc., d/b/a Wellmark Blue Cross and Blue Shield of Iowa ("Wellmark")
38. Wellpoint, Inc. ("Wellpoint")