# EXHIBIT B

# WITNESS LIST

**FACT WITNESSES**

1. Kirk Brown (Corporate Witness) (Live or By Video), GSK Vice President, Biopharm and Sterile Supply Chain, Global Manufacturing and Supply

2. Julia St. Louis (Corporate Witness) (By Video), GSK Vice President, Director Marketing Strategy
    Raleigh, North Carolina (exact address unknown)

3. David Pulman (By Video), GSK Senior Vice President Global Manufacturing and Supply

4. Jonathan Box (By Video), GSK Vice President Global Manufacturing and Supply, North America
    United Kingdom (exact address unknown)

5. Janice Whitaker (By Video), GSK Senior Vice President Global Quality

6. Richard Packer (By Video), Cidra Quality Director
    Autumn Lodge, Doulting
    County Somerset
    United Kingdom

7. Donald Mackenzie (By Video), Cidra Director of New Product Introduction
    Wayne, Pennsylvania (exact address unknown)

8. Richard Kettlewell (By Video), GSK Global Quality Assurance Validation Manager

9. Stephen Plating (By Video), GSK Vice President of Quality, North America

10. Frederick Mayer (By Video), GSK Global Quality Assurance Validation Manager

11. Kristal Adams (By Video), GSK Global Quality Assurance Manager
    ███████████████

12. Edwin Lopez (By Video), Cidra Quality Director
    Sandy, Utah (exact address unknown)

13. Marilyn Figueroa (By Video), Cidra Director of Human Resources
    ███████████████

14. Ruth Toledo (By Video), Cidra Quality Manager
    Caguas, Puerto Rico (exact address unknown)

15. Nilsa Colon-Perez (By Video), Cidra Quality Manager
    ███████████████

16. Edna Diaz (By Video), Cidra Quality Manager
    ███████████████

17. Michael Tilton (By Video), GSK Director, National Accounts
    Scottsdale, Arizona (exact address unknown)

18. Cheryl Reid (By Video), GSK National Account Director, Pharmacy Benefit Management
    St. Louis, Missouri (exact address unknown)

19. Bernadette King (By Video), Director of Product Communications
    ███████████████

20. Cheryl Eckard Meads (Live or By Video), GSK Global Quality Assurance Manager (whistleblower)
    c/o Getnick & Getnick LLP
    521 Fifth Avenue
    New York, New York 10175

21. Shawn Barger (Live or By Video)
    Avmed Health Plans
    4300 NW 89th Blvd.
    Gainesville, FL 32606

22. Angie Baughman (Live or By Video)
    Blue Cross and Blue Shield of South Carolina
    I-20 @ Alpine Road, Mail Code AA-270
    Columbia, SC 29219

23. Patric Bellmore
    Blue Cross Blue Shield of North Dakota
    4510 13th Ave. S.
    Fargo, ND 58121

24. Kerry Bendel (Live or By Video)
    Cambia Health Solutions
    100 SW Market St.
    Portland, OR 97201

25. Michael Brodeur (Live or By Video)
    Aetna, Inc.
    2000 Riveredge Parkway
    Atlanta, GA 30328

26. Steve Broudy (Live or By Video)
    Anthem, Inc.
    5800 Northampton Blvd
    Norfolk, VA 23502

27. Robin Bueche
    Louisiana Health Service & Indemnity Co., d/b/a BCBS of LA
    5525 Reitz Avenue
    Baton Rouge, LA 70809-3302

28. Dorinda Cale (Live or By Video)
    Blue Cross and Blue Shield of Alabama
    450 Riverchase Parkway East
    Birmingham, AL 35244

29. Mollie Carby (Live or By Video)
    Blue Cross and Blue Shield of Louisiana
    5525 Reitz Avenue
    Baton Rouge, Louisiana 70809

30. Amy Christiansen (Live or By Video)
    Blue Cross and Blue Shield of Kansas City
    2301 Main Street
    Kansas City, MO 64108

31. Tom Christiansen (Live or By Video)
    Noridian Healthcare Solutions
    900 42nd St. S.
    Fargo, ND 58103

32. Erika Clark (Live or By Video)
    Priority Health
    1231 East Beltline Ave. NE
    Grand Rapids, MI 49525

33. John Coleman (Live or By Video)
    Blue Cross and Blue Shield of Florida, Inc.
    4800 Deerwood Campus Parkway
    Jacksonville, FL 32246

