# EXHIBIT B

**(FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (DKT. NO. 117)**