34. Jean Crabbe
    Blue Cross Blue Shield of Massachusetts, Inc.
    The Landmark Center
    401 Park Drive
    Boston, MA 02215

35. Kevin J. Cummings
    Cigna Health and Life Insurance Company
    900 Cottage Grove Road, Routing B6LPA
    Bloomfield, CT 06002

36. Daniel Curran (Live or By Video)
    Blue Cross & Blue Shield of Rhode Island
    500 Exchange Street
    Providence, RI 02903

37. Cheryl Evers
    The Anthem Companies, Inc.
    Administration Unit
    4361 Irwin Simpson Road
    Mason, OH 45040

38. Charles Fetrow (Live or By Video)
    

39. Angela Fletcher
    CareFirst of Maryland, Inc.
    Canton Tower, Mail Stop CT10-01
    1501 S. Clinton Street
    Baltimore, MD 21201

40. Milam Ford (By Video)
    Blue Cross and Blue Shield of Louisiana
    5525 Reitz Avenue
    Baton Rouge, Louisiana 70809

41. David Genner
    Highmark BCBSD Inc.
    800 Delaware Avenue
    Wilmington, DE 19801

42. Ned Giles (Live or By Video)
    Blue Cross Blue Shield of Tennessee, Inc.
    1 Cameron Hill Circle
    Chattanooga, TN 37402

43. Joyce Goelz
    Medical Mutual of Ohio
    2060 East Ninth Street
    Cleveland, Ohio 44115

44. Myrna Goodrich (Live or By Video)
    Aetna, Inc.
    1425 Union Meeting Road
    Blue Bell, PA 19422

45. Estay Green (Live or By Video)
    Blue Cross and Blue Shield of North Carolina
    4613 University Drive
    Durham, NC  27707

46. Randy Hanna (Live or By Video)
    Blue Cross and Blue Shield of Minnesota
    3535 Blue Cross Road
    Eagan, MN  55122

47. Gina Harrison (Live or By Video)
    CareFirst of Maryland Inc.
    1501 South Clinton Street
    Baltimore, Maryland 21224

48. Alan Heaton (Live or By Video)
    [redacted]

49. Julia Henderson
    BlueCross BlueShield of Alabama
    450 Riverchase Parkway East
    Birmingham, Alabama 35244

50. Matthew Hosford (Live or By Video)
    Wellmark Inc.
    1331 Grand Avenue
    Des Moines, IA 50309

51. Paul Kaplan (Live or By Video)


52. Tom Kowalski (Live or By Video)
    Blue Cross Blue Shield of Massachusetts, Inc.
    The Landmark Center
    401 Park Drive
    Boston, MA 02215

53. Shelby Kirk (Live or By Video)
    Government Employees Health Association, Inc.
    310 NE Mulberry Street
    Lee's Summit, MO 64086

54. Lisa Kuykendall
    Cambia Health Solutions
    2890 E. Cottonwood Parkway
    Salt Lake City, UT 84121

55. Leslie Lotano-Saba (Live or By Video)


56. Jon Maesner (Live or By Video)
    Connecticut General Life Insurance Company
    900 Cottage Grove Road
    Bloomfield, CT 06002

57. Sarah Marche (Live or By Video)
    Highmark, Inc.
    Fifth Avenue Place
    120 Fifth Avenue
    Pittsburgh, PA 15222

58. Laurie Menard
     Blue Cross & Blue Shield of Rhode Island
     500 Exchange St.
     Providence, RI 02903

59. Phil Miller (Live or By Video)
     CareFirst of Maryland, Inc.
     1501 South Clinton Street
     Baltimore, Maryland 21224

60. Chad Murphy (Live or By Video)
     Premera Blue Cross
     7001 220th Street SW, MS 390
     Mountlake Terrace, WA 98043

61. Eric B. Myers
     

62. Kathryn Newcomb
     Blue Cross Blue Shield of Minnesota, Inc.
     3535 Blue Cross Road
     Eagan, MN 55122

63. Biijana Petreska (Live or By Video)
     HealthNow New York Inc.
     257 W. Genesee St.
     Buffalo, NY 14202

64. Jameson Reuter (Live or By Video)
     Emblem Health
     55 Water Street
     New York, NY 10041

65. Wendy See (Live or By Video)
     Usable Mutual Insurance Company
     601 S. Gaines Street
     Little Rock, AR 72203

66. Matthew Shaffer
     Blue Cross and Blue Shield of South Carolina
     I-20 at Alpine Road, AA-270
     Columbia, SC 29219

67. John Shoemaker (Live or By Video)
    Medical Mutual of Ohio
    2060 East 9th Street
    Cleveland, Ohio 44115

68. Walter Sidles (Live or By Video)
    Kaiser Permanente
    2921 Naches Ave SW
    Renton, WA 98057

69. Lisa Silver
    AvMed, Inc.
    9400 S. Dadeland Blvd.
    Miami, FL 33156

70. Sean Slanger (Live or By Video)
    Caring for Montanans
    P.O.Box 1713
    Helena, MT 59624

71. Carmen L. Snell
    HealthNow New York Inc.
    257 W. Genesee St.
    Buffalo, NY 14202

72. Lowell Sterler (Live or By Video)
    

73. James Tedford
    Premera Blue Cross
    7001 220th Street SW, MS 390
    Mountlake Terrace, WA 98043

74. Lisa Templeton (Live or By Video)
    Wellcare Health Plans, Inc.
    4110 George Road
    Independence Park I, Suite 150
    Tampa, FL 33634

75. Timothy Vaughn
    BlueChoice HealthPlan of South Carolina, Inc.
    I-20 at Alpine Road, AA-270
    Columbia, SC 29219

76. Stefan T. Wall
    Caring For Montanans, Inc.
    P.O.Box 1713
    Helena, MT 59624

77. John Watkins (Live or By Video)
    Premera Blue Cross
    7001 220th Street SW, MS 390
    Mountlake Terrace, WA 98043

78. Bobby L. Webb, Jr.
    Blue Cross and Blue Shield of North Carolina
    4613 University Drive
    Durham, NC 27707

79. Scott Wert (Live or By Video)
    Envolve Pharmacy Solutions
    5255 E. Williams Circle, Suite 4000
    Tucson, AZ 85711

80. Jeffrey White (Live or By Video)
    Anthem, Inc.
    3080 Bristol Street
    Costa Mesa, CA

81. Virginia White (Live or By Video)
    

82. Linda B. Wigal
    Highmark Blue Cross Blue Shield WV
    614 Market Street
    Parkersburg, WV 26101

83. Deborah D. Wilson
    Blue Cross and Blue Shield of Florida
    4800 Deerwood Campus Pkwy, 1-7
    Jacksonville, FL 32246

84. Jerry Wong (Live or By Video)

85. David Yoder (Live or By Video)
    Blue Cross Blue Shield Association
    225 North Michigan Ave.
    Chicago, IL  60601

86. Records Custodian for Aetna, Inc.
    Aetna - U23S
    1425 Union Meeting Road
    Blue Bell, PA 19422

87. Records Custodian for AvMed Health Plans
    Avmed Health Plans
    4300 NW 89th Blvd.
    Gainesville, FL 32606

88. Records Custodian for Blue Cross Blue Shield Alabama
    Blue Cross and Blue Shield of Alabama
    450 Riverchase Parkway East
    Birmingham, AL  35244

89. Records Custodian Blue Cross and Blue Shield of Florida, Inc.
    Blue Cross and Blue Shield of Florida, Inc.
    4800 Deerwood Campus Pkwy, 1-7
    Jacksonville, FL 32246

90. Records Custodian for Blue Cross and Blue Shield of Kansas City
    Blue Cross and Blue Shield of Kansas City
    2301 Main Street
    Kansas City, MO 64108

91. Records Custodian for Blue Cross Blue Shield of Massachusetts
    Blue Cross Blue Shield of Massachusetts, Inc.
    The Landmark Center
    401 Park Drive
    Boston, MA  02215

92. Records Custodian for Blue Cross Blue Shield of Minnesota
    Blue Cross Blue Shield of Minnesota, Inc.
    3535 Blue Cross Road
    Eagan, MN  55122

93. Records Custodian for Blue Cross Blue Shield of North Carolina
    Blue Cross and Blue Shield of North Carolina
    4613 University Drive
    Durham, NC  27707

94. Records Custodian for Blue Cross & Blue Shield of Rhode Island
    Blue Cross & Blue Shield of Rhode Island
    500 Exchange Street
    Providence, RI 02903

95. Records Custodian for Blue Cross Blue Shield South Carolina
    Blue Cross and Blue Shield of South Carolina
    I-20 at Alpine Road, AA-270
    Columbia, SC 29219

96. Records Custodian for Blue Cross Blue Shield of Tennessee
    Blue Cross Blue Shield of Tennessee, Inc.
    1 Cameron Hill Circle
    Chattanooga, TN 37402

97. Records Custodian for CareFirst of Maryland Inc.
    CareFirst of Maryland Inc.
    1501 South Clinton Street
    Baltimore, Maryland 21224

98. Records Custodian for Caring for Montanans
    ███████████

99. Records Custodian for Connecticut General List Insurance Company
    Cigna
    900 Cottage Grove Road
    Bloomfield, CT 06002

100. Records Custodian for EmblemHealth
     Emblem Health
     55 Water Street
     New York, NY 10041

101. Records Custodian for Government Employees Health Association
     Government Employees Health Association, Inc.
     310 NE Mulberry Street
     Lee's Summit, MO 64086

102. Records Custodian for Group Health Cooperative and KPS Health Plans
     Kaiser Foundation Health Plan of Washington
     1300 SW 27th St. Renton, WA 98057

103. Records Custodian for Health Net, Inc.
     Health Net, Inc.
     21650 Oxnard Street

Woodland Hills, CA 91367

104. Records Custodian for HealthNow New York, Inc.
HealthNow New York Inc.
257 W. Genesee St.
Buffalo, NY 14202

105. Records Custodian for Highmark Inc.
Highmark Blue Cross Blue Shield WV
614 Market Street
Parkersburg, WV 26101

106. Records Custodian for Louisiana Health Service Indemnity Company
Blue Cross and Blue Shield of Louisiana
5525 Reitz Avenue
Baton Rouge, Louisiana 70809

107. Records Custodian for Medical Mutual of Ohio
Medical Mutual of Ohio
2060 East 9th Street
Cleveland, Ohio 44115

108. Records Custodian for Noridian
Noridian Healthcare Solutions
900 42nd St. S.
Fargo, ND 58103

109. Records Custodian for Premera Blue Cross
Premera Blue Cross
7001 220th Street SW, MS 390
Mountlake Terrace, WA 98043

110. Records Custodian for Priority Health
Priority Health
1231 East Beltline Ave. NE
Grand Rapids, MI 49525

111. Records Custodian for The Regence Group
Cambia Health Solutions
2890 E. Cottonwood Parkway
Salt Lake City, UT 84121

112. Records Custodian for Usable Mutual Insurance Company
Usable Mutual Insurance Company
601 S. Gaines Street
Little Rock, AR 72203

113. Records Custodian for Wellcare Health Plans, Inc.
     Wellcare Health Plans, Inc.
     4110 George Road
     Independence Park I, Suite 150
     Tampa, FL  33634

114. Records Custodian for Wellmark, Inc.
     Wellmark Inc.
     1331 Grand Avenue
     Des Moines, IA  50309

115. Records Custodian for WellPoint, Inc.
     Anthem, Inc.
     3080 Bristol Street
     Costa Mesa, CA

**EXPERT WITNESSES**

1. David Kessler (Live), Expert Witness
   University of California San Francisco
   San Francisco, California

2. Matthew Perri (Live), Expert Witness
   University of Georgia College of Pharmacy
   Athens, Georgia 30602

3. Philip Russ (Live), Expert Witness
   IcGXP, Inc.
   2157 Casitas Way
   Palm Springs, California 92264

4. Rena Conti (Live), Expert Witness
   Boston University
   Rafik B. Hariri Building, Office: 514b
   595 Commonwealth Avenue
   Boston, MA 02215